**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __North Carolina__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Bestwall LLC | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Georgia-Pacific LLC, a Texas limited liability company <br> Georgia-Pacific LLC, a North Carolina limited liability company | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 3 7 – 1 8 6 5 8 1 5 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 100 Peachtree Street, N.W. <br> Number    Street <br><br> _____ <br><br> Atlanta        Georgia    30303 <br> City            State    ZIP Code <br><br> Fulton County <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City            State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> 100 Buckeye Drive <br> Number    Street <br><br> _____ <br><br> Mt. Holly    North Carolina    28120 <br> City            State    ZIP Code |
| 5. **Debtor's website** (URL) | www.donlinrecano.com/bestwall | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Bestwall LLC**                                              Case number (*if known*)_____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>_5_ _5_ _1_ _1_ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

Case 17-31795    Doc 1    Filed 11/02/17    Entered 11/02/17 06:43:04    Desc Main
                            Document      Page 3 of 17

Debtor  __Bestwall LLC_____   Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

      ❏ It needs to be physically secured or protected from the weather.

      ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ❏ Other _____

      **Where is the property?** _____
                                 Number      Street

      _____
      _____ _____ _____
      City                                                 State    ZIP Code

      **Is the property insured?**
      ❏ No
      ❏ Yes.  Insurance agency _____
                    Contact name   _____
                      Phone              _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ❏ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
| ❏ 50-99 | ❏ 5,001-10,000 | ☒ 50,001-100,000 |
| ❏ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| ❏ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

Debtor __Bestwall LLC_____    Case number (*if known*)_____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☒ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/02/2017__
            MM / DD / YYYY

✗ __/s/ J. Joel Mercer, Jr._____    __J. Joel Mercer, Jr._____
  Signature of authorized representative of debtor    Printed name

Title __Chief Legal Officer and Secretary_____

**18. Signature of attorney**

✗ __/s/ Gregory M. Gordon_____    Date __11/02/2017__
  Signature of attorney for debtor                         MM / DD / YYYY

__Gregory M. Gordon_____
Printed name
__Jones Day_____
Firm name
__2727 North Harwood Street, Suite 500_____
Number       Street
__Dallas_____    __Texas____    __75201_____
City                                    State         ZIP Code

__(214) 220-3939_____    __gmgordon@jonesday.com_____
Contact phone                          Email address

__08435300_____    __Texas____
Bar number                             State

**BESTWALL LLC,**
a North Carolina limited liability company

**Resolutions of the Board of Managers**

**WHEREAS**, the Board of Managers (the "Board") of Bestwall LLC, a North Carolina limited liability company (the "Company"), has: (a) regularly and carefully reviewed the materials and other information presented by the management and the advisors of the Company regarding the Company's asbestos-related liabilities, current and projected financial position and other relevant information; (b) thoroughly evaluated the Company's strategic alternatives, including a possible restructuring; (c) conferred with the Company's management and advisors regarding these matters; and (d) determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its stakeholders; and

**WHEREAS**, in connection therewith, the Board has selected Tyler L. Woolson, currently Vice President of the Company, to serve as the chief restructuring officer for the Company;

**NOW THEREFORE, BE IT:**

**Chapter 11 Filing**

**RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company seek relief under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), in the United States Bankruptcy Court for the Western District of North Carolina or such other court as each "Authorized Person" (as defined below) shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness or necessity thereof;

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as, in any Authorized Person's judgment, may be necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, complaints, declarations, applications, notices and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary, desirable or

- 1 -

appropriate in connection therewith and to administer the Chapter 11 Case in such form or forms as any Authorized Person may approve; and (d) cause the Company's direct subsidiary to take any action consistent with these resolutions; and the actions of any Authorized Person taken pursuant to this resolution, including the execution, acknowledgment, delivery, verification or filing of the Petition and all ancillary documents and all other schedules, statements, lists, motions, complaints, declarations, applications, notices and other papers or documents, shall be conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

FURTHER RESOLVED, that, pursuant to Section 57D-3-22 of the North Carolina Limited Liability Company Act and Section 3.04 of the Amended and Restated Operating Agreement of the Company, dated as of November 1, 2017 (the "Operating Agreement"), Tyler L. Woolson be, and he hereby is, appointed to serve as an officer of the Company denominated as the Chief Restructuring Officer (the "CRO"), until his successor as CRO has been duly qualified and appointed or until his earlier death, resignation or removal, with such service to be in addition to his current service as Vice President of the Company;

FURTHER RESOLVED, that (a) the CRO shall perform such duties as may be prescribed by the Board, under whose supervision he shall be; (b) the CRO shall perform the usual and customary duties that pertain to such office and generally exercise such other powers and duties as the Board may further prescribe from time to time; and (c) the CRO shall generally assist in the administration of the Chapter 11 Case by executing, acknowledging, delivering, verifying and filing or causing to be filed such petitions, schedules, statements, lists, motions, complaints, declarations, applications, notices and other papers or documents as are reasonable, advisable, expedient, convenient, appropriate or necessary in connection with the Chapter 11 Case (with the taking of such action by the CRO to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness or necessity thereof), except in cases where such action shall be expressly and exclusively delegated by the Board or the Operating Agreement to some other officer or agent of the Company or shall be required by Legal Requirement (as defined in the Operating Agreement) to be otherwise effected;

**Retention of Professionals**

FURTHER RESOLVED, that the Authorized Persons be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to retain: (a) Jones Day; (b) Robinson, Bradshaw & Hinson, P.A.; (c) Schachter Harris LLP; (d) King & Spalding LLP; (e) Bates White, LLC; and (f) such additional professionals, including attorneys, accountants, financial advisors, actuaries, consultants or agents (together with the foregoing identified firms, the "Professionals"), as, in any Authorized Person's judgment, may be necessary, desirable or appropriate in connection with the Chapter 11 Case and other related matters, in each case, on such terms as any Authorized Person or Authorized Persons shall approve, and any Authorized Person's retention thereof to constitute conclusive evidence of such Authorized Person's approval and the necessity, desirability or appropriateness thereof;

FURTHER RESOLVED, that the law firms of Jones Day and Robinson, Bradshaw & Hinson, P.A, and any additional special or local counsel selected by the Authorized Persons, if any, be, and hereby are, authorized, empowered and directed to represent the Company, as

debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

**Additional Resolutions**

   **FURTHER RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons be, and each of them hereby is, authorized with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, any and all such agreements, documents, certificates, instruments, statements, declarations, notices, undertakings, amendments and other writings, and to incur and to pay or direct payment of all such fees and expenses, including filing fees, as, in any Authorized Person's judgment, may be necessary, desirable or appropriate to effectuate the purpose and intent of any and all of the foregoing resolutions adopted herein, with any such action by any Authorized Person to be conclusive evidence of the necessity, desirability or appropriateness thereof;

   **FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person, or at the direction of an Authorized Person, or by any of the Professionals, in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

   **FURTHER RESOLVED**, that the Board and any Authorized Person be, and each of them hereby is, authorized and empowered to certify and furnish to any person or entity such copies of the resolutions set forth herein, and to certify to any person or entity that the resolutions set forth herein have been duly adopted by the Board, are in full force and effect and are in conformity with the Operating Agreement, as, in any Authorized Person's judgment, may be necessary, desirable or appropriate to implement the purposes and intent of the foregoing resolutions, with the certification and furnishing of such copies or the certification of such matters by any Authorized Person to be conclusive evidence of the necessity, desirability or appropriateness thereof; provided, however, that the certification and furnishing of such copies or the certification of such matters shall not be required for any document, instrument or agreement to be valid and binding on the Company;

   **FURTHER RESOLVED**, that, in the event that, in any Authorized Person's judgment, a specific form of resolutions is necessary, desirable or appropriate in connection with the implementation of the purposes and intent of the foregoing resolutions, resolutions in such form be, and they hereby are, adopted by the Board as if such resolutions were expressly set forth herein and that the Authorized Persons be, and each of them hereby is, authorized and empowered to certify and furnish to any person or entity copies of such resolutions, and to certify to any person or entity that such resolutions have been duly adopted by the Board, are in full force and effect and are in conformity with the Operating Agreement, with the certification and furnishing of such copies or the certification of such matters by any Authorized Person to be conclusive evidence of the necessity, desirability or appropriateness thereof; provided, however, that the certification and furnishing of such copies or the certification of such matters shall not be required for any document, instrument or agreement to be valid and binding on the Company;

- 3 -

**FURTHER RESOLVED**, that any and all lawful actions taken or transactions entered into for, on behalf of and in the name of the Company with respect to any action contemplated by the foregoing resolutions prior to the effectiveness of these Resolutions that would have been authorized by the foregoing resolutions had they been taken after the effectiveness of these Resolutions be, and each of them hereby is, authorized, approved, adopted, ratified, consented to and confirmed in all respects for all purposes; and

**FURTHER RESOLVED**, that for the purposes of these resolutions, the term "Authorized Persons" means and includes (a) all managers of the Company; (b) all officers of the Company, regardless of title; and (c) all designees of any of them.

*[Signature page follows]*

- 5 -

      The undersigned does hereby certify, in his capacity as Secretary of the Company, that the foregoing is a true, complete and correct copy of the resolutions adopted by the unanimous affirmative vote of the Board on the date first written above.

                                    */s/ J. Joel Mercer, Jr.*
                                    J. Joel Mercer, Jr.
                                    Chief Legal Officer and Secretary

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-_____ |

## CORPORATE OWNERSHIP STATEMENT

**Bestwall LLC**

Check one:   __X__ DEBTOR   ____ PLAINTIFF   ____ DEFENDANT   ____ OTHER (specify): _____

***Instructions:*** *Fed. R. Bankr. P. 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Fed. R. Bankr. P. 1007(a)(1) requires corporate debtors to file with the petition a Corporate Ownership Statement containing the information described in Fed. R. Bankr. P. 7007.1. Check one of the statements set forth below and provide any information as directed.*

☒ 1.  **The following corporations directly or indirectly own 10% or more of any class of the above named corporate debtor's equity interests:[2]**

      Georgia-Pacific Equity Holdings LLC
      133 Peachtree Street, NE
      Atlanta, Georgia  30303

      Georgia-Pacific Holdings, LLC
      133 Peachtree Street, NE
      Atlanta, Georgia  30303

      Koch Industries, Inc.
      4111 East 37th Street North
      Wichita, Kansas  67220

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

[2] The corporations are listed in alphabetical order.

NAI-1502775631    - 1 -

Koch Renewable Resources, LLC
4111 East 37th Street North
Wichita, Kansas  67220

☐ **2. There are no entities that directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests.**

Date: <u>November 2, 2017</u>

<u>/s/ J. Joel Mercer, Jr.</u>
Signature of Authorized Individual for Corporate Debtor/Party

<u>J. Joel Mercer, Jr.</u>
Printed Name of Authorized Individual for Corporate Debtor/Party

<u>Chief Legal Officer and Secretary</u>
Title of Authorized Individual for Corporate Debtor/Party

Debtor Name:  **Bestwall LLC**                                    Case number (if known): _____

---

Debtor name  Bestwall LLC
United States Bankruptcy Court for the: Western District of N. Carolina
(State)
Case number (If known): _____

☐ Check if this is an amended filing

# Chapter 11 Case:  List of 25 Law Firms With the Most Significant Representations of Asbestos Claimants

The following is an alphabetical list of the law firms with the most significant representations of parties with asbestos claims against Bestwall LLC, as debtor and debtor in possession (the "Debtor"), based on the volume of filings, scope of payments or related factors, across the major types of claims faced by the Debtor (the "Top Asbestos Counsel List").  Concurrently with this petition, the Debtor has filed a motion seeking authority to file this Top Asbestos Counsel List in lieu of a list of the 20 largest unsecured creditors.[1]  This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.  The Top Asbestos Counsel List was prepared with information existing as of October 31, 2017.  The Debtor reserves the right to amend the Top Asbestos Counsel List based on additional information it may identify.  The information contained in the Top Asbestos Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtor.

|   | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Law Offices of Peter G. Angelos, PC  100 N. Charles Street  Baltimore, MD  21201 | Armand Volta  Tel: (410) 649-2000  avolta@lawpga.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 2 | Baron & Budd, PC  3102 Oak Lawn Avenue  Dallas, TX  75219 | Steve Baron  Tel: (214) 521-3605  sbaron@baronbudd.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 3 | Belluck & Fox, LLP  546 Fifth Avenue  New York, NY  10036 | Joe Belluck  Tel: (212) 681-1575  jbelluck@belluckfox.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 4 | Brayton Purcell LLP  222 Rush Landing Road  Novato, CA  94948 | David Donadio  Tel: (415) 898-1555  ddonadio@braytonlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 5 | Cooney & Conway  120 North Lasalle Street  Chicago, IL  60602 | Bill Fahey  Tel: (888) 905-2912  bfahey@cooneyconway.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 6 | Early, Lucarelli, Sweeney & Meisenkothen LLC  One Century Tower, 11th Floor  New Haven, CT  06508 | Lindalea Ludwick  Tel: (203) 777-7799  lpl@elslaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 7 | The Ferraro Law Firm, PA  600 Brickell Avenue  Miami, FL  33131 | David Jagolinzer  Tel: (305) 547-9800  daj@ferrarolaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

---

[1] This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

Debtor Name: **Bestwall LLC**   Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Gori, Julian & Associates, PC 156 North Main Street Edwardsville, IL 62025 | Randy L. Gori Tel: (618) 659-9833 randy@gorijulianlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 9 | Kazan, McClain, Satterley & Greenwood, PLC 55 Harrison Street, Suite 400 Oakland, CA 94607 | David McClain Tel: (877) 995-6372 dmcclain@kazanlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 10 | Lanier Law Firm 6810 FM 1960 West Houston, TX 77069 | W. Mark Lanier Tel: (713) 659-5200 Fax: (713) 659-2204 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 11 | Levin Simes LLP 44 Montgomery Street 32nd Floor San Francisco, CA 94104 | Laurel Simes Tel: (415) 426-3000 llsimes@levinsimes.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 12 | Levy Konigsberg LLP 800 Third Avenue New York, NY 10022 | Robert I. Komitor Tel: (212) 605-6200 Fax: (212) 605-6290 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 13 | Lipsitz & Ponterio, LLC 424 Main Street, Suite 1500 Buffalo, NY 14202 | John N. Lipsitz Tel: (716) 849-0701 Fax: (716) 849-0708 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 14 | Maune Raichle Hartley French & Mudd, LLC 1015 Locust Street Suite 1200 St. Louis, MO 63101 | Christian Hartley Tel: (866) 234-7997 chartley@mrhfmlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 15 | Motley Rice LLC 28 Bridgeside Blvd. Mount Pleasant, SC 29465 | Joseph F. Rice Tel: (843) 216-9000 jrice@motleyrice.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 16 | Napoli Shkolnik PLLC 1301 Avenue of the Americas 10th Floor New York, NY 10019 | Paul J. Napoli Tel: (212) 397-1000 pnapoli@napolilaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 17 | Law Offices of Peter T. Nicholl 36 South Charles St., Suite 1700 Baltimore, MD 21201 | Mike Edmonds Tel: 410-244-7005 medmonds@nicholllaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 18 | O'Brien Law Firm, PC 815 Geyer Avenue St. Louis, MO 63104 | Andrew O'Brien Tel: (314) 588-0558 obrien@obrienlawfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

Debtor Name: **Bestwall LLC**

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Shrader & Associates, L.P.<br>3900 Essex Lane, Suite 390<br>Houston, TX 77027 | Justin Shrader<br>Tel: (713) 338-9094<br>Fax: (713) 571-9605 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 20 | Simmons Hanly Conroy LLC<br>One Court Street<br>Alton, IL 62002 | Michael J. Angelides<br>Tel: (618) 259-2222<br>mangelides@simmonsfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 21 | Simon Greenstone Panatiere Bartlett, PC<br>3232 McKinney Ave., Suite 610<br>Dallas, TX 75204 | Jeffrey B. Simon<br>Tel: (214) 276-7680<br>jsimon@sgpblaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 22 | SWMW Law, LLC<br>701 Market Street, No. 1575<br>St. Louis, MO 63101 | Ben Schmickle<br>Tel: (314) 480-5180<br>ben@swmwlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 23 | Waters & Kraus, LLP<br>3141 Hood Street<br>Dallas, TX 75219 | Peter A. Kraus<br>Tel: (214) 357-6244<br>Fax: (214) 357-7252 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 24 | Weitz & Luxenberg, PC<br>700 Broadway<br>New York, NY 10003 | Charles Ferguson<br>Tel: (212) 558-5500<br>cferguson@weitzlux.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 25 | Law Offices of Paul A. Weykamp<br>16 Stenerson Lane<br>Hunt Valley, MD 21030 | Paul Weykamp<br>Tel: 410-584-0660<br>Fax: 410-584-1005 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

NAI-1503150405

**Fill in this information to identify the case and this filing:**

Debtor Name __Bestwall LLC_____

United States Bankruptcy Court for the: ___Western_____ District of __North Carolina__
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [X] Other document that requires a declaration _LIST OF 25 LAW FIRMS WITH THE MOST SIGNIFICANT REPRESENTATIONS OF ASBESTOS CLAIMANTS_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/02/2017__     ✗ _/s/ J. Joel Mercer, Jr._____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                    J. Joel Mercer, Jr._____
                                    Printed name

                                    _Chief Legal Officer and Secretary_
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br>              Debtor. | Chapter 11<br><br>Case No. 17-_____ |

## MASTER CREDITORS LIST

      Bestwall LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "Voluntary Petition").  In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina, the Debtor filed concurrently herewith a matrix of the names and addresses of creditors, potential creditors and other parties in interest (the "Master Creditors List").  The Master Creditors List has been prepared from the books and records of the Debtor, and contains only those parties whose names and addresses were maintained in the databases of the Debtor or were otherwise readily ascertainable by the Debtor prior to the commencement of this chapter 11 case.  The Debtor will update the Master Creditors List as more information becomes available.

      Contemporaneously with the filing of the Voluntary Petition, the Debtor filed a motion (the "Motion") requesting, among other things, authority to serve all notices, mailings or other documents required to be provided to creditors who are claimants in asbestos-related lawsuits or other proceedings involving the Debtor, or who have similar claims asserted through counsel (collectively, the "Asbestos Claimants"), on the Asbestos Claimants in care of their counsel at such counsel's address in lieu of service on the individual Asbestos Claimants at their personal addresses.  Accordingly, the Master Creditors List includes the addresses of counsel for each of the Asbestos Claimants rather than the addresses of each individual Asbestos Claimant.

      Certain of the creditors listed on the Master Creditors List may not hold outstanding claims against the Debtor and therefore may not be creditors in the Debtor's bankruptcy case.  By filing the Master Creditors List, the Debtor is not acknowledging that any listed party is a creditor, nor is it waiving or otherwise affecting its right to object to the extent, validity or enforceability of the claims, if any, held or asserted by the parties listed on the Master Creditors List.

---

[1]    The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

NAI-1503149531

**Fill in this information to identify the case and this filing:**

Debtor Name __Bestwall LLC_____

United States Bankruptcy Court for the: ___Western_____  District of __North Carolina__
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  _MASTER CREDITORS LIST_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/02/2017___           ✗ _/s/ J. Joel Mercer, Jr._____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                          J. Joel Mercer, Jr._____
                                          Printed name

                                          _Chief Legal Officer and Secretary_____
                                          Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**