FILED & JUDGMENT ENTERED
Steven T. Salata

November 16 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_/s/ George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-31795 |
| BESTWALL LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

**ORDER APPOINTING OFFICIAL
COMMITTEE OF ASBESTOS CLAIMANTS**

This matter coming before the Court upon the Motion to Appoint the Official Committee of Asbestos Claimants (the "Motion") [D.I. 69], filed by the United States Bankruptcy Administrator and making a recommendation to the Court regarding the appointment of a committee of Asbestos Personal Injury Claimants; responses having been filed seeking expansion of the Committee by (i) Dianna Richter and Patty Deetz, represented by John D. Cooney of the law firm of Cooney & Conway (the "Cooney Response") [D.I. 79], (ii) Tommy and Marcella Lineberger, represented by Charles W. Branham, III, of the law firm of Dean Omar & Branham, LLP (the "Branham Response") [D.I. 85], and (iii) Joseph A. Diaz, represented by Robert E. Shuttlesworth of the law firm Shrader & Associates, LLP (the "Shuttlesworth Response") [D.I. 88], collectively the "Responses," and the Court having reviewed the Motion and Responses filed and considered the statements of counsel at the hearing before the Court; the Court acting pursuant to its authority under 11 U.S.C. § 1102;

IT IS HEREBY ORDERED that:

1. The Motion, as modified herein, is hereby granted; and

2. The following claimants shall constitute the Official Committee of Asbestos Personal Injury Claimants in this case:

Linda Hofferber
c/o Matthew Bergman
Bergman Draper Oslund
821 Second Avenue, Suite 2100
Seattle, WA 98104

Steven Lanphear
c/o Beth A. Gori
Gori Julian & Associates, PC
156 North Main Street
Edwardsville, IL 62025

Cresante Perreras
c/o Steven Kazan
Kazan, McClain, Satterley & Greenwood, PLC
55 Harrison Street, Suite 400
Oakland, CA 94607

Barbara McAlpine, *Independent Administrator of the Estate of Martin Edward McAlpine*
c/o Maura Kolb
The Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

John Harvey Dixon
c/o Armand J. Volta, Jr.
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street, 22nd Floor
Baltimore, MD 21201

Jeffrey A. Watts
c/o Christian Hartley
Maune Raichle Hartley French & Mudd, LLC
300 W. Coleman Boulevard, Suite 200
Mount Pleasant, SC 29464

Rick Benson
c/o Andrew O'Brien
O'Brien Law Firm, PC
815 Geyer Avenue
St. Louis, MO 63104

Rick Bengston
c/o Michael Shepard
Shepard Law
160 Federal Street
Boston, MA 02110

Richard S. Trumbull
c/o Lisa Busch
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Patricia Deetz, *Special Administrator of Dave Deetz, Dec'd*
c/o John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

*This Order has been signed electronically.*
*The Judge's signature and Court's seal*
*appear at the top of the Order.*

*United States Bankruptcy Court*