IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-31795 |
| | ) | |
| BESTWALL LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Related Docket No. 97 |

**MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL LLC TO SUBSTITUTE COMMITTEE MEMBER**

The Official Committee of Asbestos Claimants of Bestwall LLC (the "Committee"), by and through its undersigned counsel, hereby moves this Court to appoint Nikol Chuidian. as substitute Committee member for Cresante Perreras, who recently passed away (the "Motion"). The grounds supporting this Motion are as follows.

1.	On November 16, 2017, this Court entered an order appointing the members of the Committee. *See Order Appointing Official Committee of Asbestos Claimants* [Docket No. 97] (the "Appointment Order"). Among the members was Cresante Perreras, whose tort counsel was the law firm of Kazan, McClain, Satterley & Greenwood, PLC (the "Kazan Firm"). At the time of his appointment, Cresante Perreras had sued Georgia-Pacific, LLC prepetition for mesothelioma, an always fatal form of asbestos-related cancer, caused by secondary exposure to Georgia-Pacific joint compound. Mr. Perreras held an asbestos-related personal injury claim against Bestwall LLC, as successor to Georgia-Pacific LLC; his estate now holds a wrongful death claim against Bestwall LLC and that claim survives his passing.

2.	Sadly, less than a month following formation of the Committee, on December 1, 2017, Mr. Perreras lost his life as a result of his mesothelioma. Mr. Perreras was 55 at the time of his death. The Committee expects that Mr. Perreras' daughter, Nikol Chuidian, will be appointed by the Probate Court as personal representative for Mr. Perreras. Ms. Chuidian has

{00398396.DOCX V.2 B507.025127;}

expressed her strong desire to serve on this Committee as the representative of her father's estate. Attached hereto as <u>Exhibit A</u> is a copy of the Certificate of Death.

3. Bankruptcy Code § 1102(a)(4) provides that "[o]n request of a party in interest and after notice and a hearing, the court may order the United States trustee to change the membership of a committee appointed under this subsection, if the court determines that the change is necessary to ensure adequate representation of creditors. . . ." 11 U.S.C. § 1102(a)(4). Moreover, Federal Rule of Civil Procedure 25(a) provides in relevant part: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a).[1]  Additionally, this Court has authority to modify the Appointment Order through its inherent powers and Bankruptcy Code § 105(a). *See In re Arms*, 238 B.R. 259, 261 (Bankr. D. Vt. 1999); *In re Dore & Assocs. Contracting, Inc.*, 54 B.R. 353, 360 (Bankr. W.D. Wis. 1985).

4. The Committee requests that the Court appoint Nikol Chuidian to replace the late Mr. Perreras.  This Court originally appointed Mr. Perreras, among others, to ensure adequate representation of Bestwall LLC's asbestos creditors. To maintain that representation, Mr. Perreras' representative, Nikol Chuidian., should be substituted in his place.  In fulfilling her charge as a Committee member, the Kazan Firm will act on Ms. Chuidian's behalf as attorney and agent.  Mr. Perreras served as Chair of the Committee, and the Committee intends to have Ms. Chuidian serve in that capacity.

5. The Committee seeks this substitution now in order to avoid unnecessary delay or complication in the discharge of its duties in this bankruptcy case.  Attached hereto as <u>Exhibit B</u> is a *Declaration of Successor in Interest* from the Superior Court of California, County of Alameda, naming Ms. Chuidian as official representative in the underlying state court asbestos-related litigation that establishes the claim in this case.

---

[1] Rule 25 is made applicable here by Federal Rules of Bankruptcy Procedure 7025 and 9014(c).

{00398396.DOCX V.2 B507.025127;}

6.      The United States Bankruptcy Administrator's office was promptly informed of Mr. Perreras' passing and of the Committee's desire to have Ms. Chuidian serve in his place. The Bankruptcy Administrator subsequently informed the Committee that there is no objection to the relief requested in this Motion or the form of order submitted as <u>Exhibit C</u> hereto.

WHEREFORE, for the reasons noted above, the Committee requests that this Court enter an order granting this Motion and such other and further relief as this Court deems just and appropriate.

[Signatures appear on the following page]

Dated: February 21, 2018
Charlotte, North Carolina

        HAMILTON STEPHENS STEELE
        + MARTIN, PLLC

        /s/ Glenn C. Thompson
        Glenn C. Thompson (Bar No. 37221)
        525 North Tryon Street, Suite 1400
        Charlotte, North Carolina 28202
        Telephone: (704) 344-1117
        Facsimile: (704) 344-1483
        gthompson@lawhssm.com

        Judy D. Thompson
        Linda W. Simpson
        JD THOMPSON LAW
        Post Office Box 33127
        Charlotte, North Carolina 28233
        Telephone: (828) 749-1865
        jdt@jdthompsonlaw.com
        LWS@JDThompsonLaw.com

        Natalie D. Ramsey (DE Bar No. 5378)
        Mark A. Fink (DE Bar No. 3946)
        MONTGOMERY, McCRACKEN, WALKER &
        RHOADS, LLP
        1105 North Market Street, 15th Floor
        Wilmington, DE 19801
        Telephone: (302) 504-7800
        Facsimile: (302) 504-7820
        nramsey@mmwr.com
        mfink@mmwr.com

        *Counsel to the Official Committee of Asbestos*
        *Claimants of Bestwall LLC*

{00398396.DOCX V.2 B507.025127;}

# **EXHIBIT A**

Certificate of Death

{00398396.DOCX V.2 B507.025127;}

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH AND HUMAN SERVICES

**STATE FILE NUMBER:** 3052017244071
**LOCAL REGISTRATION NUMBER:** 3201734011146

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): CRESANTE
2. MIDDLE: CASTRO
3. LAST (Family): PERRERAS
4. DATE OF BIRTH: [redacted]
5. AGE Yrs: 55
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: PHILIPPINES
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 12/01/2017
8. HOUR (24 hrs): 1845
13. EDUCATION – Highest Level/Degree: BACHELOR
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: FILIPINO
17. USUAL OCCUPATION: BUSINESS OWNER
18. KIND OF BUSINESS OR INDUSTRY: RESTAURANT
19. YEARS IN OCCUPATION: 5

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 3447 JUPITER DR.
21. CITY: SACRAMENTO
22. COUNTY/PROVINCE: SACRAMENTO
23. ZIP CODE: 95827
24. YEARS IN COUNTY: 40
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: NIKOL CHUIDIAN, DAUGHTER
27. INFORMANT'S MAILING ADDRESS: 3447 JUPITER DR., SACRAMENTO, CA 95827

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: –
29. MIDDLE: –
30. LAST (BIRTH NAME): –
31. NAME OF FATHER/PARENT – FIRST: JORGE
32. MIDDLE: –
33. LAST: PERRERAS
34. BIRTH STATE: PHILIPPINES
35. NAME OF MOTHER/PARENT – FIRST: ALICIA
36. MIDDLE: –
37. LAST (BIRTH NAME): CASTRO
38. BIRTH STATE: PHILIPPINES

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 12/08/2017
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF NIKOL CHUIDIAN, 3447 JUPITER DR., SACRAMENTO, CA 95827
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: [redacted]
44. NAME OF FUNERAL ESTABLISHMENT: ALL FAITH CREMATION
45. LICENSE NUMBER: [redacted]
46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE, MD
47. DATE: 12/08/2017

**PLACE OF DEATH**

101. PLACE OF DEATH: OWN RESIDENCE
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 3447 JUPITER DR.
106. CITY: SACRAMENTO

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
- (A) IMMEDIATE CAUSE: CARDIAC ARREST — Time Interval: 10 MIN
- (B) ANOREXIA — 48 HRS
- (C) MESOTHELIOMA PLEURA — 2 YRS

108. DEATH REPORTED TO CORONER?: YES — Referral Number: 17-06383
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: —

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NO

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NONE
113A. IF FEMALE, PREGNANT IN LAST YEAR?: —

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since (A): 11/30/2017
- Decedent Last Seen Alive (B): 12/01/2017
115. SIGNATURE AND TITLE OF CERTIFIER: WALTER SCOTT MILLER M.D.
116. LICENSE NUMBER: G53577
117. DATE: 12/05/2017
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: WALTER SCOTT MILLER M.D., 2710 S. GATEWAY OAKS DR. #100, SACRAMENTO, CA 95833

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: Accident
120. INJURED AT WORK?: UNK
121. INJURY DATE: UNK
122. HOUR: UNK
123. PLACE OF INJURY: UNKNOWN
124. DESCRIBE HOW INJURY OCCURRED: THE DECEDENT WAS EXPOSED TO ASBESTOS
125. LOCATION OF INJURY: UNKNOWN
126. SIGNATURE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS
127. DATE: 12/07/2017
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS, DEPUTY CORONER

*010001003729935*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health and Human Services.

**DATE ISSUED:** December 11, 2017

*001698333*

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.
PANCO (REV 09/13)

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

## **EXHIBIT B**

Declaration of Successor in Interest

{00398396.DOCX V.2 B507.025127;}

1  Justin Bosl, Esq. (C.S.B. #241117)
   JBosl@kazanlaw.com
2  Andrea Huston, Esq. (C.S.B. #200610)
   AHuston@kazanlaw.com
3  Henry A. Steinberg, Esq. (C.S.B. #284998)
   HSteinberg@kazanlaw.com
4  KAZAN, McCLAIN, SATTERLEY & GREENWOOD
   A Professional Law Corporation
5  Jack London Market
   55 Harrison Street, Suite 400
6  Oakland, California 94607
   Telephone: (510) 302-1000
7  Facsimile: (510) 835-4913

8  Attorneys for Plaintiff

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ALAMEDA

| | |
|---|---|
| CRESANTE PERRERAS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T CORP., et al.,<br><br>    Defendants. | Case No. RG17877600<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE Brad Seligman<br>DEPT. 23<br><br>**DECLARATION OF SUCCESSOR IN INTEREST**<br><br>Action Filed:    October 3, 2017 |

The undersigned hereby declare:

1. We make this declaration pursuant to Code of Civil Procedure §377.32 to commence any and all actions related to Cresante Perreras's exposure to asbestos and which survive his death.

2. The name of the decedent is Cresante Perreras.

3. Cresante Perreras died in Sacramento, California on December 1, 2017.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. The declarants are Cresante Perreras's successors-in-interest (as defined in § 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

1629467.1

DECLARATION OF SUCCESSOR IN INTEREST

6. No other person has a superior right to commence and/or continue the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

7. A certified copy of decedent's death certificate is attached.

Declarants declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 19, 2018

_____
Nikol Chuidian

DATED: January 18, 2018

_____
Alysa Perretas

**<u>Exhibit C</u>**

Proposed Order

{00398396.DOCX V.2 B507.025127;}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-31795 |
| | ) | |
| BESTWALL LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### [PROPOSED] ORDER SUBSTITUTING MEMBER OF THE
### OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL, LLC

Before the Court is the *Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* [Docket No. ___] ("Motion to Substitute"). The Court, having considered the uncontested Motion to Substitute, and has determined that the Motion to Substitute should be granted. Accordingly,

**IT IS ORDERED** as follows:

1.    The Motion to Substitute is GRANTED.

2.    Nikol Chuidian, c/o Steven Kazan of the law firm Kazan, McClain, Satterley & Greenwood, PLC, is appointed to succeed the late Cresante Perreras as a member of the Official Committee of Asbestos Claimants of Bestwall LLC.

{00396368.DOCX V. B507.025127;}

      3.      If circumstances arise where the Committee should have to make additional requests to substitute a committee member during the course of this case, the Committee is hereafter authorized to utilize the no protest motion process set forth in Rule 9013-1(e) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina.

      4.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

This Order has been signed electronically.     United States Bankruptcy Court
The judge's signature and court's seal appear at the top of the Order.

{00396368.DOCX V. B507.025127;}

## CERTIFICATE OF SERVICE

      I hereby certify that copies of *Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* were served electronically on those parties receiving notice in this case through CM/ECF.

Dated: February 21, 2018
        Charlotte, North Carolina

                                            /s/ *Glenn C. Thompson*
                                            Glenn C. Thompson (NC Bar No. 37221)

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 North Tryon Street, Ste. 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
Email: Gthompson@lawhssm.com

{00398396.DOCX V.2 B507.025127;}