FILED & JUDGMENT ENTERED
Steven T. Salata

March  29  2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                     )
                                                           ) Case No.:    17-31795
BESTWALL LLC                                               )
                                                           ) Chapter 11
                         Debtor.                           )

**AMENDED ORDER APPOINTING OFFICIAL**
**COMMITTEE OF ASBESTOS CLAIMANTS**

      This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator; the Court having previously appointed the Official Committee of Asbestos Claimants by order entered on November 16, 2017 [D.I. 97]; the Court having substituted a committee member as set forth in the Order Substituting Member of the Official Committee of Asbestos Claimants of Bestwall LLC entered on March 26, 2018 [D.I. 335]; the Court acting pursuant to its authority under 11 U.S.C. §1102,

      IT IS HEREBY ORDERED that the following claimants shall constitute the Official Committee of Asbestos Claimants in this case:

| | |
|---|---|
| Linda Hofferber | Jeffrey A. Watts |
| c/o Matthew Bergman | c/o Christian Hartley |
| Bergman Draper Oslund | Maune Raichle Hartley French & Mudd, LLC |
| 821 Second Avenue, Suite 2100 | 300 W. Coleman Boulevard, Suite 200 |
| Seattle, WA 98104 | Mount Pleasant, SC 29464 |
| | |
| Steven Lanphear | Rick Benson |
| c/o Beth A. Gori | c/o Andrew O'Brien |
| Gori Julian & Associates, PC | O'Brien Law Firm, PC |
| 156 North Main Street | 815 Geyer Avenue |
| Edwardsville, IL 62025 | St. Louis, MO 63104 |

Nikol Chuidian, *Special Administrator of Cresante Perreras, Dec'd*
c/o Steven Kazan
Kazan, McClain, Satterley & Greenwood, PLC
55 Harrison Street, Suite 400
Oakland, CA 94607

Rick Bengston
c/o Michael Shepard
Shepard Law
160 Federal Street
Boston, MA 02110

Barbara McAlpine, *Independent Administrator of the Estate of Martin Edward McAlpine*
c/o Maura Kolb
The Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Richard S. Trumbull
c/o Lisa Busch
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

John Harvey Dixon
c/o Armand J. Volta, Jr.
Law Offices of Peter G. Angelos, P.C.
100 N. Charles Street, 22nd Floor
Baltimore, MD 21201

Patricia Deetz, *Special Administrator of Dave Deetz, Dec'd*
c/o John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

*This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.*

*United States Bankruptcy Court*