IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-31795 |
| | ) | |
| BESTWALL LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**SECOND MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL LLC TO SUBSTITUTE COMMITTEE MEMBER**

The Official Committee of Asbestos Claimants of Bestwall LLC (the "Committee"), by and through its undersigned counsel, hereby moves this Court to appoint Elizabeth Ann Harding as substitute Committee member for Stephen F. Lanphear who recently passed away (the "Motion"). The grounds supporting this Motion are as follows.

1. On November 16, 2017, this Court entered an order appointing the members of the Committee. *See Order Appointing Official Committee of Asbestos Claimants* [Docket No. 97] (the "Appointment Order"). Among the members was Stephen F. Lanphear, whose tort counsel was Beth A. Gori of the law firm of Gori Julian & Associates, P.C. (the "Gori Firm"). At the time of his appointment, Stephen F. Lanphear had sued Georgia-Pacific, LLC prepetition for injuries and exposure leading to his contracting mesothelioma, an always fatal form of asbestos-related cancer, caused by secondary exposure to Georgia-Pacific joint compound. Mr. Lanphear held an asbestos-related personal injury claim against Bestwall LLC, as successor to Georgia-Pacific LLC; his estate now holds a wrongful death claim against Bestwall LLC and that claim survives his passing.

2. Sadly, on August 10, 2018, Mr. Lanphear lost his life as a result of his mesothelioma. Mr. Lanphear's daughter, Elizabeth Ann Harding, has been appointed by the Circuit Court in Madison County, Illinois as Special Administrator for Mr. Lanphear. Ms. Harding

{00420538.DOCX V. B507.025127;}

has expressed her strong desire to serve on this Committee as the representative of her father's estate. Attached hereto as <u>Exhibit A</u> is a copy of the Order from the Circuit Court.

3. Bankruptcy Code § 1102(a)(4) provides that "[o]n request of a party in interest and after notice and a hearing, the court may order the United States trustee to change the membership of a committee appointed under this subsection, if the court determines that the change is necessary to ensure adequate representation of creditors. . . ." 11 U.S.C. § 1102(a)(4). Moreover, Federal Rule of Civil Procedure 25(a) provides in relevant part: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a).[1] Additionally, this Court has authority to modify the Appointment Order through its inherent powers and Bankruptcy Code § 105(a). *See In re Arms*, 238 B.R. 259, 261 (Bankr. D. Vt. 1999); *In re Dore & Assocs. Contracting, Inc.*, 54 B.R. 353, 360 (Bankr. W.D. Wis. 1985).

4. This Court's *Order Substituting Member of the Official Committee of Asbestos Claimants of Bestwall LLC* entered March 26, 2018 [Docket No. 335] specifically provided that if additional substitution of Committee members was required, the Committee was authorized to utilize the no protest motion process as set forth in Rule 9013-1(e) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina.

5. The Committee requests that the Court appoint Elizabeth Ann Harding to replace the late Mr. Lanphear. This Court originally appointed Mr. Lanphear, among others, to ensure adequate representation of Bestwall LLC's asbestos creditors. To maintain that representation, Mr. Lanphear' representative, Elizabeth Ann Harding, should be substituted in his place. In fulfilling her charge as a Committee member, the Gori Firm will act on Ms. Harding's behalf as attorney and agent.

---

[1] Rule 25 is made applicable here by Federal Rules of Bankruptcy Procedure 7025 and 9014(c).

{00420538.DOCX V. B507.025127;}

6. The Committee seeks this substitution now in order to avoid unnecessary delay or complication in the discharge of its duties in this bankruptcy case.

7. The United States Bankruptcy Administrator's office was promptly informed of Mr. Lanphear's passing and of the Committee's desire to have a representative serve in his place.

8. Attached hereto as <u>Exhibit B</u> is a proposed Order.

WHEREFORE, for the reasons noted above, the Committee requests that this Court enter an order granting this Motion and such other and further relief as this Court deems just and appropriate.

*[Signatures appear on the following page]*

Dated: October 5, 2018
      Charlotte, North Carolina

          HAMILTON STEPHENS STEELE
+ MARTIN, PLLC

/s/ Glenn C. Thompson
Glenn C. Thompson (Bar No. 37221)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
gthompson@lawhssm.com

Judy D. Thompson
Linda W. Simpson
JD THOMPSON LAW
Post Office Box 33127
Charlotte, North Carolina 28233
Telephone: (828) 749-1865
jdt@jdthompsonlaw.com
LWS@JDThompsonLaw.com

Natalie D. Ramsey (DE Bar No. 5378)
Mark A. Fink (DE Bar No. 3946)
MONTGOMERY, McCRACKEN, WALKER &
RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
nramsey@mmwr.com
mfink@mmwr.com

*Counsel to the Official Committee of Asbestos Claimants of Bestwall LLC*

{00420538.DOCX V. B507.025127;}

## **EXHIBIT A**

Order of Appointment of Special Administrator

{00420538.DOCX V. B507.025127;}

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

e-Filed
Case No: 2017L 000960
Trans ID: 353033
Date: Sep 13 2018
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit,
Madison County Illinois

e-Served
by MyDocFileServe
353033
Sep 13 2018 10:22 AM

**ELIZABETH ANN HARDING, Individually
and as Special Administrator of the Estate of
STEPHEN F. LANPHEAR, Deceased,**

      Plaintiff,

-vs.-

NO. 17-L-960

AGCO CORPORATION, f/k/a MASSEY-
    FERGUSON, et al.,

      Defendants.

## ORDER

Cause coming on to be heard on the Motion of GORI, JULIAN & ASSOCIATES, P.C., to appoint a Special Administrator and amend Complaint, and the Court having considered the Motion and being fully advised in the premises, hereby orders as follows:

1. That ELIZABETH ANN HARDING is appointed as Special Administrator pursuant to 735 ILCS 5/2-1008 and 740 ILCS 180/2.1.

2. That ELIZABETH ANN HARDING as Special Administrator is empowered to prosecute the above-entitled cause in the name and place of STEPHEN F. LANPHEAR, Deceased, with full powers to compromise and settle his respective claims.

3. That ELIZABETH ANN HARDING is hereby empowered to file the Complaint of the Decedent reflecting her appointment as Special Administrator and to file her Second Amended Complaint.

SO ORDERED:

_[signature]_

Sep 13 2018
2a0d1562-b5e3-11e8-a279-0e543838d7a2

## **EXHIBIT B**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-31795 |
| | ) | |
| BESTWALL LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER SUBSTITUTING SECOND MEMBER OF THE
### OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL, LLC

Before the Court is the *Second Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* [Docket No. ___] ("Second Motion to Substitute"). The Court, having considered the uncontested Motion to Substitute, and has determined that the Second Motion to Substitute should be granted. Accordingly,

**IT IS ORDERED** as follows:

1. The Second Motion to Substitute is GRANTED.

2. Elizabeth Ann Harding, c/o Gori Julian & Associates, P.C., is appointed to succeed the late Stephen F. Lanphear as a member of the Official Committee of Asbestos Claimants of Bestwall LLC.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

| | |
|---|---|
| This order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court Western District of North Carolina |

{00420538.DOCX V. B507.025127;}

## CERTIFICATE OF SERVICE

I hereby certify that copies of *Second Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* were served electronically on those parties receiving notice in this case through CM/ECF.

Dated: October 5, 2018
        Charlotte, North Carolina

                                           /s/ *Glenn C. Thompson*
                                           Glenn C. Thompson (NC Bar No. 37221)

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
525 North Tryon Street, Ste. 1400
Charlotte, North Carolina 28202

{00420538.DOCX V. B507.025127;}