# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**   **BESTWALL LLC**

**CASE NO:**   **17-31795**

**Reporting Period:**

   **FROM:**   November 1, 2018_____

   **TO:**   November 30, 2018_____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of 49 pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated:  December 28, 2018      /s/   Michele Wortmann_____
                  Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of 49 pages and, based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate and complete to the best of my knowledge and does not contain any misrepresentation of which I am aware.  I further certify that this report has been served on all parties as required by law or court order.

Dated: December 28, 2018_____      /s/   Jeffrey B. Ellman_____
                  Attorney for Debtor

**NARRATIVE ON PROGRESS OF CASE:**

On November 2, 2017 (the "Petition Date"), Bestwall LLC (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtor is continuing to operate its business as a debtor in possession.

On the Petition Date, the Debtor commenced an adversary proceeding [Adv. Pro. No. 17-03105 (LTB)] (the "Adversary Proceeding") in which the Debtor filed a motion seeking, among other things, injunctive and declaratory relief prohibiting and enjoining the filing or prosecution of asbestos-related claims against affiliates of the Debtor (the "PI Motion").   The Bankruptcy Court entered the requested temporary restraining order on November 8, 2017 [Adv. Pro. Docket No. 18].  This relief subsequently was extended by a preliminary injunction (the "Preliminary Injunction") agreed upon by the Debtor and the official committee of asbestos claimants (the "Asbestos Committee").  On August 15, 2018, the Asbestos Committee and Sander L. Esserman, the legal representative for future asbestos claimants appointed in

this chapter 11 case (the "Future Claimants' Representative"), each filed an objection to the PI Motion [Adv. Pro. Docket Nos. 47, 49] (together, the "PI Objections"). On August 16, 2018, counsel for certain other defendants in the Adversary Proceeding filed joinders with respect to the PI Objections [Adv. Pro. Docket Nos. 51, 52, 56-85; Docket Nos. 525-26]. The Debtor and its non-debtor affiliate, Georgia-Pacific LLC ("New GP"), each filed a reply to the PI Objections on September 28, 2018 [Adv. Pro. Docket Nos. 94, 97]. The Asbestos Committee and the Future Claimants' Representative each filed a sur-reply in support of the PI Objections on October 26, 2018 [Adv. Pro. Docket Nos. 109, 110]. After the reporting period, a hearing on these matters was conducted, as described below.

On August 15, 2018, the Asbestos Committee filed a motion to dismiss the Debtor's chapter 11 case or, alternatively, to transfer venue [Docket No. 495] (the "Committee Challenge Motion"). The Future Claimants' Representative did not file a motion to dismiss. Pursuant to a negotiated briefing schedule [Docket No. 644], (i) the Debtor and New GP each filed an objection to the Committee Challenge Motion on September 28, 2018 [Docket Nos. 640, 642]; (ii) the Asbestos Committee filed a reply in support of the Committee Challenge Motion on October 17, 2018 [Docket No. 653]; and (iii) the Debtor and New GP each filed a sur-reply in opposition to the Committee Challenge Motion on October 26, 2018 [Docket Nos. 659, 660].

On November 9, 2018, the Court held a hearing to consider the relief requested in the PI Motion and the Committee Challenge Motion (the "Hearing"). After the parties completed their oral arguments, the Court continued the Hearing to January 24, 2019, at which time the Court is expected to issue rulings on these matters. Consistent with the Court's instructions at the Hearing, the parties agreed to the form of an order further extending the Preliminary Injunction through and including January 31, 2019. The Court entered this agreed order on November 14, 2019 [Adv. Pro. Docket No. 125].

Notwithstanding pending litigation, the Debtor continues to pursue a resolution of this chapter 11 case through a consensual plan of reorganization. For example, on November 5, 2018, the Debtor filed the *Debtor's Third Motion for an Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof* [Docket No. 677] (the "Exclusivity Extension Motion"). The Exclusivity Extension Motion was heard on an uncontested basis on December 20, 2018 and granted by the Court at the conclusion of the hearing. In addition, the Debtor continues to engage in regular discussions with the Asbestos Committee and the Future Claimants' Committee to address issues arising in this chapter 11 case, ultimately, with the goal of negotiating a fully consensual resolution of this case. In that regard, in December 2018, further settlement discussions have taken place among the Debtor, the Asbestos Committee and the Future Claimants' Representative. To assist the Asbestos Committee and the Future Claimants' Representative in these discussions, the Debtor continues to produce documents and information to the Asbestos Committee and the Future Claimants' Representative in response to informal information requests.

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 11/1/2018                         AMOUNT: $20,534,683.31

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Interest and Investment Income | $31,335.27 | Inventory Purchased | $0.00 |
| Funding Payment | $3,000,000.00 | Salaries/Wages | $0.00 |
| Service Income | $0.00 | Taxes (Total) | $0.00 |
| Rental Income | $18,951.43 | Insurance (Total) | $0.00 |
| Insurance Proceeds | $0.00 | Unsecured Loan Payments | $0.00 |
| Refunds Received | $0.00 | Utilities (Total) | $0.00 |
| | | Rent | $7,901.14 |
| | | Professional Fees | $1,510,775.36 |
| | | Maintenance/Repair | $0.00 |
| | | OTHER DISBURSEMENTS (List) | |
| | |    Directors' Fees | $25,000.00 |
| | |    Service Charges | $0.00 |
| | |    Contractual Payments | $76,862.97 |
| | |    Secondment Costs | $0.00 |
| | |    Consulting Fees | $0.00 |
| | | Bank Fees | $5,545.75 |
| | | | |
| TOTAL CASH RECEIPTS | $3,050,286.70 | TOTAL DISBURSEMENTS | $1,626,085.22 |

**ENDING CASH POSITION**

DATE:  11/30/2018                    AMOUNT:  $21,958,884.79

*Note 1:*   Amounts above include only the Debtor's cash and exclude all activity (receipts and disbursements) relating to cash held by the Debtor for its non-debtor subsidiaries, GP Industrial Plasters LLC and Industrial Plasters Canada ULC (together, the "Non-Debtor Subsidiaries"), under a cash pooling agreement, as permitted by order of the Bankruptcy Court [Docket No. 66] (the "Cash Management Order").  As such, the balances above do not match the attached Bank Statements, with the difference being the cash held for the Non-Debtor Subsidiaries, which totaled $8,495,266.85 as of November 30, 2018.

# PAYMENTS TO SECURED CREDITORS

<u>X</u>    No Secured Debt

\_\_\_    No Secured Debt Payments Made During Reporting Period

\_\_\_    All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | AMOUNT | $0.00 |

# PAYMENTS ON PRE-PETITION DEBT

<u>  X  </u>    No payments have been made on pre-petition unsecured debt during the reporting period.

_____    All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| None | | | $0.00 |
| | | | |
| | | | |
| | | | |
| | | AMOUNT | $0.00 |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:      <u>Bank of America, N.A.</u>

Address:      <u>P.O. Box 1091</u>
                          Street and/or P. O. Box Number

      <u>Charlotte          NC          28254</u>
           City          State          Zip Code

Type of Account:
      (<u>i.e.</u>, Payroll, Tax, Operating):      <u>Controlled Disbursement</u>

      Account Number (last four digits):      <u>-8947</u>

DATE PERIOD BEGINS:      <u>11/1/2018</u>

      Ending Balance (per the attached
      bank statement for this period)      <u>$0.00</u>

      Outstanding Deposits and Other
      Credits Not On Statement      <u>$0.00</u>

      Outstanding Checks and Other
      Debits Not On Statement      <u>$0.00</u>

      Ending Reconciled Balance*      <u>$0.00</u>

DATE PERIOD ENDS:      <u>11/30/2018</u>

Highest Daily Balance During Above Period:  <u>$0.00</u>

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

✈ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C. 28254-3489

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17-31795
████████████████
100 PEACHTREE ST NW
ATLANTA, GA  30303-1906

## Your Full Analysis Business Checking

for November 1, 2018 to November 30, 2018

Account number: ████████ 8947

**BESTWALL LLC    DEBTOR IN POSSESSION CASE 17-31795**

### Account summary

| | |
|---|---|
| Beginning balance on November 1, 2018 | $0.00 |
| Deposits and other credits | 1,587,638.33 |
| Withdrawals and other debits | -0.00 |
| Checks | -1,587,638.33 |
| Service fees | -0.00 |
| **Ending balance on November 30, 2018** | **$0.00** |

# of deposits/credits: 10

# of withdrawals/debits: 21

# of days in cycle: 30

Average ledger balance: $0.00

BESTWALL LLC  |  Account #▊▊▊▊8947  |  November 1, 2018 to November 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America**
**Merrill Lynch**

# Your checking account

BESTWALL LLC   |   Account #░░░░░░░8947   |   November 1, 2018 to November 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/05/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311052000000 | 345,060.44 |
| 11/06/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311062000000 | 3,102.00 |
| 11/07/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311072000000 | 38,039.00 |
| 11/08/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311082000000 | 624.00 |
| 11/09/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311092000000 | 45,857.24 |
| 11/14/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311142000000 | 276,195.58 |
| 11/16/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311162000000 | 2,182.50 |
| 11/20/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311202000000 | 537,617.27 |
| 11/23/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311232000000 | 80,411.54 |
| 11/27/18 | ZBA TRANSFER FROM ░░░░░1858 | | 081311272000000 | 258,548.76 |
| **Total deposits and other credits** | | | | **$1,587,638.33** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 11/05 | 400896 | 813008192688272 | -59,940.68 | 11/14 | 400909 | 813009692160927 | -228,841.16 |
| 11/05 | 400901* | 813008292204317 | -285,119.76 | 11/16 | 400910 | 813005092788910 | -2,182.50 |
| 11/07 | 400902 | 813005992636413 | -37,305.94 | 11/14 | 400911 | 813004692509252 | -5,201.86 |
| 11/14 | 400903 | 813004692314794 | -25,803.87 | 11/09 | 400912 | 813002754257504 | -45,857.24 |
| 11/08 | 400904 | 813006092627533 | -624.00 | 11/14 | 400913 | 813009692097818 | -16,348.69 |
| 11/06 | 400905 | 813008592638114 | -3,102.00 | 11/27 | 400914 | 813008454925443 | -37,818.45 |
| 11/07 | 400906 | 813008254803465 | -100.50 | 11/23 | 400915 | 813008354925432 | -80,411.54 |
| 11/07 | 400907 | 813006092135781 | -402.00 | 11/20 | 400916 | 813005492502385 | -103,023.75 |
| 11/07 | 400908 | 813008792532416 | -230.56 | 11/27 | 400917 | 813009492191225 | -56,932.61 |

*continued on the next page*

BESTWALL LLC   |   Account #▮▮▮▮▮▮ 8947   |   November 1, 2018 to November 30, 2018

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 11/20 | 400918 | 813005692102287 | -434,593.52 | 11/27 | 400920 | 813009492922553 | -112,539.55 |
| 11/27 | 400919 | 813009492055405 | -51,258.15 | | | | |

| | |
|---|---|
| **Total checks** | **-$1,587,638.33** |
| **Total # of checks** | **21** |

\* *There is a gap in sequential check numbers*

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:    Bank of America, N.A.

Address:    P.O. Box 1091
               Street and/or P. O. Box Number

Charlotte                    NC            28254
City                         State         Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):    Concentration / Operating

Account Number (last four digits):    -1858

DATE PERIOD BEGINS:    11/1/2018

Ending Balance (per the attached
bank statement for this period)    $4,199,977.73

Outstanding Deposits and Other
Credits Not On Statement    $0.00

Outstanding Checks and Other
Debits Not On Statement    $0.00

Ending Reconciled Balance*    $4,199,977.73

DATE PERIOD ENDS:    11/30/2018

Highest Daily Balance During Above Period:  $5,078,147.95

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

*Note 1*:   Amounts above include only the Debtor's cash and exclude all cash held by the Debtor for the Non-Debtor Subsidiaries under a cash pooling agreement, as permitted by the Cash Management Order.  As such, the balance above does not match the attached Bank Statement, with the difference being the cash held for the Non-Debtor Subsidiaries, which totaled $8,495,266.85 as of November 30, 2018.

*Note 2*:  Following the Petition Date, the Debtor invested $2.5 million of the balance of this bank account solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.  As such, this invested amount is listed below as part of a separate investment account.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.888.400.9009

📧 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C.  28254-3489

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17-31795
██████████████

100 PEACHTREE ST NW
ATLANTA, GA  30303-1906

# Your Analyzed Business Interest Checking

for November 1, 2018 to November 30, 2018

Account number: ████████ 1858

**BESTWALL LLC    DEBTOR IN POSSESSION CASE 17-31795**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2018 | $9,495,619.38 | # of deposits/credits: 9 |
| Deposits and other credits | 6,745,923.20 | # of withdrawals/debits: 27 |
| Withdrawals and other debits | -3,540,752.25 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $10,470,301.09 |
| Service fees | -5,545.75 | |
| **Ending balance on November 30, 2018** | **$12,695,244.58** | |

*Annual Percentage Yield Earned this statement period: 0.20%.*
*Interest Paid Year To Date: $31,570.59.*

BESTWALL LLC   |   Account # ███████1858   |   November 1, 2018 to November 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

**Bank of America**
**Merrill Lynch**

## Your checking account

BESTWALL LLC  |  Account # ████████1858  |  November 1, 2018 to November 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/02/18 | WIRE TYPE:BOOK IN DATE:181102 TIME:0919 ET TRN:2018110200231592 SNDR REF:110WIRE000319 ORIG:GEORGIA-PACIFIC FINANCIAL PMT DET:110WIRE0003 19 November 2018 Mt. / Holly Rent | | 903711020231592 | 18,951.43 |
| 11/07/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311072000000 | 40,245.09 |
| 11/15/18 | WIRE TYPE:BOOK IN DATE:181115 TIME:0912 ET TRN:2018111500252358 SNDR REF:150WIRE000035 ORIG:GEORGIA-PACIFIC LLC PMT DET:150WIRE000035 Nov ember 2018 Bes /twallLLC Funding Request | | 903711150252358 | 3,000,000.00 |
| 11/16/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311162000000 | 1,886,976.13 |
| 11/20/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311202000000 | 527,714.11 |
| 11/26/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311262000000 | 146,452.34 |
| 11/29/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311292000000 | 39,298.85 |
| 11/30/18 | ZBA TRANSFER FROM ████████ 2310 | | 081311302000000 | 1,084,571.34 |
| 11/30/18 | Interest Earned | | | 1,713.91 |
| **Total deposits and other credits** | | | | **$6,745,923.20** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/01/18 | ZBA TRANSFER TO ████████ 2310 | | 081311012000000 | -12,720.13 |
| 11/01/18 | WIRE TYPE:BOOK OUT DATE:181101 TIME:0928 ET TRN:2018110100249030 RELATED REF:18AVG2415QTX0O62 BNF:DIANA M KNIGGE ID:003675678408 PMT DET:Directo rs Fees | | 903711010249030 | -25,000.00 |
| 11/02/18 | ZBA TRANSFER TO ████████ 2310 | | 081311022000000 | -81,139.01 |

*continued on the next page*

BESTWALL LLC   |   Account #░░░░░░░1858   |   November 1, 2018 to November 30, 2018

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 11/02/18 | WIRE TYPE:BOOK OUT DATE:181102 TIME:0916 ET TRN:2018110200230651 RELATED REF:18B2837119RQ0M62 BNF:GEORGIA-PACIFIC LLC ID:004427194618 PMT DET:No vember 2018 EQ and GPC Rent | | 903711020230651 | -7,901.14 |
| 11/05/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311052000000 | -345,060.44 |
| 11/05/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311052000000 | -120,890.33 |
| 11/06/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311062000000 | -304,716.64 |
| 11/06/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311062000000 | -3,102.00 |
| 11/07/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311072000000 | -38,039.00 |
| 11/08/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311082000000 | -250,697.51 |
| 11/08/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311082000000 | -624.00 |
| 11/09/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311092000000 | -122,481.42 |
| 11/09/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311092000000 | -45,857.24 |
| 11/13/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311132000000 | -122,389.23 |
| 11/14/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311142000000 | -276,195.58 |
| 11/14/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311142000000 | -107,914.70 |
| 11/15/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311152000000 | -54,965.21 |
| 11/16/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311162000000 | -2,182.50 |
| 11/19/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311192000000 | -51,614.06 |
| 11/20/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311202000000 | -537,617.27 |
| 11/21/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311212000000 | -131,532.57 |
| 11/23/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311232000000 | -250,040.46 |
| 11/23/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311232000000 | -80,411.54 |
| 11/27/18 | ZBA TRANSFER TO ░░░░░8947 | | 081311272000000 | -258,548.76 |
| 11/27/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311272000000 | -173,504.74 |
| 11/28/18 | ZBA TRANSFER TO ░░░░░2310 | | 081311282000000 | -135,606.77 |

**Total withdrawals and other debits**                                    **-$3,540,752.25**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/15/18 | 10/18 ACCT ANALYSIS FEE | -5,545.75 |

**Total service fees**                                    **-$5,545.75**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your checking account**

BESTWALL LLC  |  Account #▮▮▮▮▮▮▮ 1858  |  November 1, 2018 to November 30, 2018

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 9,457,899.25 | 11/13 | 8,074,197.81 | 11/23 | 11,990,868.41 |
| 11/02 | 9,387,810.53 | 11/14 | 7,690,087.53 | 11/26 | 12,137,320.75 |
| 11/05 | 8,921,859.76 | 11/15 | 10,629,576.57 | 11/27 | 11,705,267.25 |
| 11/06 | 8,614,041.12 | 11/16 | 12,514,370.20 | 11/28 | 11,569,660.48 |
| 11/07 | 8,616,247.21 | 11/19 | 12,462,756.14 | 11/29 | 11,608,959.33 |
| 11/08 | 8,364,925.70 | 11/20 | 12,452,852.98 | 11/30 | 12,695,244.58 |
| 11/09 | 8,196,587.04 | 11/21 | 12,321,320.41 | | |

This page intentionally left blank

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:   Bank of America, N.A.

Address:   P.O. Box 1091
                  Street and/or P. O. Box Number

Charlotte                    NC              28254
City                       State         Zip Code

Type of Account:
      (i.e., Payroll, Tax, Operating):   Segregated

      Account Number (last four digits):   -3199

DATE PERIOD BEGINS:   11/1/2018

      Ending Balance (per the attached
      bank statement for this period)   $3,294.25

      Outstanding Deposits and Other
      Credits Not On Statement   $0.00

      Outstanding Checks and Other
      Debits Not On Statement   $0.00

      Ending Reconciled Balance*   $3,294.25

DATE PERIOD ENDS:   11/30/2018

      Highest Daily Balance During Above Period:  $3,294.25

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested the entire $15 million principal balance of this bank account solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.  As such, this invested amount is listed below as part of a separate investment account.



**Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17-31795

100 PEACHTREE ST NW
ATLANTA, GA  30303-1906

**Customer service information**

🖋 Customer service: 1.888.400.9009

✏ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C.  28254-3489

# Your Analyzed Business Interest Checking

for November 1, 2018 to November 30, 2018

Account number: ████ 3199

**BESTWALL LLC    DEBTOR IN POSSESSION CASE 17-31795**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2018 | $3,293.71 |
| Deposits and other credits | 0.54 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 30, 2018** | **$3,294.25** |

# of deposits/credits: 1

# of withdrawals/debits: 0

# of days in cycle: 30

Average ledger balance: $3,293.72

*Annual Percentage Yield Earned this statement period: 0.20%.*
*Interest Paid Year To Date: $6.02.*

BESTWALL LLC   |   Account # ████████3199   |   November 1, 2018 to November 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender


**Bank of America**
**Merrill Lynch**

# Your checking account

BESTWALL LLC   |   Account # ████████3199   |   November 1, 2018 to November 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 11/30/18 | Interest Earned | | | 0.54 |
| **Total deposits and other credits** | | | | **$0.54** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|------------|------|-----------|
| 11/01 | 3,293.71 | 11/30 | 3,294.25 |

This page intentionally left blank

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:      Bank of America, N.A.

Address:      P.O. Box 1091
             Street and/or P. O. Box Number

             Charlotte           NC        28254
             City               State     Zip Code

Type of Account:
      (i.e., Payroll, Tax, Operating):     Money Market – Segregated Account Funds

      Account Number (last four digits):   -3BAY

DATE PERIOD BEGINS:      11/1/2018

      Ending Balance (per the attached
      bank statement for this period)     $15,219,096.68

      Outstanding Deposits and Other
      Credits Not On Statement            $0.00

      Outstanding Checks and Other
      Debits Not On Statement             $0.00

      Ending Reconciled Balance*          $15,219,096.68

DATE PERIOD ENDS:      11/30/2018

      Highest Daily Balance During Above Period:  $15,219,096.68

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the
Cash Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested the entire $15 million principal balance of its Segregated Account (account number ending in -3199) in this new money market account, which is invested solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▮▮▮▮▮3 BAY

**Bank of America**
**Merrill Lynch**

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2016
LAKEWOOD, NJ 08701

*Page 1 of 8*

**Table of Contents**

- Account Summary
  1
- Disclosure Statement
  2
- Cash Balance Summary
  3
- Income and Expense Summary
- Short Term Funds Summary
  4
- Income and Expense Activity
  6
- Portfolio Holdings
  6
- Short Term Fund Activity
- Announcements
  7

**Office Servicing your Account:**
Bank of America Merrill Lynch
Merrill Lynch, Pierce, Fenner
& Smith Inc.
540 WEST MADISON ST. 28TH FL
IL4-540-28-01
CHICAGO, IL 60661
For questions please call:
GSO Client Services
800-833-9662

**Registered Representative:**
Bank of America Merrill Lynch
YACOB, ADA
ada.yacob@baml.com
(Orders not accepted via e-mail)

BESTWALL LLC

100 PEACHTREE ST NW
ATLANTA GA 30303-1906

**Account Summary**

| | Quantity as of 11/30/2018 | Market Value as of 11/30/2018 | % of Portfolio |
|---|---|---|---|
| **Current Period Ending Value** | | $ 15,219,096.68 | |
| Net Income and Expenses | | $ 26,352.77 | |
| Portfolio Holdings | | | |
| Short Term Funds | 15,219,096.68 | $ 15,219,096.68 | 100.00 |
| **Total Portfolio Value** | 15,219,096.68 | **$ 15,219,096.68** | |

SEE PORTFOLIO
HOLDINGS PAGE
FOR MESSAGE
ABOUT AUCTION
RATE SECURITIES



Statement Period:
11/01/2018 to 11/30/2018

Account Number:
[REDACTED] BAY



Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701

*Page  2 of 8*

## Disclosure Statement

**GENERAL** - "Bank of America Merrill Lynch" is the marketing name for the global banking and global markets business of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., member FDIC. Securities, strategic advisory and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and Merrill Lynch Professional Clearing Corp., all of which are registered broker-dealers and members of FINRA and SIPC, and, in other jurisdictions, by locally regulated entities.

Investment products offered by Investment Banking Affiliates:
Are Not FDIC Insured *May Lose Value* Are Not Bank Guaranteed.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement. Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of MLPF&S and have a complaint, please call 1-888-221-9276 or notify us in writing at Merrill Lynch, Pierce, Fenner & Smith Incorporated, Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - MLPF&S is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. MLPF&S is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of MLPF&S may lend to one or more issuers whose securities are underwritten, dealt in, or placed by MLPF&S. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. MLPF&S may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, MLPF&S may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - MLPF&S shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by MLPF&S in your account(s), including any property in transit or held by others on behalf of MLPF&S, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to MLPF&S now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and MLPF&S, together with all costs and expenses of MLPF&S in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, MLPF&S may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. MLPF&S shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - MLPF&S is a member of the Securities Investor Protection Corporation (SIPC). Your account is protected by SIPC up to certain applicable limits in the event of MLPF&S's financial failure. Further information about SIPC can be found at www.sipc.org. In addition, MLPF&S has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by MLPF&S or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by MLPF&S to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to lend margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on MLPF&S's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-in-Lending statement or contact the MLPF&S Margin Department at (646) 733-4204. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included or, if short, covered on the valuation date, transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. MLPF&S is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - MLPF&S's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. MLPF&S cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an Introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of MLPF&S is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at http://www.totalmerrill.com/TotalMerrill/pages/Article/Viewer.aspx?TITLE=ALPFSFinancialStatements . A Bank of America Corporation (BAC) financial statement is available online at http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of MLPF&S, including (i) securities not yet delivered to MLPF&S, (ii) securities purchased and not paid for by settlement date, and (iii) securities that MLPF&S has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in MLPF&S's possession or control. Furthermore, MLPF&S will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available at www.finra.org or toll-free at 1-800-289-9999.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▮▮▮▮▮3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page 3 of 8*

## Cash Balance Summary

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Short Term Fund Purch / Cancelled Redempt | $(26,352.77) |
| Dividends/Substitute Payments | $ 26,352.77 |
| Closing Balance | $ 0.00 |

## Income and Expense Summary

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-To-Date | Total Income Month-To-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $ 26,352.77 | $ 0.00 | $ 26,352.77 | $ 206,397.86 | $ 0.00 | $ 206,397.86 |
| **Total Income and Expenses** | **$ 26,352.77** | **$ 0.00** | **$ 26,352.77** | **$ 206,397.86** | **$ 0.00** | **$ 206,397.86** |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▓▓▓▓▓▓▓▓▓▓3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O BOX 2010
LAKEWOOD, NJ 08701



*Page 4 of 8*

**Short Term Funds Summary**

**STATE STREET INSTI TREASURY FD INSTI CLA**

**30 Day Yield  2.138**

| Account Summary | Quantity |
|---|---|
| Ending Balance Prior Period | 15,192,743.91 |
| Purchases / Cancelled Redemptions | 26,352.77 |
| Ending Share Balance Current Period | 15,219,096.68 |

| Income Summary | Cash |
|---|---|
| Dividends Paid and/or Reinvested | $ 26,352.77 |
| Accrued Dividends Payable | $ 26,738.61 |

**Statement Period:**
11/01/2018 to 11/30/2018

Account Number:
‑3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  5 of 8*

### Short Term Funds Transaction Summary

STATE STREET INSTI TREASURY FD INSTI CLA

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments / Distributions | Quantity |
|---|---|---|---|---|---|---|---|
| 11/01/2018 | 2.103 | 0.000057625 | $ 877.00 | $ 877.00 | 26,352.77 Purchase | $ 26,352.77 | 15,219,096.68 |
| 11/02/2018 | 2.091 | 0.000057277 | $ 2,615.11 | $ 3,492.11 | | | 15,219,096.68 |
| 11/03/2018 | 2.091 | 0.000057277 | | | | | |
| 11/04/2018 | 2.091 | 0.000057277 | | | | | |
| 11/05/2018 | 2.103 | 0.000057603 | $ 876.67 | $ 4,368.78 | | | 15,219,096.68 |
| 11/06/2018 | 2.106 | 0.000057703 | $ 878.19 | $ 5,246.97 | | | 15,219,096.68 |
| 11/07/2018 | 2.106 | 0.000057706 | $ 878.23 | $ 6,125.20 | | | 15,219,096.68 |
| 11/08/2018 | 2.114 | 0.000057916 | $ 881.43 | $ 7,006.63 | | | 15,219,096.68 |
| 11/09/2018 | 2.116 | 0.000057970 | $ 2,646.75 | $ 9,653.38 | | | 15,219,096.68 |
| 11/10/2018 | 2.116 | 0.000057970 | | | | | |
| 11/11/2018 | 2.116 | 0.000057970 | | | | | |
| 11/12/2018 | 2.116 | 0.000057970 | $ 882.25 | $ 10,535.63 | | | 15,219,096.68 |
| 11/13/2018 | 2.118 | 0.000057966 | $ 882.19 | $ 11,417.82 | | | 15,219,096.68 |
| 11/14/2018 | 2.119 | 0.000058044 | $ 883.38 | $ 12,301.20 | | | 15,219,096.68 |
| 11/15/2018 | 2.135 | 0.000058502 | $ 890.35 | $ 13,191.55 | | | 15,219,096.68 |
| 11/16/2018 | 2.140 | 0.000058639 | $ 2,677.30 | $ 15,868.85 | | | 15,219,096.68 |
| 11/17/2018 | 2.140 | 0.000058639 | | | | | |
| 11/18/2018 | 2.140 | 0.000058639 | | | | | |
| 11/19/2018 | 2.157 | 0.000059088 | $ 899.27 | $ 16,768.11 | | | 15,219,096.68 |
| 11/20/2018 | 2.161 | 0.000059204 | $ 901.03 | $ 17,669.14 | | | 15,219,096.66 |
| 11/21/2018 | 2.163 | 0.000059255 | $ 1,803.62 | $ 19,472.76 | | | 15,219,096.68 |
| 11/22/2018 | 2.163 | 0.000059255 | | | | | |
| 11/23/2018 | 2.172 | 0.000059498 | $ 2,716.52 | $ 22,189.28 | | | 15,219,096.68 |
| 11/24/2018 | 2.172 | 0.000059498 | | | | | |
| 11/25/2018 | 2.172 | 0.000059498 | | | | | |
| 11/26/2018 | 2.170 | 0.000059456 | $ 904.87 | $ 23,094.14 | | | 15,219,096.68 |
| 11/27/2018 | 2.175 | 0.000059586 | $ 906.85 | $ 24,000.99 | | | 15,219,096.68 |
| 11/28/2018 | 2.179 | 0.000059695 | $ 908.50 | $ 24,909.49 | | | 15,219,096.68 |
| 11/29/2018 | 2.194 | 0.000060096 | $ 914.81 | $ 25,824.10 | | | 15,219,096.68 |
| 11/30/2018 | 2.193 | 0.000060090 | $ 914.52 | $ 26,738.61 | | | 15,219,096.68 |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
███████ -3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page 6 of 8*

### Portfolio Holdings

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. Merrill Lynch, Pierce, Fenner &Smith Incorporated has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, Rev R = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ("MLPF&S") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL MLPF&S RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| **Short Term Funds** | | | | | | | | |
| STATE STREET INSTI TREASURY FD INSTI CLASS | TRIXX 857492888 | Cash | | 15,219,096.68 | 1.00 | $ 15,219,096.68 | | 100.00 |
| **Total Short Term Funds** | | | | 15,219,096.68 | | $ 15,219,096.68 | | |
| **Total Priced Portfolio** | | | | 15,219,096.68 | | $ 15,219,096.68 | | |

### Short Term Fund Activity

| Description | Symbol/CUSIP | Date | Transaction | Type | Quantity | Price | (Debit)/Credit |
|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD INSTI CLASS MONTHLY DIVIDEND REINVESTED | TRIXX 857492888 | 11/01/2018 | Reinvest | Cash | 26,352.77 | 0.00 | $(26,352.77) |
| **Total Short Term Fund Activity** | | | | | | | (26,352.77) |

### Income and Expense Activity

| Description | Symbol/CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD INSTI CLASS MONTHLY DIVIDEND | TRIXX 857492888 | 11/01/2018 | Dividend | Cash | $ 0.00 | $ 26,352.77 | $ 0.00 | $ 26,352.77 |
| **Total Income and Expense Activity** | | | | | $ 0.00 | $ 26,352.77 | $ 0.00 | $ 26,352.77 |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
████████3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  7 of 8*

**Announcements**

**USA PATRIOT ACT DISCLOSURE**

MLPF&S, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications,
Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position
causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at:

http://www.dtcc.com/downloads/membership/directories/dtc/DTC_Issues_Subject_To_Certifications.pdf

**ATTENTION GLIS CLIENTS**
Bank of America Merrill Lynch is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

Should you have questions regarding this statement, please contact Client Services at 1.800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▮▮▮▮▮▮-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  8 of 8*

**Announcements**   continued

SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES

GLIS offers several different share classes of the money market funds that it sells, each having a different level of
distribution or servicing fee ("Servicing Fees").  The Servicing Fees are paid out of fund assets, resulting in lower
returns for investors.  Generally, GLIS receives greater compensation for selling share classes with higher Servicing
Fees.  GLIS believes that different levels of compensation are appropriate because different customers may expect
different levels of service or may cost more to service than others.  GLIS has therefore developed a set of criteria to
help determine which share class should be offered to a particular customer.  The criteria are based on the customer's
expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or
lower level of service by GLIS.  For more information on this practice, please consult your GLIS sales representative or
visit our web site at
https://www.bofaml.com/content/dam/boamimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.

**End of Statement**

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:    Bank of America, N.A.

Address:    P.O. Box 1091
                    Street and/or P. O. Box Number

                    Charlotte            NC        28254
                    City            State        Zip Code

Type of Account:
        (i.e., Payroll, Tax, Operating):    Money Market – Concentration Account Funds

        Account Number (last four digits):    -3BAY

DATE PERIOD BEGINS:    11/1/2018

        Ending Balance (per the attached
        bank statement for this period)    $2,536,516.13

        Outstanding Deposits and Other
        Credits Not On Statement    $0.00

        Outstanding Checks and Other
        Debits Not On Statement    $0.00

        Ending Reconciled Balance*    $2,536,516.13

DATE PERIOD ENDS:    11/30/2018

        Highest Daily Balance During Above Period:  $2,536,516.13

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested $2.5 million of its Concentration / Operating Account (account number ending in -1858) in this new money market account, which is invested solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
████████ BAY



Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701

**Office Servicing your Account:**
Bank of America Merrill Lynch
Merrill Lynch, Pierce, Fenner
& Smith Inc.
540 WEST MADISON ST, 28TH FL
IL4-540-28-01
CHICAGO, IL 60661
For questions please call:
GSO Client Services
800-933-9662

**Registered Representative:**
Bank of America Merrill Lynch
YACOB, ADA
ada.yacob@baml.com
(Orders not accepted via e-mail)

*Page 1 of 8*

### Table of Contents

- Account Summary
  1
- Disclosure Statement
  2
- Cash Balance Summary
  3
- Income and Expense Summary
  4
- Short Term Funds Summary
  4
- Income and Expense Activity
  6
- Portfolio Holdings
  6
- Short Term Fund Activity
  6
- Announcements
  7

BESTWALL LLC
████████████
100 PEACHTREE ST NW
ATLANTA GA 30303-1906

### Account Summary

| | |
|---|---|
| Current Period Ending Value | $ 2,536,516.13 |
| Net Income and Expenses | $ 4,392.13 |

| Portfolio Holdings | Quantity as of 11/30/2018 | Market Value as of 11/30/2018 | % of Portfolio |
|---|---|---|---|
| Short Term Funds | 2,536,516.13 | $ 2,536,516.13 | 100.00 |
| **Total Portfolio Value** | 2,536,516.13 | $ 2,536,516.13 | |

**SEE PORTFOLIO
HOLDINGS PAGE
FOR MESSAGE
ABOUT AUCTION
RATE SECURITIES**



Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▓▓▓▓▓-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701


Bank of America
Merrill Lynch

*Page  2 of 8*

## Disclosure Statement

**GENERAL** - "Bank of America Merrill Lynch" is the marketing name for the global banking and global markets business of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., member FDIC. Securities, strategic advisory and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and Merrill Lynch Professional Clearing Corp., all of which are registered broker-dealers and members of FINRA and SIPC, and, in other jurisdictions, by locally registered entities.

Investment products offered by Investment Banking Affiliates:
Are Not FDIC Insured *May Lose Value* Are Not Bank Guaranteed.

Securities transactions are recorded in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement. Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of MLPF&S and have a complaint, please call 1-888-221-9276 or notify us in writing at Merrill Lynch, Pierce, Fenner & Smith Incorporated, Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01. New York, NY 10036.

**DISCLOSURES** - MLPF&S is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. MLPF&S is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of MLPF&S may lend to one or more issuers whose securities are underwritten, dealt in, or placed by MLPF&S. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. MLPF&S may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, MLPF&S may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - MLPF&S shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by MLPF&S in your account(s), including any property in transit or held by others on behalf of MLPF&S, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to MLPF&S now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and MLPF&S, together with all costs and expenses of MLPF&S in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, MLPF&S may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. MLPF&S shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - MLPF&S is a member of the Securities Investor Protection Corporation (SIPC). Your account is protected by SIPC up to certain applicable limits in the event of MLPF&S's financial failure. Further information about SIPC can be found at www.sipc.org. In addition, MLPF&S has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by MLPF&S or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances are fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by MLPF&S to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on MLPF&S's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-in-Lending statement or contact the MLPF&S Margin Department at (646) 733-4204. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of the information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. MLPF&S is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - MLPF&S's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. MLPF&S cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of MLPF&S is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at:
http://www.totalmerrill.com/TotalMerrill/pages/ArticleViewer.aspx?TITLE=MLPFSFinancialStatements .
A Bank of America Corporation (BAC) financial statement is available online at:
http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec.

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of MLPF&S, including (i) securities not yet delivered to MLPF&S, (ii) securities purchased and not paid for by settlement date, and (iii) securities that MLPF&S has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in MLPF&S's possession or control. Furthermore, MLPF&S will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available at www.finra.org or toll-free at 1-800-289-9999.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
███████-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page 3 of 8*

**Cash Balance Summary**

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Short Term Fund Purch / Cancelled Redempt | $(4,392.13) |
| Dividends/Substitute Payments | $ 4,392.13 |
| Closing Balance | $ 0.00 |

**Income and Expense Summary**

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-To-Date | Total Income Month-To-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $ 4,392.13 | $ 0.00 | $ 4,392.13 | $ 34,399.65 | $ 0.00 | $ 34,399.65 |
| **Total Income and Expenses** | **$ 4,392.13** | **$ 0.00** | **$ 4,392.13** | **$ 34,399.65** | **$ 0.00** | **$ 34,399.65** |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page 4 of 8*

**Short Term Funds Summary**

**STATE STREET INSTI TREASURY FD INSTI CLA**

**30 Day Yield  2.138**

| Account Summary | Quantity |
|---|---|
| Ending Balance Prior Period | 2,532,124.00 |
| Purchases / Cancelled Redemptions | 4,392.13 |
| Ending Share Balance Current Period | 2,536,516.13 |

| Income Summary | Cash |
|---|---|
| Dividends Paid and/or Reinvested | $ 4,392.13 |
| Accrued Dividends Payable | $ 4,456.44 |



Statement Period:
11/01/2018 to 11/30/2018

Account Number:
███████-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701

*Page  5 of  8*

### Short Term Funds Transaction Summary

STATE STREET INSTI TREASURY FD INSTI CLA

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments / Distributions | Quantity |
|------|-------|--------------|---------------|-------------|--------------|-----------------------------------|----------|
| 11/01/2018 | 2.103 | 0.000057825 | $ 146.17 | $ 146.17 | 4,392.13 Purchase | $ 4,392.13 | 2,536,516.13 |
| 11/02/2018 | 2.091 | 0.000057277 | $ 435.85 | $ 582.02 | | | 2,536,516.13 |
| 11/03/2018 | 2.091 | 0.000057277 | | | | | |
| 11/04/2018 | 2.091 | 0.000057277 | | | | | |
| 11/05/2018 | 2.103 | 0.000057603 | $ 146.11 | $ 728.13 | | | 2,536,516.13 |
| 11/06/2018 | 2.106 | 0.000057703 | $ 146.36 | $ 874.49 | | | 2,536,516.13 |
| 11/07/2018 | 2.106 | 0.000057706 | $ 146.37 | $ 1,020.87 | | | 2,536,516.13 |
| 11/08/2018 | 2.114 | 0.000057916 | $ 146.90 | $ 1,167.77 | | | 2,536,516.13 |
| 11/09/2018 | 2.116 | 0.000057970 | $ 441.13 | $ 1,608.90 | | | 2,536,516.13 |
| 11/10/2018 | 2.116 | 0.000057970 | | | | | |
| 11/11/2018 | 2.116 | 0.000057970 | | | | | |
| 11/12/2018 | 2.116 | 0.000057970 | $ 147.04 | $ 1,755.94 | | | 2,536,516.13 |
| 11/13/2018 | 2.116 | 0.000057966 | $ 147.03 | $ 1,902.97 | | | 2,536,516.13 |
| 11/14/2018 | 2.119 | 0.000058044 | $ 147.23 | $ 2,050.20 | | | 2,536,516.13 |
| 11/15/2018 | 2.135 | 0.000058502 | $ 148.39 | $ 2,198.59 | | | 2,536,516.13 |
| 11/16/2018 | 2.140 | 0.000058639 | $ 446.22 | $ 2,644.81 | | | 2,536,516.13 |
| 11/17/2018 | 2.140 | 0.000058639 | | | | | |
| 11/18/2018 | 2.140 | 0.000058639 | | | | | |
| 11/19/2018 | 2.157 | 0.000059088 | $ 149.88 | $ 2,794.69 | | | 2,536,516.13 |
| 11/20/2018 | 2.161 | 0.000059204 | $ 150.17 | $ 2,944.86 | | | 2,536,516.13 |
| 11/21/2018 | 2.163 | 0.000059255 | $ 300.60 | $ 3,245.46 | | | 2,536,516.13 |
| 11/22/2018 | 2.163 | 0.000059255 | | | | | |
| 11/23/2018 | 2.172 | 0.000059498 | $ 452.75 | $ 3,698.21 | | | 2,536,516.13 |
| 11/24/2018 | 2.172 | 0.000059498 | | | | | |
| 11/25/2018 | 2.172 | 0.000059498 | | | | | |
| 11/26/2018 | 2.170 | 0.000059456 | $ 150.81 | $ 3,849.02 | | | 2,536,516.13 |
| 11/27/2018 | 2.175 | 0.000059586 | $ 151.14 | $ 4,000.16 | | | 2,536,516.13 |
| 11/28/2018 | 2.179 | 0.000059695 | $ 151.42 | $ 4,151.58 | | | 2,536,516.13 |
| 11/29/2018 | 2.194 | 0.000060096 | $ 152.43 | $ 4,304.02 | | | 2,536,516.13 |
| 11/30/2018 | 2.193 | 0.000060090 | $ 152.42 | $ 4,456.44 | | | 2,536,516.13 |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
███████ BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



Page  6 of 8

**Portfolio Holdings**

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. Merrill Lynch, Pierce, Fenner & Smith Incorporated has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ("MLPF&S") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL MLPF&S RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/ CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| **Short Term Funds** | | | | | | | | |
| STATE STREET INSTI TREASURY FD INSTI CLASS | TRIXX 857492888 | Cash | | 2,536,516.13 | 1.00 | $ 2,536,516.13 | | 100.00 |
| **Total Short Term Funds** | | | | **2,536,516.13** | | **$ 2,536,516.13** | | |
| **Total Priced Portfolio** | | | | **2,536,516.13** | | **$ 2,536,516.13** | | |

**Short Term Fund Activity**

| Description | Symbol/ CUSIP | Date | Transaction | Type | Quantity | Price | (Debit)/Credit |
|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD INSTI CLASS MONTHLY DIVIDEND REINVESTED | TRIXX 857492888 | 11/01/2018 | Reinvest | Cash | 4,392.13 | 0.00 | $(4,392.13) |
| **Total Short Term Fund Activity** | | | | | | | **(4,392.13)** |

**Income and Expense Activity**

| Description | Symbol/ CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD INSTI CLASS MONTHLY DIVIDEND | TRIXX 857492888 | 11/01/2018 | Dividend | Cash | $ 0.00 | $ 4,392.13 | $ 0.00 | $ 4,392.13 |
| **Total Income and Expense Activity** | | | | | **$ 0.00** | **$ 4,392.13** | **$ 0.00** | **$ 4,392.13** |

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page 7 of 8*

**Announcements**

**USA PATRIOT ACT DISCLOSURE**

MLPF&S, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications, Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position
causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at:

http://www.dtcc.com/downloads/membership/directories/dtc/DTC_Issues_Subject_To_Certifications.pdf

**ATTENTION GLIS CLIENTS**
Bank of America Merrill Lynch is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

Should you have questions regarding this statement, please contact Client Services at 1.800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

Statement Period:
11/01/2018 to 11/30/2018

Account Number:
▮▮▮▮▮▮-3 BAY

Merrill Lynch, Pierce, Fenner & Smith Incorporated
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  8 of 8*

**Announcements**   continued

**SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES**

GLIS offers several different share classes of the money market funds that it sells, each having a different level of distribution or servicing fee ("Servicing Fees").  The Servicing Fees are paid out of fund assets, resulting in lower returns for investors.  Generally, GLIS receives greater compensation for selling share classes with higher Servicing Fees.  GLIS believes that different levels of compensation are appropriate because different customers may expect different levels of service or may cost more to service than others.  GLIS has therefore developed a set of criteria to help determine which share class should be offered to a particular customer.  The criteria are based on the customer's expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or lower level of service by GLIS.  For more information on this practice, please consult your GLIS sales representative or visit our web site at https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.

**End of Statement**

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

## Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| Diana Knigge | Director | $25,000.00 |
| | | |
| | | |
| | | |
| | | |

**Non-Insider Employees:**
Type (i.e., Salaried, Wage)                                              AMOUNT PAID

| | AMOUNT PAID |
|--|-------------|
| None | $0.00 |
| | |
| | |
| | |

**Commission/Bonus Payments:**                                          AMOUNT PAID

| | AMOUNT PAID |
|--|-------------|
| None | $0.00 |
| | |
| | |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| None | | $0.00 |
| | | |
| | | |

**Total Salary/Wage/Commission/ Payments**                              $25,000.00

\* "Insider" is defined in 11 U.S.C. § 101(31)

# SALES/ACCOUNTS RECEIVABLE

I.    Accounts Receivable Pending as of:     <u>11/30/2018</u>
    (Date of Reporting Period)

II.    Sales (Gross) During Reporting Period:     <u>$6,839.25    [See Note 1]</u>

III.    Collections of Accounts Receivable
During Reporting Period:     <u>$0.00</u>

IV.    New Accounts Receivables Generated
During Reporting Period:     <u>$6,839.25    [See Note 2]</u>

| Pending Pre- & Post-Petition | Total | Collectible | Uncollectible |
| --- | --- | --- | --- |
| 0-30 DAYS | $6,839.25 | $6,839.25 | |
| 31-60 DAYS  [See Note 3] | $7,099.59 | $7,099.59 | |
| 61-90 DAYS | | | |
| 91-120 DAYS | | | |
| 120 DAYS AND OVER | | | |
| TOTAL | $13,938.84 | $13,938.84 | $0.00 |

*Note 1*:  This amount excludes any income not related to sales, accounts receivable or the operation of the Debtor's business, including interest income and income received under that certain *Second Amended and Restated Funding Agreement*, dated as of November 1, 2017, but effective as of July 31, 2017, between the Debtor and New GP.

*Note 2*:  The Accounts Receivable days outstanding is shown on an accrual basis as opposed to cash basis based on invoice dates.  The $6,839.25 accounts receivable relates to accrued finance services provided to non-debtor subsidiary, GP Industrial Plasters LLC, and non-debtor affiliate, Georgia-Pacific Gypsum LLC in November 2018, but not invoiced until 12/19/2018.

*Note 3*:  Finance Services accrued in October 2018 were not paid in November 2018 due to a payment processing delay related to the Thanksgiving holiday.  Payment was received in full on December 3, 2018.

# INVENTORY (Cost Basis)

Beginning Date: 11/1/2018 _____          Ending Date: 11/30/2018 _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| None | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**\*** Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

# ACCRUED POST-PETITION LIABILITIES

_____    No accrued liabilities existed at the end of this reporting period.

 X     All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached.  Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| No current liabilities were past due at the end of the reporting period. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Accrued Liabilities:                                      $0.00

# AFFIRMATIONS

1.      Yes __X__   No _____      All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.      Yes __X__   No _____      All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.      Yes __X__   No _____      All tax returns have been filed timely and payments made.  Copies of returns that have been filed post-petition have been submitted to the Bankruptcy Administrator. [See Note 1]

4.      Yes __X__   No*_____      All post-petition taxes have been paid or deposited into a designated tax account.

5.      Yes _____   No __X__      New Debtor-in-Possession (DIP) bank accounts have been opened and have been reconciled.  [See Note 2]

6.      Yes __X__   No _____      New DIP financial books and records have been opened and are being maintained monthly and are current.


* If the response is "no," a listing must appear on the Accrued Post-Petition Liabilities sheet.  The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

*Note 1*:  The Debtor is treated as a disregarded entity for federal income tax purposes.  As such, the Debtor does not owe or pay federal income taxes and its federal income tax filings are part of a consolidated tax return filed by its ultimate parent company, Koch Industries, Inc.

*Note 2*:  Pursuant to the Cash Management Order, the Debtor was expressly authorized to use, and is continuing to use, its prepetition bank accounts.  Consistent with the *Chapter 11 Operating Order* in this case [Docket No. 78], the Debtor has signed new signature cards for these accounts indicating that the Debtor is a debtor in possession.