<div style="border:1px solid black">
FILED & JUDGMENT ENTERED
Steven T. Salata

January 7 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina
</div>

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

### THIRD ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

This matter coming before the Court on the *Debtor's Third Motion for an Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof* [Docket No. 677] (the "Motion"),[2] filed by Bestwall LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"); the Court having reviewed the Motion and having heard the statements of counsel and evidence adduced with respect to the

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

[2] Capitalized terms used but not defined herein shall have the respective meanings given to such terms in the Motion.

Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iv) cause exists within the meaning of section 1121(d) of the Bankruptcy Code for the extension of the Exclusive Periods granted herein; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is hereby extended through and including March 6, 2019.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is hereby extended through and including May 6, 2019.

4. The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court