# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |
| BESTWALL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>        Defendants. | Adv. Proc. No. 17-3105 (LTB) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MARCH 21, 2019

Time of Hearing:        9:30 a.m. (prevailing Eastern Time)

Location of Hearing:    Courtroom of the Honorable Chief Judge Laura T. Beyer, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Courtroom 1-5, 401 West Trade Street, Charlotte, North Carolina 28202

### UNCONTESTED MATTERS IN MAIN CHAPTER 11 CASE

1. Debtor's Fourth Motion for an Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 781].

   **Status:  The hearing on this matter is going forward.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

- 2 -

Objection Deadline:  March 14, 2019.

Related Documents:

A.   Statement of the Official Committee of Asbestos Claimants in Response to Debtor's Fourth Motion for an Order Extending the Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 789].

Objections Received:  None to date.

**CONTESTED MATTERS IN ADVERSARY PROCEEDING 17-3105**

2.   Georgia-Pacific LLC's Motion to Intervene [Adv. Docket No. 139].

   **Status:   The hearing on this matter is going forward.**

   Objection Deadline:  By agreement of the parties, the deadline to object was extended from February 25, 2019 to March 6, 2019 for the Official Committee of Asbestos Claimants.

   Related Documents:  None to date.

   Objections Received:

   A.   The Official Committee of Asbestos Claimants' Objection to Georgia-Pacific LLC's Motion to Intervene [Adv. Docket No. 142].

Dated: March 18, 2019
      Charlotte, North Carolina

Respectfully submitted,

/s/ Garland S. Cassada
Garland S. Cassada (NC Bar No. 12352)
David M. Schilli (NC Bar No. 17989)
Andrew W.J. Tarr (NC Bar No. 31827)
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
E-mail:    gcassada@robinsonbradshaw.com
             dschilli@robinsonbradshaw.com
             atarr@robinsonbradshaw.com

Gregory M. Gordon (TX Bar No. 08435300)
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
E-mail:    gmgordon@jonesday.com
(Admitted *pro hac vice*)

Jeffrey B. Ellman (GA Bar No. 141828)
Brad B. Erens (IL Bar No. 06206864)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
E-mail:    jbellman@jonesday.com
             bberens@ jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION