**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. |  |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 25, 2019**

Time of Hearing: 9:30 a.m. (prevailing Eastern Time)

Location of Hearing: Courtroom of the Honorable Chief Judge Laura T. Beyer, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Courtroom 1-5, 401 West Trade Street, Charlotte, North Carolina 28202

**UNCONTESTED MATTERS**

1. Motion of the Debtor for an Order Authorizing Actions With Respect to Subleases [Docket No. 824] (the "Motion").

   **Status: The hearing on this matter is going forward.**

   Objection Deadline: April 18, 2019.

   Related Documents: None to date.

   Objections Received: None to date.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's prior address was 100 Peachtree Street, N.W., Atlanta, Georgia 30303. Subject to the Court granting the relief requested in the Motion, effective as of April 15, 2019, the Debtor's address has been 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

NAI-1507122373

| | |
|---|---|
| Dated: April 22, 2019<br>Charlotte, North Carolina | Respectfully submitted,<br><br>/s/ Garland S. Cassada<br>Garland S. Cassada (NC Bar No. 12352)<br>David M. Schilli (NC Bar No. 17989)<br>Andrew W.J. Tarr (NC Bar No. 31827)<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>E-mail:  gcassada@robinsonbradshaw.com<br>    dschilli@robinsonbradshaw.com<br>    atarr@robinsonbradshaw.com<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>JONES DAY<br>2727 North Harwood Street, Suite 500<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail:  gmgordon@jonesday.com<br>(Admitted *pro hac vice*)<br><br>Jeffrey B. Ellman (GA Bar No. 141828)<br>Brad B. Erens (IL Bar No. 06206864)<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 581-3939<br>Facsimile: (404) 581-8330<br>E-mail:  jbellman@jonesday.com<br>    bberens@ jonesday.com<br>(Admitted *pro hac vice*)<br><br>ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION |

NAI-1507122373