# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| BESTWALL LLC,[1] : | |
| : | Case No. 17-31795 (LTB) |
| Debtor : | |

## NOTICE OF APPEAL BY THE OFFICIAL COMMITTEE OF
## ASBESTOS CLAIMANTS

The Official Committee of Asbestos Claimants ("Committee") hereby appeals, pursuant to 28 U.S.C. § 158(a), Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina, from the *Memorandum Opinion and Order Denying the Official Committee of Asbestos Claimants' Motion for Dismissal, or Alternatively, Venue Transfer* [Docket No. 891] entered on July 29, 2019 (the "Dismissal Order"). The Order denied the relief requested by the Committee in its *Motion of the Official Committee of Asbestos Claimants to (I) Dismiss the Debtor's Chapter 11 Case for Cause as a Bad Faith Filing Pursuant to 11 U.S.C. § 1112(b), or Alternatively, (II) Transfer Venue in the Interest of Justice and for the Convenience of the Parties Pursuant to 28 U.S.C. § 1412* [Docket No. 495].

The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, GA 30303.

| Party | Attorneys |
|---|---|
| **Appellant:**<br>Official Committee of Asbestos Claimants | Robinson & Cole LLP<br>Natalie D. Ramsey, Esquire<br>Davis Lee Wright, Esquire<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1703<br>nramsey@rc.com<br>dwright@rc.com<br><br>Hamilton Stephens Steele + Martin, PLLC<br>Glenn C. Thompson, Esquire<br>525 North Tyron Street, Suite 1400<br>Charlotte, North Carolina 28202<br>Telephone: (704) 344-1117<br>Facsimile: (704) 344-1483<br>gthompson@lawhssm.com<br><br>JD Thompson Law<br>Judy D. Thompson<br>Linda W. Simpson<br>P. O. Box 33127<br>Charlotte, North Carolina 28233<br>Telephone: (828) 749-1865<br>jdt@jdthompsonlaw.com<br>lws@jdthompsonlaw.com |
| **Appellee:**<br>Bestwall LLC | Jones Day<br>Gregory M. Gordon, Esquire<br>2727 North Harwood Street, Suite 500<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br><br>Jones Day<br>Jeffrey B. Ellman, Esquire<br>Brad B. Erens, Esquire<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 581-3939<br>Facsimile: (404) 581-8330<br>jbellman@jonesday.com<br>bberens@ jonesday.com |

|  | Robinson, Bradshaw & Hinson, P.A.<br>Garland S. Cassada, Esquire<br>David M. Schilli, Esquire<br>Andrew W.J. Tarr, Esquire<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>gcassada@robinsonbradshaw.com<br>dschilli@robinsonbradshaw.com<br>atarr@robinsonbradshaw.com |
|---|---|
| Georgia-Pacific LLC | Debevoise & Plimpton LLP<br>M. Natasha Labovitz, Esquire<br>Mark P. Goodman, Esquire<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>nlabovitz@debevoise.com<br>mpgoodman@debevoise.com<br><br>Rayburn Cooper & Durham, P.A.<br>John R. Miller, Jr., Esquire<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Facsimile: (704) 377-1897<br>jmiller@rcdlaw.net |
| Future Claims Representative | Young Conaway Stargatt & Taylor, LLP<br>James L. Patton, Jr., Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>Travis G. Buchanan, Esquire<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>jpatton@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>tbuchanan@ycst.com |

|  | Hull & Chandler, P.A.<br>Felton E. Parrish, Esquire<br>1001 Morehead Square Drive, Suite 450<br>Charlotte, NC 28203<br>Telephone: 704-375-8488<br>Facsimile: 704-375-8487<br>fparrish@lawyercarolina.com |
|---|---|

Dated: August 12, 2019

Respectfully submitted

HAMILTON STEPHENS STEELE
+ MARTIN, PLLC

*/s/ Glenn C. Thompson*
Glenn C. Thompson (Bar No. 37221)
525 North Tyron Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
gthompson@lawhssm.com

Judy D. Thompson
Linda W. Simpson
JD THOMPSON LAW
Post Office Box 33127
Charlotte, North Carolina 28233
Telephone: (828) 749-1865
jdt@jdthompsonlaw.com
lws@jdthompsonlaw.com

Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
ROBINSON & COLE LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
nramsey@rc.com
dwright@rc.com

*Counsel to the Official Committee of Asbestos Creditors*