# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BESTWALL LLC,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |

## APPENDIX TO INFORMATIONAL BRIEF OF
## THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL LLC

Dated: August 16, 2019
       Charlotte, North Carolina

HAMILTON STEPHENS STEELE
    + MARTIN, PLLC
Glenn C. Thompson (Bar No. 37221)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
E-mail: gthompson@lawhssm.com

ROBINSON & COLE LLP
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Laurie Krepto (DE Bar No. 4109)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Facsimile: (302) 351-8618
E-mail: nramsey@rc.com
          dwright@rc.com
          lkrepto@rc.com

Judy D. Thompson (Bar No. 15617)
Linda W. Simpson (Bar No. 12596)
JD THOMPSON LAW
Post Office Box 33127
Charlotte, North Carolina 28233
Telephone: (828) 489-6578
E-mail: jdt@jdthompsonlaw.com
       lws@jdthompsonlaw.com

*Counsel to the Official Committee of Asbestos Claimants of Bestwall LLC*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia  30303.

{00450421.DOCX V. B507.025127;}

**Debtor Produced Documents**

| Document | Page |
|---|---|
| 1955 Bestwall Product Line Sales Brochure (BW-Ch11-00038862) | A-0506 |
| 6/3/1964 Letter from C. Abbey to J. Hall re: Supplying Ready-Mix Joint Compound (BW-Ch11-00035955) | A-0504 |
| 1966 Georgia-Pacific Bestwall Gypsum Building Products Sales Brochure (BW-Ch11-00039336) | A-0539 |
| 1970 Georgia-Pacific Builder Dealer Product Catalog (BW-Ch11-00039592) | A-0560 |
| 1971 Georgia-Pacific Gypsum Wallboard for Wall and Ceiling Systems (BW-Ch11-00039701) | A-0585 |
| 5/1/1971 Joint Treatment and Texture Products Dealer Net Price List Zone 23 (BW-Ch11-00030027) | A-0087 |
| 6/3/1970 Memo from E. F. Fatz to M. F. Fink re: Mt. Sinai Hospital Medical School New York, N.Y., Lung Research (BW-Ch11-00030006) | A-0086 |
| 10/7/1971 Memo from C. W. Lehnert to W. H. Hunt re: Asbestos Fiber (BW-Ch11-00030028) | A-0088 |
| 4/5/1972 Minutes of the Annual Meeting Gypsum Association (BW-Ch11-00030075) | A-0090 |
| 6/7/1972 U.S. Asbestos Standard (BW-Ch11-00040615) | A-0685 |
| 9/22/1972 Letter from M. C. Wukasch, P.E. Director, Texas Division of Occupational Health and Radiation Control to K. W. Brown re: Industrial Hygiene Survey (BW-Ch11-00040610) | A-0680 |
| 11/1/1972 Interdepartmental Communication from E. D. O'Neill to T. W. Richards and E. B. Hollingsworth re: Asbestos Replacement – Joint Systems – Status Report (BW-Ch11-00030176) | A-0092 |
| 2/9/1973 Interdepartmental Communication from J. D. Rauch to E. B. Hollingsworth re: OSHA Inspection – Akron, N.Y. Plant (BW-Ch11-00030259) | A-0095 |
| 3/19/1973 Letter from I. Arthur Hoekstra, P.E. to V. J. Tretter, Jr. re: asbestos usage at Akron N.Y. plant (BW-Ch11-00030308) | A-0097 |
| 3/28/1973 Letter from George Turner to I. A. Hoekstra, Director re: Asbestos Additive – Joint Cement Products – Akron, New York Gypsum Plant (BW-Ch11-00030309) | A-0098 |
| 4/11/1973 Letter from C. W. Lehnert to E. D. Hollingsworth and T. Richards re: Caution Label for Joint Compounds Containing Asbestos (BW-Ch11-00030363) | A-0099 |
| 4/23/1973 Interdepartmental Communication from C. W. Lehnert to J. D. Rauch re: Caution Label for Joint Compounds Containing Asbestos (BW-Ch11-00030243) | A-0094 |
| 6/19/1973 Interdepartmental Communication from C. W. Lehnert to J. Woodsmall re: Asbestos Fiber in Joint Compounds (BW-Ch11-00030546) | A-0102 |
| 8/14/1973 Interdepartmental Communication from E. D. O'Neill to C. W. Lehnert re: Gypsum Association Special Committee on Joint Compound Hazards (BW-Ch11-00030834) | A-0104 |

| **Document** | **Page** |
|---|---|
| 11/19/1973 Letter from J. D. Rauch to C. C. Whiteside, U.S. Department of Labor re: OSHA Citation (BW-Ch11-00030870) | A-0107 |
| 11/19/1973 Robert D. Soule, P.E., *Evaluation of Exposure to Asbestos Mixing and Sanding of Joint Compounds*, Gypsum Assoc. (Nov. 19, 1973) (BW-Ch11-00025687) | A-0073 |
| 1974 Georgia-Pacific Gypsumboard for wall and ceiling systems (BW-Ch11-00040004) | A-0605 |
| 5/10/1974 Telex from M. F. Fink to K. W. Brown re: OSHA Inspection (BW-Ch11-00031079) | A-0990 |
| 5/17/1974 Memo from O. E. Burch to G. E. Wilson re: Asbestos – JT Cement Products (BW-Ch11-00031277) | A-0108 |
| 8/23/1974 Intracompany Memo from R. L. McCallister to L. K. Ryder re: Akron, New York – Asbestos Exposure (BW-Ch11-00031394) | A-0110 |
| 9/26/1975 Sales Analysis by County (BW-Ch11-00035536) | A-0120 |
| 11/17/1975 Intercompany Memo from W. D. Brooks to D. Corkill re: Ready Mix Asbestos free (BW-Ch11-00031947) | A-0113 |
| 1976 Gypsum Board (BW-Ch11-00040200) | A-0645 |
| 1/14/1977 Letter from C. Burningham re: Ready-Mix Joint Compound hazard potential (BW-Ch11-00032417) | A-0114 |
| 1/21/1977 Letter from O. E. Burch to C. Burningham in Response to Letter of 1/14/1977 (BW-Ch11-00032419) | A-0116 |
| 2/8/1977 Intracompany Memo from D. C. Felty to C. W. Lenhart re: Ready Mix Figures (BW-Ch11-00078477) | A-0989 |
| 3/3/1977 Intracompany Memo from D. C. Corkill to C. W. Lehnert re: Proposed Federal Standard for Joint Compounds & Tape (BW-Ch11-00032487) | A-0117 |
| 4/21/1977 Intracompany Memo from C. W. Lehnert to G. W. Wilson re: Ration of Asbestos/Asbestos Free Joint Compound Shipments – First Quarter, 1977 (BW-Ch11-00032525) | A-0118 |
| 5/2/1977 Telex from D. Corkill to Georgia-Pacific Plant Managers (BW-Ch11-00032587) | A-4020 |
| 5/2/1977 Telex from E. B. Hollingsworth to I. F. Weibel, *et al.* re: Temporary Reprieve on Order to Ban Asbestos (BW-Ch11-00032591) | A-0119 |
| Georgia-Pacific Do-it Yourself Gypsum Wallboard Application Manual (BW-Ch11-00039587) | A-0556 |
| Defendant Georgia-Pacific LLC's Amended Objections and Responses to Plaintiff's First Interrogatories and Requests for Production of Documents Directed to Defendant Georgia-Pacific Corporation by Plaintiffs, *Honse v. A.O. Smith, et al.*, Case No. 12-9460 (Pa. C.P. Allegheny 2012) (BW-Ch11-00015095) | A-0001 |
| Georgia-Pacific LLC's Objections and Responses to Plaintiffs' Request for Admissions, *Parsells v. 3M Comp., et al.*, Case No. MID-L-07142-16 (N.J. Super. Ct.) (BW-Ch11-00015744) | A-0041 |

**Academic Articles and Citations**

| Document | Page |
|---|---|
| Jerrold L. Abraham, M.D., *Letters to the Editor*, 67 J. ENVTL. HEALTH 3 (Oct. 2004) | A-1035 |
| J.L. Abraham et al., *Analyses of Bulk and Aerosolized Asbestos Fibers from Children's Play Sand Reveal a Potential Health Hazard*, 137 AM. REV. RESP. DIS. 94 (1988) | A-3175 |
| J. Addison and L. S. T. Davies, *Analysis of Amphibole Asbestos in Chrysotile and Other Minerals*, 34 ANN. OCCUPATIONAL HYGIENE 159 (Jan. 9, 1990) | A-1273 |
| *Arsenic, Metals, Fibres, and Dusts, Volume 100 C: A Review of Human Carcinogens*, World Health Organization Int. Agency for Research on Cancer (2012) | A-1976 |
| *Asbestosis and Cancer of the Lung*, 140 J. AM. MEDICAL ASSOC. 15 (Aug. 13, 1949) | A-1183 |
| D.M. Bernstein et al., *Abstract for Presentation on the evaluation of the biopersistence, pathological response and pleural translocation of chrysotile containing brake dust in comparison to crocidolite asbestos following short-term inhalation exposure*, INT'L MESOTHELIOMA INTEREST GRP. BIENNIAL MEETING (2014) | A-1191 |
| David M. Bernstein et al., *The biopersistence of Brazilian chrysotile asbestos following inhalation*, 16 J. INHALATION TOXICOLOGY 1 (2004) | A-3078 |
| David M. Bernstein et al., *The biopersistence of Canadian chrysotile asbestos following inhalation*, J. INHALATION TOXICOLOGY (2003) | A-3126 |
| David M. Bernstein et al., *The Biopersistence of Canadian Chrysotile Asbestos Following Inhalation: Final Results Through 1 Year After Cessation of Exposure*, 17 INHALATION TOXICOLOGY 1 (2005) | A-1230 |
| D. M. Bernstein et al., *A Biopersistence Study following Exposure to Chrysotile Asbestos Alone or in Combination with Fine Particles*, 20 INHALATION TOXICOLOGY 1009 (2008) | A-1137 |
| David M. Bernstein et al., *Comparison of Calidria Chrysotile Asbestos to Pure Tremolite: Inhalation Biopersistence and Histopathology Following Short-Term Exposure*, 15 INHALATION TOXICOLOGY 1387 (2003) | A-1771 |
| David M. Bernstein et al., *Comparison of Calidria Chrysotile Asbestos to Pure Tremolite: Inhalation Biopersistence and Histopathology Following Short-Term Exposure*, 17 INHALATION TOXICOLOGY 427 (2005) | A-1804 |
| David M. Bernstein, *The health risk of chrysotile asbestos*, 20 PULMONARY MED. 00 (2014) | A-1268 |
| ERRATUM: David M. Bernstein, *The health risk of chrysotile asbestos*, 20 CURR. OPIN. PULMONARY MED. 366 (2014) | A-3161 |
| ERRATUM: David M. Bernstein, *The health risk of chrysotile asbestos*, 20 CURR. OPIN. PULMONARY MED. 525 (2014) | A-3162 |

| Document | Page |
|---|---|
| David M. Bernstein and Juan M. Riego Sintes, *Methods for the Determination of the Hazardous Properties for Human Health of Man Made Mineral Fibres (MMMF)*, European Commission Joint Research Centre, Institute for Health and Consumer Protection, Unit: Toxicology and Chemical Substances (Apr. 1999) | A-1058 |
| D. M. Bernstein et al., *The pathological response and fate in the lung and pleura of chrysotile in combination with fine particles compared to amosite asbestos following short-term inhalation exposure: interim results*, 22 INHALATION TOXICOLOGY 11 (2010) | A-1157 |
| D. M. Bernstein et al., *Quantification of the pathological response and fate in the lung and pleura of chrysotile in combination with fine particles compared to amosite-asbestos following short-term inhalation exposure*, 23 INHALATION TOXICOLOGY 7 (2011) | A-1038 |
| David M. Bernstein et al., *The Toxicological Response of Brazilian Chrysotile Asbestos: A Multidose Subchronic 90-Day Inhalation Toxicology Study with 92-Day Recovery to Assess Cellular and Pathological Response*, 18 INHALATION TOXICOLOGY 313 (2006) | A-3106 |
| Fred W. Boelter et al., *Airborne Fiber Exposure Assessment of Dry Asbestos-Containing Gaskets and Packings Found in Intact Industrial and Maritime Fittings*, 63 AIHA J. 732 (2002) | A-0910 |
| Susanna R. Bohme, *Expression of Concern: false claim to be free of conflicts in asbestos biopersistence debate*, 18 INT'L J. OF OCCUPATIONAL AND ENVTL. HEALTH 85 (2012) | A-1023 |
| G.P. Brorby et al., *Re-Creation of Historical Chrysotile-Containing Joint Compounds*, 20 INHALATION TOXICOLOGY 1043 (2008) | A-0919 |
| Collegium Ramazzini, *The global health dimensions of asbestos and asbestos-related diseases*, 58 J. OCCUP. HEALTH 220 (Mar. 31, 2016) | A-3418 |
| David Egilman et al., *Exposing the "Myth" of ABC, "Anything But Chrysotile": A Critique of the Canadian Asbestos Mining Industry and McGill University Chrysotile Studies*, 44 AM. J. OF IND. MEDICINE 540 (2003) | A-1212 |
| William M. Ewing et al., *Zonolite Attic Insulation Exposure Studies*, 16 INT. J. OCCUP. ENVIRON. HEALTH 279 (2010) | A-3163 |
| Murray M. Finkelstein, Ph.D., M.D., *Malignant Mesothelioma Incidence Among Talc Miners and Millers in New York State*, 55 AM. J. OF INDUS. MED. 863 (2012) | A-0688 |
| Alf Fischbein, M.D. et al., *Drywall construction and asbestos exposure*, 40 J. AM. IND. HYG. ASSOC. 402 (May 1980) | A-1202 |
| Sugio Furuya et al., *Global Asbestos Disaster*, 15 INT. J. ENVIRON. RES. PUBLIC HEALTH 1000 (2018) | A-3233 |
| John T. Hodgson and Andrew Darnton, *The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure*, 44 ANN. OCC. HYG. 565 (2000) | A-2961 |
| Yasushi Honda et al., *Mortality Among Workers at Talc Mining and Milling Facility*, 46 ANN. OCC. HYG. 575 (2002) | A-3517 |
| *Instructions for Authors*, INHALATION TOXICOLOGY | A-1008 |

| **Document** | **Page** |
|---|---|
| Zhaoqiang Jiang et al., *Hand-spinning chrysotile exposure and risk of malignant mesothelioma*, 142 INT'L J. OF CANCER 514 (2017) | A-0995 |
| William E. Longo, *Detection of Tremolite Asbestiform Fibers in Chrysotile-Containing Bestwall Joint Cement*, Materials Analytical Science (April, 2005) | A-3371 |
| Alessandro Marinaccio et al., *Analysis of latency time and its determinants in asbestos related malignant mesothelioma cases of the Italian register*, 43 EUR. J. OF CANCER 2722 (Nov. 5, 2007) | A-1827 |
| Steven Markowitz, *Asbestos-Related Lung Cancer and Malignant Mesothelioma of the Pleura: Selected Current Issues*, 36 SEMINARS IN RESPIRATORY AND CRITICAL CARE MED. 334 (2015) | A-1315 |
| Francis E. McGovern, *The Evolution of Asbestos Bankruptcy Trust Distribution Plans*, 62 N.Y.U. ANN. SURV. AM. L. 163 (2006) | A-1291 |
| Neal Pearce et al., *IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans*, 1233 ENVIRONMENTAL HEALTHPPERSPECTIVES 507 (June, 2015) | A-1834 |
| Henri Pezerat, *Chrysotile Biopersistence: The Misuse of Biased Studies*, 15 INT'L J. OCCUP. ENVTL. HEALTH 102 (2009) | A-0931 |
| Amanda D. Phelka and Brent L. Finley, *Potential Health Hazards Associated with Exposures to Asbestos-Containing Drywall Accessory Products: A State-of-the-Science Assessment*, 42 CRITICAL REVIEWS IN TOXICOLOGY 1 (2012) | A-0936 |
| A. N. Rohl et al., *Exposure to Asbestos in the Use of Consumer Spackling, Patching and Taping Compounds*, 189 SCIENCE 551 (Aug. 15, 1975) | A-1193 |
| Matthew J. Soeberg et al., *Malignant mesothelioma in Australia 2015: Current incidence and asbestos exposure trends*, 19 J. TOXICOLOGY AND ENVIR. HEALTH 173 (2016) | A-3035 |
| *Submit a Manuscript*, TOXICOLOGICAL SCIENCES, http://mc.maanucriptscentral.com/toxsci (Nov. 2, 2010) | A-1017 |
| William D. Travis et al., *Introduction to The 2015 World Health Organization Classification of Tumors of the Lung, Pleura, Thymus, and Heart*, 10 J. THORACIC ONCOLOGY. 1240 (Sept., 2015) | A-1973 |
| Dave K. Verma and Charles G. Middleton, *Occupational exposure to asbestos in the drywall taping process*, 41 J. AM. IND. HYG. ASSOC. 294 (Apr. 1980) | A-1185 |
| Henrik Wolff et al*., Consensus Report: Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations*, 41(1) SCAND. J. WORK ENVTL. HEALTH 5 (2015) | A-3461 |
| *Uniform Requirements for Manuscripts Submitted to Biomedical Journals - Ethical Considerations in the Conduct of Reporting Research: Conflicts of Interest*, INT'L COMMITTEE OF MEDICAL J. EDITORS, http://www.icmje.org/ethical 4conflicts.html (Dec. 4, 2012) | A-1005 |
| World Health Organization, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93: Carbon Black, Titanium Dioxide and Talc* (2010) | A-3546 |

## Other Documents

| Document | Page |
|---|---|
| Frederick L. Hoffman, *Mortality from Respiratory Diseases in Dusty Trades (Inorganic Dusts)*, U.S. Dept. of Labor (Jun. 1918) | A-2503 |
| Request for New or Revision of Operating Bulletin (April 21, 1949) | A-1210 |
| McNulty Bros. Sales Data | A-3253 |
| 11/1970 Georgia-Pacific "Do-It-Yourself Gypsum Wallboard Application" pamphlet | A-0069 |
| U.S. Patent 3,557,029 of Louis Alonzo Bergeron for Joint Filling Compositions (Jan. 19, 1971) | A-3472 |
| 1972 NIOSH Report on Occupational Exposure to Asbestos | A-0702 |
| 1/28/1976 Memo from C. M. Howard, Jr. to S. Kurlandsky re: The Market and Our Position on Joint Treatment | A-1192 |
| 8/12/1977 Telex from G. Baitinger to Regional Managers re: sale of Joint Treatment Products Containing Asbestos | A-0696 |
| U.S. Patent 3,907,725 of National Gypsum Company for Asbestos Free Drywall Joint Compound Utilizing Attapulgite Clay a Asbestos Substitute, dated 9/23/1975 | A-0697 |
| Union Carbide Internal Correspondence from John L. Myers to W. C. Thurber re: domestic tape joint compound manufacturers dated Feb. 1, 1978 | A-3541 |
| Defendant Georgia-Pacific Corporation's Answers to Plaintiffs' Standard Interrogatories to Defendant, *Laing v. Georgia-Pacific Corporation, et al.*, Case No. 86-606418 (Mich. Cir. Ct.) | A-0866 |
| *Guidance for Preventing Asbestos Disease Among Auto Mechanics*, U.S. Environmental Protection Agency (Jun. 1986) | A-1958 |
| Georgia-Pacific Corp.'s Responses to Interrogatories and Request for Production Directed to Defendants, *In re Asbestos Litig.* (Super. Ct. New Castle Cty. Del. 1986) | A-0694 |
| Georgia Pacific Responses to Interrogatories, *Paul v. Nat'l Gypsum* (E.D. Pa. Sept. 23, 1987) | A-0864 |
| GP Answers to Plaintiffs' Interrogatories, *Sinclair et al. v. Anchor Packing Co., et al.*, Case No. 86-L-451 (Ill. 3d Jud. Cir. Ct. Jan. 19,1987) | A-0883 |
| House Bus. & Com. Committee, Bill Analysis, p. 1, Tex. H.B. 472, 71st Leg. (1989) | A-3422 |
| PMR Query System for Occupation (1999, 2003-2004, 2007-2012) http://wwwn.cdc.gov/niosh-noms/occupation2.aspx | A-1245 |
| Deposition Transcript of Ibrahim G. Bedros, *Cerniglia, et al. v. Armstrong World Industries, Inc., et al.*, Case No. 99-L-816 (Ill. Cir. Ct. Feb. 22, 2000) | A-1248 |
| *Toxicological Profile for Asbestos*, U.S. Dept. of Health and Human Services (Sept. 2001) | A-1328 |
| Affidavit of Edward F. Norton, Jr., *Bremer, et al. v. Metropolitan Life Insurance Company, et al.*, Case No. 01L133 (Ill. Cir. Ct. Oct. 11, 2001) | A-1208 |
| 3/14/2003 Letter from F. Boelter to C. Weaver re: Regulatory Opinion Asbestos Regulations [29CFR1910.26(G)(vi)] | A-0909 |

| Document | Page |
|---|---|
| Jury Trial Excerpt: Gene Burch Testimony (Part 1 of 2), *Gallagher, et al. v. Georgia-Pacific Corp., et al.*, Cause No. GN-202177 (Tex. Dist. Ct.Travis Co. July 30, 2003) | A-4010 |
| Deposition Transcript of Herbert R. Giffins, *Nolen, et al. v. A. W. Chesterton Company, et al.*, Case No. 153-200843-03 (Tex. Dist. Ct. Tarrant Co. Dec. 5, 2003) | A-1251 |
| Deposition Transcript of Dr. David Egilman, *In re: Asbestos Litigation*, Cause No. 2004-03964 (Tex. Dist. Ct. Harris Co. Jun. 4, 2005) | A-1263 |
| Letter Ruling, *In re Asbestos Litigation*, Cause No. 2004-03964 (Tex. Dist. Ct. Harris Cty. June 30, 2005) (Davidson, J.) | A-3474 |
| 8/22/2005 Letter from J. Childs to S. Holm re: Retention as Expert Consultant | A-0904 |
| Defendant Georgia-Pacific Corp.'s First Supplemental Objections and Responses to Master Interrogatories and Request for Production of Documents, *In re Asbestos Litig.*, Cause No. 2004-03964 (Tex. Dist. Ct. Harris Cty. Oct. 14, 2005) | A-3485 |
| *Framework for Investigating Asbestos-Contaminated Superfund Sites*, Asbestos Committee of the Technical Review Workgroup of the Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency (Sept. 2008) | A-1842 |
| Deposition Transcript of Charles E. Bates, *In re: Specialty Products Holding Corp., et al.* (Bankr. D. Del. Feb. 3, 2011) | A-3457 |
| Deposition Transcript of Stewart E. Holm, *In re New York City Asbestos Litig.* (N.Y. Sup. Ct. Jun. 6, 2011) | A-0896 |
| *Asbestos Injury Compensation: The Role and Administration of Asbestos Trusts*, U.S. Government Accountability Office (Sept. 2011) | A-1913 |
| 10/14/2011 Letter from S. Holm to D. Gardner re: Articles Published in Journal of Inhalation Toxicology | A-1027 |
| Georgia Pacific LLC's Objections and Responses to Plaintiffs' Standard Interrogatories for All Asbestos Cases, *Bolton v. Air & Liquid Systems, Corporation, et al.*, Case No. RG11605776 (Super. Ct. Alameda Cty. Cal. Jan. 6, 2012) | A-3176 |
| Deposition Transcript of Stewart Holm, FRCP 30(b)(6) Corporate Designee of Georgia-Pacific PMK, *Fox v. Alcoa Inc., et al.*, Case No. 473017 (Cal. Super Ct. L.A. Jun. 1, 2012) | A-0893 |
| *Position Statement on Asbestos*, Joint Policy Committee of the Societies of Epidemiology, (Jun. 4, 2012) | A-2998 |
| Hearing Transcript, *Blonder, et al. v. A.O. Smith Water Products Co., et al.*, Case No. 190370/11 (N.Y. Sup. Ct. Jan. 30, 2013) | A-0833 |
| Hearing Transcript, *Blonder, v. A.O. Smith Water Products Co., et al.*, Case No. 190370/11 (N.Y. Sup. Ct. Jan. 30, 2013) | A-0991 |
| Deposition Transcript of Marc R. Robbins, *Robbins v. Alco Indus. Inc. et al.*, Case No. 1303-03653 (Cir. Ct. Multnomah Cty. Or. Jun. 19, 2013) | A-3528 |

| **Document** | **Page** |
|---|---|
| Motion for Sanctions Against Georgia-Pacific, LLC, Under Ariz. R. Civ. P. 37(d) for Knowingly Withholding Sales Records of its Asbestos-Containing Joint Compound to Co-Defendant Grant Road Lumber Company, *Hale v. American Standard, Inc. et al.*, Case No. C20133499 (Super. Ct. Pima Cty. Ariz. Sept. 14, 2014) | A-3256 |
| H.R. 526 Furthering Asbestos Claim Transparency (FACT) Act of 2015, Hearing Before the Subcommittee on Regulatory Reform, Commercial and Antitrust Law of the Committee on the Judiciary (Feb. 4, 2015) | A-0963 |
| *Safety and Health Topics – Asbestos*, Occupational Safety and Health Administration, U.S. Dept. of Labor, https://www.osha.gov/SLTC/asbestos/ | A-3031 |
| *Asbestos in Talc & Mesothelioma Cancer Risks*, The Mesothelioma Center https://www.asbestos.com/products/talcum-powder/ | A-3053 |