# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |
| BESTWALL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>        Defendants. | Adv. Proc. No. 17-3105 (LTB) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 23, 2019

Time of Hearing:      9:30 a.m. (prevailing Eastern Time)

Location of Hearing:    Courtroom of the Honorable Chief Judge Laura T. Beyer, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Courtroom 1-5, 401 West Trade Street, Charlotte, North Carolina 28202

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

## MATTERS IN MAIN CHAPTER 11 CASE

1. Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 875] (the "Estimation Motion").

    **Status:  Argument on this matter solely with respect to the issue of whether any estimation of asbestos liabilities should be authorized in the above-captioned case was completed at a hearing conducted on September 19, 2019, after which this matter was continued by the Court.  The hearing on this matter is going forward for the Court to issue its ruling.**

    Objection Deadline:  July 15, 2019.  Pursuant to the Agreed Scheduling Order (as defined below), the deadline for the Official Committee of Asbestos Claimants (the "ACC") and the Future Claimants' Representative (the "FCR") to object to the issue of whether any estimation of asbestos liabilities should be authorized in the above-captioned case was extended to August 16, 2019.  Objections or responses by the ACC or the FCR relating to all other issues raised by the Estimation Motion have been reserved in accordance with the Agreed Scheduling Order.

    Related Documents:

    A. Reply of Debtor in Support of Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 988].

    B. Georgia-Pacific LLC's Statement in Support of Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 990].

    C. Agreed Order Establishing Briefing and Hearing Schedule With Respect to Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 875] and Related Motions [Docket No. 913] (the "Agreed Scheduling Order").

    D. Informational Brief of Bestwall LLC [Docket No. 12].

    E. Informational Brief of the Official Committee of Asbestos Claimants of Bestwall LLC [Docket No. 939].

    F. Appendix to Informational Brief of the Official Committee of Asbestos Claimants of Bestwall LLC [Docket No. 944].

    Objections Received:

    G. Future Claimants' Representative's Objection to Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 936].

    H. Objection of the Official Committee of Asbestos Claimants to Motion of the Debtor for Estimation of Current and Future Mesothelioma Claims [Docket No. 937].

2.  Motion of the Official Committee of Asbestos Claimants to (I) Dismiss the Chapter 11 Case for Cause Pursuant to 11 U.S.C. § 1112(b), or Alternatively, (II) to Set a Deadline (A) by Which the Debtor Must Confirm a Chapter 11 Plan or (B) to Lift the Preliminary Injunction in Favor of New GP and the Protected Parties [Docket No. 938].

    **Status: Argument on this matter was completed at a hearing conducted on September 19, 2019, after which this matter was continued by the Court. The hearing on this matter is going forward for the Court to issue its ruling.**

    Objection Deadline:  September 12, 2019.

    Related Documents:

    A.  Consolidated Reply of the Official Committee of Asbestos Claimants to Objections of the Debtor and Georgia-Pacific LLC to the Motion of the Official Committee of Asbestos Claimants (I) to Dismiss the Chapter 11 Case for Cause Pursuant to 11 U.S.C. § 1112(b), or Alternatively, (II) to Set a Deadline (A) by Which the Debtor Must Confirm a Chapter 11 Plan or (B) to Lift the Preliminary Injunction in Favor of New GP and the Protected Parties [Docket No. 996].

    B.  Stipulation Regarding Postpetition Dividends Paid by Non-Debtor Georgia-Pacific LLC [Docket No. 997].

    C.  Declaration of Tyler L. Woolson [Docket No. 998].

    Objections Received:

    D.  The Debtor's Objection to Motion of the Official Committee of Asbestos Claimants to (I) Dismiss the Chapter 11 Case for Cause, or Alternatively, (II) Set a Deadline (A) by Which the Debtor Must Confirm a Chapter 11 Plan or (B) Lift the Preliminary Injunction in Favor of New GP and the Protected Parties [Docket No. 989].

    E.  Georgia-Pacific LLC's Objection to the Motion of the Official Committee of Asbestos Claimants to (I) Dismiss the Chapter 11 Case for Cause, or Alternatively, (II) Set a Deadline (A) by Which the Debtor Must Confirm a Chapter 11 Plan or (B) Lift the Preliminary Injunction in Favor of New GP and the Protected Parties [Docket No. 991].

3.  Georgia-Pacific LLC's Motion to Confirm Standing as Party in Interest [Docket No. 921].

    **Status:  The hearing on this matter is going forward.**

    Objection Deadline:  August 26, 2019.

    Related Documents:

    A.  *Ex Parte* Motion for Order Shortening Notice [Docket No. 922].

B.     Order Denying Motion to Shorten Notice [Docket No. 928].

C.     Georgia-Pacific LLC's Reply in Support of Its Motion to Confirm Standing as Party in Interest [Docket No. 995].

Objections Received:

D.     Objection of the Future Claimants' Representative to Georgia-Pacific LLC's Motion to Confirm Standing as Party in Interest [Docket No. 972].

E.     The Official Committee of Asbestos Claimants' Objection to Georgia-Pacific LLC's Motion to Confirm Standing as a Party in Interest [Docket No. 973].

## MATTERS IN ADVERSARY PROCEEDING 17-3105

4. Motion of the Official Committee of Asbestos Claimants to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 166].

   **Status: The hearing on this matter is going forward.**

   Objection Deadline: October 9, 2019. By agreement of the parties, the deadline for the Debtor and the Debtor's non-debtor affiliate, Georgia-Pacific LLC, to file an objection was extended to October 16, 2019 in accordance with the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [Docket No. 65].

   Related Documents:

   A.     Debtor's Complaint for Injunctive and Declaratory Relief (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring That the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Pro. Docket No. 1].

   B.     Debtor's Motion for an Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring That the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Pro. Docket No. 2].

   C.     Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 164].

   Objections Received:

   D.     The Debtor's Objection to the Official Committee of Asbestos Claimants' Motion to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 171].

- 5 -

E. Georgia-Pacific LLC's Joinder to the Debtor's Objection to the Official Committee of Asbestos Claimants' Motion to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 172].

[*Remainder of Page Intentionally Blank.*]

Dated: October 21, 2019
      Charlotte, North Carolina

Respectfully submitted,

/s/ Garland S. Cassada
Garland S. Cassada (NC Bar No. 12352)
David M. Schilli (NC Bar No. 17989)
Andrew W.J. Tarr (NC Bar No. 31827)
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
E-mail:     gcassada@robinsonbradshaw.com
            dschilli@robinsonbradshaw.com
            atarr@robinsonbradshaw.com

Gregory M. Gordon (TX Bar No. 08435300)
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
E-mail:     gmgordon@jonesday.com
(Admitted *pro hac vice*)

Jeffrey B. Ellman (GA Bar No. 141828)
Brad B. Erens (IL Bar No. 06206864)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
E-mail:     jbellman@jonesday.com
            bberens@ jonesday.com
(Admitted *pro hac vice*)

ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION