**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

### *EX PARTE* MOTION FOR SUBSTITUTION OF COUNSEL

Sander L. Esserman (the "Future Claimants' Representative" or "FCR"), as the legal representative for persons that have not yet asserted an asbestos-related personal injury claim against the Debtor in the above-captioned case but may in the future assert such a claim (the "Future Claimants"), hereby moves the Court for entry of an Order to allow the substitution of Alexander Ricks PLLC ("Alexander Ricks") as his North Carolina counsel in this bankruptcy case in the place, and instead of, Hull & Chandler, P.A. ("Hull & Chandler") effective as of February 1, 2021. In support of this Motion, the FCR respectfully states as follows:

1. By Order dated February 23, 2018 [Docket No. 281], the Court approved the retention of Hull & Chandler as North Carolina counsel for the FCR. Hull and Chandler's representation of the FCR was led by Felton E. Parrish. Mr. Parrish resigned from Hull & Chandler effective as of January 31, 2021 and joined Alexander Ricks as a member on February 1, 2021.

2. The FCR believes that the substitution of Alexander Ricks as North Carolina counsel will best provide for the continued representation of the FCR in this case. The services to be provided by Alexander Ricks will be the same as those provided by Hull &

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

Chandler.

3.     Alexander Ricks will apply for compensation for professional services rendered in connection with this case, and for reimbursement of actual and necessary expenses incurred, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 132] (the "Interim Compensation Order"), and the local rules and further orders of this Court.

4.     Alexander Ricks understands that its fees and expenses in these chapter 11 proceedings will be subject to the requirements of sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, and any further order that may be entered by this Court establishing procedures for interim compensation and reimbursement of expenses of professionals.

5.     Alexander Ricks has informed the Future Claimants' Representative that, except as may be set forth in the annexed Declaration of Felton E. Parrish, Alexander Ricks represents no other entity in connection with this case, and is disinterested as that term is defined in section §101(14) of the Bankruptcy Code.

6.     For each of the foregoing reasons, the Future Claimants' Representative believes that the substitution of Alexander Ricks as his North Carolina counsel is in the best interests of the Debtor, its estate and creditors, as well as in the best interests of the Future Claimants.

7.     This Motion is being submitted on an *ex parte* basis pursuant to Local Rule 9013-1(f).  Upon entry of an order granting the relief requested, the Future Claimants' Representative will provide notice of entry of the order in accordance with the *Order*

*Establishing Certain Notice, Case Management and Administrative Procedures* [Docket No. 65],

and any party in interest shall be entitled to request that the Court reconsider the relief provided

within 14 days of service of notice of the order.

WHEREFORE, the Future Claimants' Representative requests entry of an order,

substantially in the form attached hereto as <u>Exhibit B</u>, authorizing him to employ and retain the

firm of Alexander Ricks to represent him as North Carolina counsel in this chapter 11 case

effective as of February 1, 2021, and granting such other and further relief as is just and proper.

Dated: February 5, 2021

Respectfully submitted,

/s/ Felton Parrish
Felton E. Parrish (N.C. Bar No. 25448)
ALEXANDER RICKS PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204
Telephone: 980-334-2001
Facsimile:  704-375-8487
Email:  felton.parrish@alexanderricks.com

*Proposed Counsel to the Future Claimants' Representative*

# EXHIBIT A

## PARRISH DECLARATION

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

**DECLARATION OF FELTON E. PARRISH IN SUPPORT OF**
***EX PARTE* MOTION TO SUBSTITUTE COUNSEL**

I, FELTON E. PARRISH, hereby state as follows:

1.      Effective as of February 1, 2021, I became a member of Alexander Ricks

PLLC ("Alexander Ricks"), 1420 E. 7th Street, Suite 100, Charlotte, North Carolina 28204.

2.      Prior to joining Alexander Ricks, I was employed with Hull & Chandler,

P.A. ("Hull & Chandler").  I resigned from Hull & Chandler effective as of January 31, 2021.

3.      By Order dated February 23, 2018 [Docket No. 281], the Court approved

the retention of Hull & Chandler as North Carolina counsel for Sander L. Esserman, the legal

representative for future claimants (the "Future Claimants' Representative" or "FCR").  While

with Hull & Chandler, I led the firm's representation of the FCR as North Carolina counsel.

4.      I am authorized to make this declaration (the "Declaration") on behalf of

Alexander Ricks.  This Declaration is submitted pursuant to Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure in support of the Motion of the Future Claimants' Representative for an

order authorizing the substitution of Alexander Ricks as his North Carolina counsel in this

bankruptcy case in the place, and instead of, Hull & Chandler, P.A. effective as of February 1,

---

[1]      The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 100
Peachtree Street, N.W., Atlanta, Georgia 30303.

2021.

## DISINTERESTEDNESS OF PROFESSIONALS

5.      Alexander Ricks has conducted searches to identify relationships with the

Debtor, creditors, and other parties-in-interest (or potential parties-in-interest) in this chapter 11

case as identified in Exhibit 1 (the "Interested Party List").  Based upon those searches,

Alexander Ricks has determined that it (a) does not hold or represent any adverse interest in

connection with the matters upon which Alexander Ricks is to be engaged, and (b) is

disinterested.

6.      Alexander Ricks is a "disinterested person" as that term is defined in

section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy

Code, in that Alexander Ricks, its members, counsel and associates:

(a)      are not creditors, equity security holders or insiders of the Debtor;

(b)      have not been, within two years before the date of the filing of the
          Debtor's chapter 11 petition, directors, officers or employees of the
          Debtor; and

(c)      do not have an interest materially adverse to the interest of the
          estate or of any class of creditors or equity security holders, by
          reason of any direct or indirect relationship to, connection with, or
          interest in, the Debtor, or for any other reason.

7.      From 1999 to 2001 and from 2003 to 2008, I was an Associate, and then

Counsel, with the law firm of King & Spalding LLP ("K&S") in Atlanta, Georgia.  K&S has

been retained as special counsel by the Debtor in this case.  I have not had any association with

K&S since July 2008, and while with K&S, I had no involvement with the matters for which

K&S is being retained as special counsel in this case.

8.      While with Hull and Chandler, I represented the legal representative for

future claimants in the pending bankruptcy cases of In re DBMP LLC, Ch. 11 Case No. 20-

30080 (Bankr. W.D.N.C. 2017), in which Mr. Esserman is the future claimants' representative,

and In re Kaiser Gypsum Company, Inc., Ch. 11 Case No. 16-31602 (JCW) (Bankr. W.D.N.C.

2016).  Motions to substitute Alexander Ricks as North Carolina counsel in these additional

cases either have already been filed, or will be filed shortly after the filing of this Declaration.

9.      Neither I nor any other attorney at Alexander Ricks represents any interest

adverse either to the Future Claimants' Representative or the Debtor herein or its estate in the

matters upon which Alexander Ricks is to be engaged.  The Interested Party List identifies

Metropolitan Life Insurance Company as a significant co-defendant in asbestos-related litigation.

Alexander Ricks currently represents Metropolitan Life Insurance Company in commercial

litigation that is totally unrelated to the Debtor, this bankruptcy case, or asbestos litigation

generally.  This representation is not adverse to the interests of the estate, any class of creditors,

equity security holders, Future Claimants or the Future Claimants' Representative.

10.     Alexander Ricks will periodically review its files during the pendency of

this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise.

If any new relevant facts or relationships are discovered or arise, Alexander Ricks will use

reasonable efforts to identify such further developments and will promptly file a Supplemental

Declaration as Bankruptcy Rule 2014(a) requires.

## **PROFESSIONAL COMPENSATION**

11.     Alexander Ricks intends to apply for compensation for professional

services rendered in connection with this chapter 11 case subject to approval of this Court and in

compliance with applicable provisions of the Bankruptcy Code, this Court's Local Rules, and the

*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of*

*Retained Professionals* [Docket No. 132] (the "Interim Compensation Order"), on an hourly

basis, plus reimbursement of actual, necessary expenses and other charges that Alexander Ricks

incurs.  Alexander Ricks will charge hourly rates for its services in this case that are consistent

with the rates it charges in bankruptcy and non-bankruptcy matters of this type.  I will be the

Alexander Ricks attorney primarily responsible for the representation of the Future Claimant's

Representative.  My current standard hourly rate is $475 per hour.  Where appropriate, other

Alexander Ricks attorneys or paralegals will assist with the representation of the Future

Claimant's Representative.  The hourly rates for attorneys with Alexander Ricks currently range

from $250 to $495 per hour, and the legal rate for paralegals is $125 to $180 per hour.  These

hourly rates are subject to periodic adjustments to reflect economic and other conditions.

      12.    It is Alexander Ricks' policy to charge its clients in all areas of practice

for all other expenses incurred in connection with the client's case.  The expenses charged to

clients include among other things, photocopying, witness fees, transcript costs, document

storage and retrieval, travel expenses, certain secretarial and other overtime expenses, filing and

recordation fees, postage, and express mail and messenger charges.  Alexander Ricks will charge

for these expenses in a manner and at rates consistent with charges made generally to its other

clients.

      13.    No promises have been received by Alexander Ricks nor by any member,

counsel or associate thereof as to compensation in connection with this case other than in

accordance with the provisions of the Bankruptcy Code.  Alexander Ricks has no agreement with

any other entity to share with such entity any compensation received by Alexander Ricks in

connection with this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2021.

/s/ Felton Parrish
Felton E. Parrish (N.C. Bar No. 25448)
ALEXANDER RICKS PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204
Telephone: 980-334-2001
Facsimile:  704-375-8487
Email:  felton.parrish@alexanderricks.com

## EXHIBIT 1
## TO THE DECLARATION OF FELTON E. PARRISH

**BESTWALL LLC**

**POTENTIALLY INTERESTED PARTIES**

**Debtor**

Bestwall LLC

**Equity Owner of Debtor**

Georgia-Pacific Holdings LLC

**Debtor's Direct and Indirect Non-Debtor Subsidiaries**

Blue Rapids Railway Company LLC
GP Industrial Plasters LLC
Industrial Plasters Canada ULC

**Other Non-Debtor Affiliates**

Attached hereto as Annex A.

**Managers and Officers of the Debtor**

Scott J. Gordon (Manager, Treasurer)
Duane R. Hughes (Manager, President)
Diana M. Knigge (Manager)
J. Joel Mercer, Jr. (Chief Legal Officer, Secretary)
Tyler Woolson (Chief Restructuring Officer and Vice President)
Michele G. Wortmann (Chief Financial Officer)

**Major Current Business Affiliations of Debtor's Managers**

Blue Rapids Railway Company LLC
Georgia-Pacific Chemicals LLC
Georgia-Pacific Chemical Sales LLC
Georgia-Pacific Gypsum LLC
Georgia-Pacific Treasury Corporation
GP Gypsum LLC
GP Industrial Plasters LLC
Industrial Plasters Canada ULC

**Depository and Disbursement Banks**

Bank of America, N.A.

**Parties to Material Contracts, Unexpired Leases and License Agreements with the Debtor**

Counsel on Call LLC
Georgia-Pacific Mt. Holly LLC
Integreon Managed Solutions, Inc.
PACE Claims Services LLC
TRIALNET, Inc. d/b/a Acuity Management Solutions
Troutman Sanders eMerge

**Significant Co-Defendants in Asbestos-Related Litigation**

Borg Warner Corporation
CBS Corporation
Certainteed
Corporation Cleaver
Brooks Crane Co.
Crown Cork & Seal
Flowserve Corporation
Foster Wheeler Energy
General Electric Company
Goulds Pumps, Inc.
Grinnell Corporation
Honeywell International
IMO Industries
Ingersoll Rand
John Crane Company
Metropolitan Life Insurance Company
Owens Illinois
Pneumo Abex Corporation
Trane Company
Union Carbide Corporation

**Permitting/Licensing Authorities,
Environmental Regulatory Agencies**

North Carolina Department of
Environmental Quality
United States Environmental Protection
    Agency

**Debtor's Retained
Professionals and Claims Agent**

Bates White LLC
Donlin, Recano and Company, Inc.
Jones Day
King & Spalding LLP
Robinson, Bradshaw & Hinson,
P.A.
Schachter Harris LLP

**Debtor's Significant Ordinary
Course Professionals,
Consultants and Service Providers**

Bailey Crowe Kugler & Arnold LLP
Barclay Damon LLP
Barnes & Thornburg LLP
Burr & Forman LLP
Downs Rachlin Martin PLLC
Forman Watkins & Krutz LLP (Jackson,
MS)
Goehring, Rutter & Boehm
HeplerBroom Law Firm
Hodgson Russ LLP
Kean Miller Hawthorne D'armond
    Mccowan & Jarman
Lynch Daskal Emery LLP
Manion Gaynor & Manning
Marks, O'Neill, O'Brien, Doherty & Kelly
PC
Maron, Marvel, Bradley Anderson & Tardy
    LLC
Meagher & Geer PLLP
Miles & Stockbridge PC
Napier Gault Schupbach & Moore PLC
Nelson Mullins Riley & Scarborough LLP

Perkins Coie LLP
Sedgwick LLP
Shapiro, Blasi, Wasserman & Hermann, P.A.
Swanson Martin & Bell LLP
Tucker Ellis LLP
Ulmer & Berne LLP
Wheeler Trigg O'Donnell LLP
Willcox & Savage,PC

**Known Professionals for Certain
Non-Debtor Parties in Interest**

Debevoise & Plimpton LLP

**Major Suppliers of Goods and Services**

Georgia-Pacific LLC, a Delaware Limited
    Liability Company
Georgia-Pacific Building Products LLC

**Law Firms with the Most Significant
Representations of Asbestos Claimants**

Law Offices of Peter G. Angelos PC
Baron & Budd PC
Belluck & Fox LLP
Brayton Purcell LLP
Cooney & Conway
Early, Lucarelli, Sweeney & Meisenkothen
    LLC
The Ferraro Law Firm PA
Gori, Julian & Associates, PC
Kazan, McClain, Satterley & Greenwood
PLC
Lanier Law Firm
Levin Simes LLP
Levy Konigsberg LLP
Lipsitz & Ponterio LLC
Maune Raichle Hartley French& Mudd LLC
Motley Rice LLC
Napoli Shkolnik PLLC
Law Offices of Peter T. Nicholl
O'Brien Law Firm PC
Shrader & Associates, L.P.
Simmons Hanly Conroy LLC

Simon Greenstone Panatiere Bartlett PC
SWMW Law LLC
Waters & Kraus LLP
Weitz & Luxenberg PC
Law Offices of Paul A. Weykamp

**Parties in Non-Asbestos
Litigation with the Debtor**

Ambassador Insurance Company, Inc.

**Insurers, Insurance Brokers
and Third-Party Administrators**

Ambassador Insurance Company, Inc.
Midland Insurance Company

**The Official Committee of
Asbestos Claimants (the "ACC")**

Law Offices of Peter G. Angelos PC
Bergman Draper Oslund
Cooney & Conway
Gori Julian & Associates, PC
Kazan, McClain, Satterley & Greenwood,
PLC
Lanier Law Firm
Maune Raichle Hartley French& Mudd LLC

O'Brien Law Firm PC
Shepard Law
Weitz & Luxenberg PC

**Professionals Retained by the ACC**

Robinson & Cole, LLP
Hamilton Stephens Steele + Martin
JD Thompson Law
Legal Analysis Systems, Inc.

**Employees of the Bankruptcy
Administrator's Office for the
Western District of North Carolina**

Shelley Abel
Alexandria Kenny
David Shepard
Sarah Scholz
Anne Whitley
Katrina Adams

**Bankruptcy Judges for the
Western District of North Carolina**

Judge Laura T. Beyer [Charlotte]
Judge George Hodges [Asheville]
Judge J. Craig Whitley [Charlotte]

-

## Annex A

## Non-Debtor Affiliated Entities[1]

A&AT GmbH
A&AT LLC
A&AT UK Limited
Alabama River Cellulose LLC
Arbor Property and Casualty Limited
Arch Properties Company, LLC
Arteva Holdings GmbH
Arteva Services S.à r.l.
Beaverhead Capital,
LLC Big Blue Holdings,
Inc.
Blue Rapids Railway Company LLC
BRS Packaging Corporation
Brunswick Cellulose LLC
Buckeye Equity Holdings LLC
Buckeye Technologies Canada
Inc.
Buckeye Technologies LLC
Cardell, LLC
Chase Pipe Line Company, LLC
Chentronics, LLC
Cherry Creek Investments, LLC
CKF Events, LLC
CKI Events, LLC
ColPM Strategic Partners, L.P.
Consolidated Glass & Mirror Trucking,
    LLC
Consolidated Glass & Mirror, LLC
Corporate Jet Leasing Company, LLC
Custom Glass Solutions Millbury, LLC
Custom Glass Solutions Service Parts,
    LLC
Custom Glass Solutions Upper
Sandusky,
    LLC
Custom Glass Solutions, LLC
CVI Shipping Opportunities Fund A LP
Deerfield MLX Holdings, Inc.
Deerfield Partners, B.V.
Demeter Analytics Holdings, LLC
Demeter Analytics Services, LLC

Digital Roadmap LLC Dixie Consumer
Products LLC Dongguan Molex
Interconnect Co., Ltd.
Duonix Beatrice, LP
Duonix, LLC
Eaglehill Capital Partners L.P. EFT
Analytics Inc.
EFT Control Systems Limited
El Morro Corrugated Box Company LLC
Emit Technology Co., Ltd.
Encadria Staffing Solutions LLC
Engineered Glass Products, L.L.C.
Facilities & Real Estate Solutions, Inc.
FCT electronic GmbH FCT, US L.L.C.
FHR Biofuels & Ingredients, LLC
FHR Canada Holding, LLC
Flamar Cavi Elettrici S.r.l.
Flint Hills Resources Alaska, LLC
Flint Hills Resources Arthur, LLC
Flint Hills Resources Asia, Limited
Flint Hills Resources Biodiesel Operations,
    LLC
Flint Hills Resources Camilla, LLC Flint
Hills Resources Canada, LP
Flint Hills Resources Canada, ULC
Flint Hills Resources Central Texas, LLC
Flint Hills Resources Corpus Christi, LLC
Flint Hills Resources Fairbank, LLC
Flint Hills Resources Fairmont, LLC
Flint Hills Resources Grain, LLC
Flint Hills Resources Houston Chemical,
    LLC
Flint Hills Resources Iowa Falls, LLC
Flint Hills Resources Joliet, LLC
Flint Hills Resources Longview, LLC Flint
Hills Resources Menlo, LLC
Flint Hills Resources Mexico, S. de R.L. de
    C.V.
Flint Hills Resources Peru, LLC
Flint Hills Resources Pine Bend, LLC
Flint Hills Resources Port Arthur, LLC
Flint Hills Resources Sàrl

Flint Hills Resources Shakopee, LLC
Flint Hills Resources Shell Rock, LLC
Flint Hills Resources, LC
Flint Hills Resources, LLC
Flint Hills Resources, LP
Foley Cellulose LLC
Fort James International Holdings LLC
Fort James LLC
Gardner Lewis Merger Arbitrage Fund, L.P.
Georgia Pacific Resinas Uruguay S.R.L.
Georgia-Pacific Asia, Inc.
Georgia-Pacific Bleached Board LLC
Georgia-Pacific Brewton LLC
Georgia-Pacific Building Products LLC
Georgia-Pacific Canada Consumer Products LP
Georgia-Pacific Canada LP
Georgia-Pacific Cedar Springs LLC
Georgia-Pacific Cellulose (Shanghai) Trading Co., Ltd.
Georgia-Pacific Chemical Sales LLC
Georgia-Pacific Chemicals LLC
Georgia-Pacific Childcare Center, LLC
Georgia-Pacific Consumer Operations LLC
Georgia-Pacific Consumer Products (Camas) LLC
Georgia-Pacific Consumer Products (Northwest) LLC
Georgia-Pacific Consumer Products LP
Georgia-Pacific Containerboard LLC
Georgia-Pacific Corrugated IV LLC
Georgia-Pacific Corrugated LLC
Georgia-Pacific Corrugated V LLC
Georgia-Pacific Crossett LLC
Georgia-Pacific Equity Holdings LLC
Georgia-Pacific Financial Management LLC
Georgia-Pacific Foreign Holdings, Inc.
Georgia-Pacific GmbH Holdings, LLC
Georgia-Pacific Gypsum LLC
Georgia-Pacific Holdings, LLC
Georgia-Pacific Innovation LLC
Georgia-Pacific Kraft LLC

Georgia-Pacific LLC, a Delaware Limited Liability Company
Georgia-Pacific Monticello LLC
Georgia-Pacific Mt. Holly LLC
Georgia-Pacific Nonwovens LLC
Georgia-Pacific Panel Products LLC
Georgia-Pacific Resinas Limitada
Georgia-Pacific St Marys LLC
Georgia-Pacific Steinfurt GmbH Georgia-Pacific Toledo LLC
Georgia-Pacific Trading (Shanghai) Co. Ltd.
Georgia-Pacific Treasury Corporation
Georgia-Pacific W&FS (MS) LLC
Georgia-Pacific Warehouse Holdings LLC
Georgia-Pacific West LLC Georgia-Pacific WFS LLC
Georgia-Pacific Wood Products LLC
Georgia-Pacific Wood Products South LLC
GNN Investor LLC
GP Big Island, LLC
GP Building Products Operations LLC
GP Building Products Services LLC
GP Cellulose America Marketing, LLC
GP Cellulose Asia Marketing (HK) Limited
GP Cellulose GmbH
GP Cellulose International Marketing SRL
GP Cellulose Operations LLC
GP Cellulose, LLC
GP Center Holdings LLC
GP Chemicals Equity LLC
GP Consumer Products Group LLC
GP Consumer Products Holdings LLC
GP Consumer Products Operations LLC
GP Containerboard Operations LLC
GP Corrugated LLC
GP Financial Holdings LLC
GP Global Finance Holdings LLC
GP Gypsum Equity LLC
GP Gypsum LLC
GP Harmon Holdings LLC
GP Harmon Recycling LLC
GP Harmon Recycling Plant Operations

LLC
GP Industrial Plasters LLC
GP IP Holdings LLC
GP IRB Investments LLC
GP Leasing Corporation
G-P Maine LLC
GP North Woods LP
GP Packaging and Cellulose Operations
LLC
GP Packaging and Sales LLC
GP Wood Products LLC
GPBP Equity Holdings LLC
GPBP Equity Investor I LLC
GPBP Equity Investor II LLC
GPBP Equity Investor III LLC
GPBP Equity Investor IV LLC
GPBP Equity Investor V LLC
GPBP Equity Investor VI LLC
GPBP Equity Investor VII LLC
GPBP Financial Holdings LLC
GPCon/GP LLC
GPCP Equity Holdings LLC
GPCP Equity Investor I LLC
GPCP Equity Investor II LLC
GPCP Equity Investor III LLC
GPCP Equity Investor IV LLC
GPCP Equity Investor V LLC
GPCP Financial Holdings LLC
GPCP IP Holdings LLC
GPFM Holdings LLC
GPPC Equity Holdings LLC
GPPC Equity Investor I LLC
GPPC Equity Investor II LLC
GPPC Equity Investor III LLC
GPPC Equity Investor IV LLC
GPPC Financial Holdings LLC
Guardian Autoglas GmbH
Guardian Automotive
Corporation Guardian Building
Products, Inc. Guardian Caribe,
Limitada
Guardian Czestochowa Sp.z.o.o.
Guardian de Argentina S.R.L.
Guardian de Colombia S.A.S.
Guardian do Brasil Vidros Planos Ltda.

Guardian Egypt - Egyptian Glass S.A.E.
Guardian Energy Exploration Corp.
Guardian Energy Management Corp.
Guardian Flachglas GmbH Guardian Glass
Peru
S.R.L. Guardian IG, LLC
Guardian Industries Corp. Ltd.
Guardian Industries Distribution Center,
Inc.
Guardian Industries Navarra S.L.
Guardian Industries Rayong Co., Ltd.
Guardian Industries U.K. Limited
Guardian Industries VP, S. de R.L. de C.V.
Guardian Industries, LLC
Guardian Japan Ltd.
Guardian Llodio Uno, S.L.
Guardian Luxguard I S.a.r.l.
Guardian Luxguard II S.a.r.l.
Guardian Oroshaza Limited Liability
Company
Guardian Steklo Rostov LLC
Guardian Steklo Ryazan LLC
Guardian VIG, LLC
Hamworthy Combustion Engineering Co.
Ltd.
Hamworthy Combustion Engineering
Limited
Harmon Associates ULC
i360, LLC
i360-Global, LLC
Innovative Integration, LLC
Interconnect Systems, LLC
INV AGH Limited
INV IPS Equity I LLC
INV IPS Equity II LLC
INV NYLON SINGAPORE PTE. LTD.
INVISTA (Australia) Pty Limited
INVISTA (Canada) Company
INVISTA (Deutschland) GmbH
INVISTA (France) SAS
INVISTA (Hong Kong) Limited
INVISTA (International) Sàrl
INVISTA (Korea) Ltd.
INVISTA (Nederland) B.V.
INVISTA (Singapore) Pte. Ltd.

INVISTA (Taiwan) Limited
INVISTA (Thailand) Limited
INVISTA Argentina S.R.L.
INVISTA Ashburn Hill LLC
INVISTA Colombia S.A.
INVISTA Fibers & Intermediates Iberica,
    S.L.
INVISTA Fibers (Foshan) Company
    Limited
INVISTA Fibers (Shanghai) Company
    Limited
INVISTA Fibers Company Limited
INVISTA Fibras e Polímeros Brasil Ltda.
INVISTA Italia S.r.l.
INVISTA Japan LLC
INVISTA Management (Shanghai)
    Company Limited
INVISTA North America
    S.à.r.l.
INVISTA Nylon Chemicals (China) Co.,
    Ltd.
INVISTA Polimeros Ltda.
INVISTA Polyester B.V.
INVISTA Products SA
INVISTA Resins & Fibers
GmbH INVISTA S.à r.l.
INVISTA Sales & Services (Shanghai)
    Company Limited
INVISTA Singapore Fibres Pte.
Ltd.
INVISTA Specialty Fibers (Shanghai) Co.
    Ltd.
INVISTA Synthetic Fiber (Shanghai) Co.
    Ltd.
INVISTA Textiles (U.K.) Limited
INVISTA Textiles (U.K.) Trustee
    Company Limited
INVISTA Textiles Germany GmbH
INVISTA Textiles U.K. Limited
INVISTA Trading (Shanghai) Company
    Limited
John Zink Company, LLC John Zink
Hamworthy Combustion S.r.l.
John Zink International Luxembourg
    S.à.r.l.

John Zink KEU GmbH
Jones Loop Road LLC
KA Special K, L.P.
KAR Hotel Holdings LLC
KAR Hotel Owner LLC
KAR Venture LLC
Kayne Real Estate Debt Partners I, L.P.
Kayne Real Estate Debt Partners III, L.P.
Kayne Real Estate Debt Partners V, LP
KBX Logistics, LLC
KBX Materials BioFuels, LLC
KBX Materials Northern Tier, LLC
KBX Materials Southern Tier, LLC
KBX Materials, LLC
KBX, LLC KCBX
Terminals Company KF
Financial Assets, Ltd.
KF Financial Investments, Ltd.
KFA Equity Holdings II, LLC
KFA Equity Holdings, LLC
KFA Holdings, LP
KFA Investments, LLC KFAPL
Sub, Inc.
KG Process Innovations s.r.o.
KGGP, LLC
KH Investment Birmingham, LLC
KH Investment Cape Coral, LLC
KH Investment Union Dallas, LLC KM
Superior Terminals, Inc.
Koch AG & Energy Solutions, LLC
Koch Agronomic Services, LLC Koch
Alaska Pipeline Company, LLC Koch
Asia-Pacific G.K.
Koch Australia Pty Limited
Koch Biological Solutions, LLC Koch
Business Holdings, LLC
Koch Business Solutions - Asia Pacific Pte.
    Ltd.
 Koch Business Solutions - Europe S.à r.l.
Koch Business Solutions, LP
Koch Canada Energy Services, LP
Koch Canada Real Estate and Properties,
    LLC
Koch Capital Investments Company, LLC
Koch Carbon (UK) Limited

Koch Carbon Belgium BVBA
Koch Carbon, LLC
Koch Chemical Technology Group India
    Pvt. Ltd.
Koch Chemical Technology Group
    Limited
Koch Chemical Technology Group S.L.
Koch Chemical Technology Group Saudi
    Arabia Limited
Koch Chemical Technology Group
    Singapore Pte. Ltd.
Koch Chemical Technology Group, S. de
    R.L. de C.V.
Koch Chemtech (Shanghai) Trading
    Limited
Koch Commodities Europe Limited
Koch Companies Public Sector, LLC
Koch Companies Services, LLC
Koch CTG Middle East FZE
Koch CTG S.à r.l., Russian Branch
Koch Energy Services, LLC
Koch Equity Development LLC
Koch Exploration Canada, L.P.
Koch Exploration Company, LLC
Koch Fertiliser Australia Pty Ltd
Koch Fertilizantes do Brasil Ltda.
Koch Fertilizer (Beijing) Co., Ltd.
Koch Fertilizer Asia Private Ltd.
Koch Fertilizer Beatrice, LLC
Koch Fertilizer Canada, ULC
Koch Fertilizer Dodge City, LLC
Koch Fertilizer Enid, LLC
Koch Fertilizer Ft. Dodge, LLC
Koch Fertilizer International Limited
Koch Fertilizer Products SAS
Koch Fertilizer Trading Sàrl
Koch Fertilizer Trading Sàrl Sucursal
    Uruguay
Koch Fertilizer, LLC
Koch Financial Company, LLC
Koch Global Capital, LLC
Koch Global Partners, LLC
Koch Heat Transfer Canada LP
Koch Heat Transfer Company, LP
Koch Industries, Inc.

Koch International B.V.
Koch International SAS
Koch International Shared Services, L.P.
KOCH KNIGHT LLC MERKEZİ
AMERİKA İSTANBUL MERKEZ
    ŞUBESİ
Koch Knight, LLC
Koch Knight, LLC (Chile)
Koch Knight, LLC, a Dominican Republic
    Branch
Koch Logistics, LLC Koch
Marine, LLC Koch
Membrane Systems, Inc.
Koch Metals Trading Limited
Koch Methanol, LLC Koch Midstream
Services Company, LLC Koch Minerals
Colombia S.A.S.
Koch Minerals Products (Beijing) Co., Ltd.
Koch Minerals, LLC
Koch Nitrogen International Sàrl
Koch Nitrogen International Sàrl, a
    Cayman Islands Branch Koch
Nitrogen Shipping, Ltd. Koch Oil
Sands Operating ULC Koch
Performance Roads, Inc. Koch
Pipeline Company, L.P.
Koch Pipeline Company, LLC Koch
Pipeline Services, LLC Koch
Properties Company, L.P. Koch
Properties UK Limited
Koch Pulp & Paper Trading, LLC
Koch Rail, LLC
Koch Real Estate Investments, LLC Koch
Redwood Investments, LLC
Koch Refining International Pte. Ltd.
Koch Remediation & Environmental
    Services, LLC
Koch Renewable Resources, LLC
Koch Resources, LLC
Koch RP Holdings I, LLC
Koch Shared Services, LLC Koch
Shipping Pte. Ltd.
Koch Specialty Plant Services, LLC
Koch Sulfur Products Company, LLC
Koch Supply & Trading Sàrl

Koch Supply & Trading, LP
Koch Technology and Optimization, LLC
Koch Tecnologia Química Ltda.
Koch-Glitsch BVBA
Koch-Glitsch Canada LP
Koch-Glitsch France - Division of Koch
    International SAS
Koch-Glitsch Italia S.r.l.
Koch-Glitsch Korea Ltd.
Koch-Glitsch, LP
KOMSA Sàrl
KPL Northern States, LLC
KSISH Investments, LLC
Leaf River Cellulose, LLC
Leaf River Forest Products LLC
Lumberton Cellulose LLC
Market-Based Management, LLC
Marsco Glass Products, L.L.C.
Matador Cattle Company, LLC
Matador Security Company NY, LLC
Matador Security Company, Inc.
MBM Center, Inc.
Memphis Cellulose LLC
Mesa PDC, L.L.C.
Milford Redevelopment LLC
Minnesota Pipe Line Company,
LLC Molex (China) Investment
Co., Ltd. Molex (India) Private
Limited Molex (Malaysia) Sdn.
Bhd.
Molex Canada Ltd.
Molex Connected Enterprise Solutions Pty.
    Ltd.
Molex Connected Enterprise Solutions
    sp z o.o
Molex de Mexico, S.A. de C.V.
Molex Electronic Technologies, LLC
Molex Elektronik GmbH
Molex Hong Kong/China Limited Molex
Integrated Products Philippines, Inc.
Molex Interconnect (Chengdu) Co., Ltd.
Molex Interconnect (Shanghai) Co., Ltd.
Molex Interconnect
GmbH Molex Japan
LLC Molex Korea Ltd.

Molex Singapore Pte. Ltd.
Molex Sp. z.o.o.
Molex Taiwan Ltd. Molex
Trading (Shanghai) Limited
Molex Vietnam Co., Ltd. Molex,
LLC
Molex, S.A. de C.V.
Moscow Camden and San
Augustine Railroad LLC Nallatech
Limited Nallatech, LLC Nekoosa
Papers Inc.
Nylmex, S. de R.L. de C.V.
Old Augusta Railroad, LLC
Oplink China Business Trust
Oplink Communications US Division,
    LLC
Oplink Communications, LLC
Optimized Process Designs, LLC P.Y.
Group, Inc.
PAX Corrugated Products, Inc.
Performance Roads Design, Inc.
Phoenix Athletic Club LLC Pilar
Singapore Pte. Ltd.
Preferred Returns G/P, LLC
Pro-Tek Medical Limited
Radcliffe Unlevered Ultra Short Duration
    Fund, L.P.
Radial Insight, LLC
Reliable Container Corporation
Reliable Container de Mexico, S.A. de C.V.
Reliable Packaging de Mexico, S.A. de C.V.
Reliable Packaging Products, Inc.
Resinas Concordia S.R.L.
SDP Telecom (Suzhou) Co. Ltd. Sea
Breeze Communication Company SLF
IV Lending Co-Investment, L.P.
Spandler Bros Limited
SPG Holdings LLC Spring
Creek Capital, LLC SRG Global
(Suzhou) Co., Ltd.
SRG Global (XiaoGan) Co. Ltd.
SRG Global Boleslawiec Sp. z o.o.
SRG Global Coatings, Inc.
SRG Global IBI, S.L.
SRG Global Liria, S.L.

SRG Global Mexico S. de R.L. de C.V.

SRG Global Trim, Inc.

TDE, K.K.

The Invironmentalists, LLC

Tomahawk Land Company LLC

Treated Lumber LLC

Trident Private Holdings III, LLC

Truck-Lite Co., LLC

Valenciana De Suministros Y Contratas
      Industriales S.L.

W.J. Reid (Fertilisers) Limited

WC Pipeline Co., L.L.C. Web

Media, LLC

Woodhead Industries, LLC

XRS Mobility LLC

Zhuhai FTZ Oplink Communications, Inc.

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

***EX PARTE* ORDER AUTHORIZING RETENTION AND EMPLOYMENT**
**OF ALEXANDER RICKS PLLC AS LOCAL CO-COUNSEL**
**FOR THE FUTURE CLAIMANTS' REPRESENTATIVE**

Upon the motion of Sander L. Esserman, the legal representative (the "Future

Claimants' Representative") for future asbestos claimants (the "Future Claimants") for the

issuance and entry of an order to allow the substitution of Alexander Ricks PLLC ("Alexander

Ricks") as his North Carolina counsel in this bankruptcy case in the place, and instead of, Hull &

Chandler, P.A. ("Hull & Chandler") effective as of February 1, 2021; and upon the Declaration

of Felton E. Parrish, a member of Alexander Ricks (the "Parrish Declaration"); and the Court

being satisfied that (i) Alexander Ricks does not represent any interest adverse to the above-

captioned debtor and debtor-in-possession (the "Debtor") or its estate, (ii) Alexander Ricks is a

"disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

(iii) the retention and employment of Alexander Ricks is necessary and would be in the best

interests of the Debtor, its estate and creditors as well as in the best interest for the Future

Claimants' Representative and of the Future Claimants; and after due deliberation and sufficient

cause appearing therefor; it is hereby

ORDERED, that the Application is hereby granted and approved; and it is further

ORDERED, that in accordance with sections 105(a), 524(g) and 1103 of the

Bankruptcy Code and Bankruptcy Rule 2014, the Future Claimants' Representative is authorized

and empowered to retain and employ Alexander Ricks as North Carolina counsel to represent

him in this case effective as of February 1, 2021; and it is further

ORDERED, that Alexander Ricks shall be compensated in such amounts as may

be allowed by this Court upon the filing of appropriate applications for allowance of interim or

final compensation in accordance with the procedures set forth in sections 330 and 331 of the

Bankruptcy Code, the Bankruptcy Rules, the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 132] (the

"Interim Compensation Order"), and any further order entered by this Court establishing

procedures for interim compensation and reimbursement of expenses of professionals; and it is

further,

ORDERED, that pursuant to Local Rule 9013-1(f), any party shall be entitled to

request a hearing or request that the Court reconsider entry of this Order by filing a motion for

reconsideration within fourteen (14) days of service of this Order.

This Order has been signed electronically.  The                    United States Bankruptcy Court
judge's signature and court's seal appear at the top of
the Order.