**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br>                Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |

**NOTICE OF FILING OF BESTWALL SETTLEMENT FACILITY
QUARTERLY ASBESTOS CLAIMS REPORT
FOR THE PERIOD OF DECEMBER 9, 2020 THROUGH DECEMBER 31, 2020**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  On September 25, 2020, the Bankruptcy Court entered its *Order Authorizing the Debtor to Establish a Qualified Settlement Fund for Payment of Asbestos Claims* [Docket No. 1398] (the "Order") and authorized the Debtor to enter into that certain Bestwall Settlement Facility Agreement (the "Bestwall Settlement Facility Agreement")[2] by and among the Debtor, Georgia-Pacific LLC, and U.S. Bank National Association, as trustee (the "Trustee").

2.  In accordance with Section 3.2(b)(ii) and (c) of the Bestwall Settlement Facility Agreement, the Trustee hereby submits a report summarizing the number and amount of payments in respect of Asbestos Claims, classified by disease type, requested from and paid by the Bestwall Settlement Facility, for the period from December 9, 2020 through and including December 31, 2020 (the "Quarterly Asbestos Claims Report"). The Quarterly Asbestos Claims Report is attached as **Exhibit A**.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

[2]  Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Order and the Bestwall Settlement Facility Agreement.

Dated: March 16, 2021

Respectfully submitted,

/s/ RYAN REIMERS
Ryan Reimers (Bar No. 40864)
GREENBERG TRAURIG
8022 Providence Road
Suite 500 #255
Charlotte, NC 28277
Telephone: (704) 790-4711
Email:  reimerr@gtlaw.com

-and-

Peter Kieselbach (*pro hac vice* pending)
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Facsimile: (612) 677-3101
Email:  kieselbachp@gtlaw.com

*Counsel for U.S. Bank National Association, as Trustee*

## **EXHIBIT A**

# BESTWALL SETTLEMENT FACILITY
# QUARTERLY ASBESTOS CLAIMS REPORT
# FOR THE PERIOD OF DECEMBER 9, 2020 THROUGH DECEMBER 31, 2020

| Name of Claimant | Disease Type | Amount Requested from Settlement Facility | Date of Request | Amount Paid from Settlement Facility | Date of Payment |
|---|---|---|---|---|---|
| **No claims were requested or paid during this period.** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |