# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**       **BESTWALL LLC**

**CASE NO:**   **17-31795**

**Reporting Period:**

      **FROM:**   February 1, 2021 _____

      **TO:**   February 28, 2021 _____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of 52 pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: March 30, 2021 _____   _/s/ Michele Wortmann_____
                                Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of 52 pages and, based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate and complete to the best of my knowledge and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: March 30, 2021 _____   _/s/ Jeffrey B. Ellman_____
                                Attorney for Debtor

**NARRATIVE ON PROGRESS OF CASE:**

On November 2, 2017 (the "Petition Date"), Bestwall LLC (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is continuing to operate its business as a debtor in possession.

On the Petition Date, the Debtor commenced an adversary proceeding [Adv. Pro. No. 17-03105 (LTB)] (the "2017 Adversary Proceeding") in which the Debtor filed a motion [2017 Adv. Pro. Dkt. 2] (the "PI Motion") seeking, among other things, injunctive and declaratory relief prohibiting and enjoining the filing or prosecution of asbestos-related claims against affiliates of the Debtor. On July 29, 2019, the Court entered a memorandum opinion and order granting the PI Motion [2017 Adv. Pro. Dkt. 164] (the "PI Order"). On January 31, 2020, in response to a motion to reconsider and amend the PI Order filed by the official committee of asbestos claimants (the "Asbestos Committee") [2017 Adv. Pro.

NAI-1517143587

Dkt. 166], the Court entered an order [2017 Adv. Pro. Dkt. 190] (together with the PI Order, the "Injunction Orders") clarifying the PI Order. On February 14, 2020, the Asbestos Committee and the legal representative for future asbestos claimants (the "Future Claimants' Representative") each filed an appeal of the Injunction Orders to the District Court for the Western District of North Carolina (the "District Court") [Dist. Crt. Nos. 20-00103, 20-00105]. This matter has been fully briefed by the parties and is awaiting a decision of the District Court.

On August 15, 2018, the Asbestos Committee filed a motion to dismiss the Debtor's chapter 11 case or, alternatively, to transfer venue [Dkt. 495] (the "First Dismissal Motion"). On July 29, 2019, the Court entered a memorandum opinion and order denying the First Dismissal Motion [Dkt. 891] (the "Dismissal Denial Order"). On August 12, 2019, the Asbestos Committee filed a notice of appeal of that order to the District Court [Dkt. 917] [Dist. Crt. No. 19-00396] and a motion for leave to appeal the Dismissal Denial Order [Dkts. 918, 919] (the "Dismissal Motion for Leave"). On December 2, 2019, the Debtor and the Debtor's non-debtor affiliate, Georgia-Pacific LLC ("New GP") filed oppositions to the Dismissal Motion for Leave with the District Court [District Court Dkts. 9, 10]. The Dismissal Motion for Leave remains pending before the District Court.

To assist in settlement efforts and the formulation and confirmation of a chapter 11 plan, the Debtor filed a motion [Dkt. 875] (the "Estimation Motion") on June 19, 2019 for entry of an order, pursuant to section 502(c) of the Bankruptcy Code, authorizing an aggregate estimation of the Debtor's legal liability for current and future asbestos mesothelioma claims based on alleged exposures to joint compound products (the "Estimation Proceeding"). After a hearing on September 19, 2019 and without ruling on the Estimation Motion, the Court referred the parties to mediation, which concluded without a settlement in April 2020. Thereafter, a further hearing on the Estimation Motion was held on September 23, 2020. Following oral argument by the parties, the Court continued the hearing on the Estimation Motion to October 22, 2020, at which hearing the Court issued an oral ruling granting the Estimation Motion. On January 19, 2021, the Court entered an order memorializing its oral ruling and authorizing the estimation of current and future mesothelioma claims as defined in the order [Dkt. 1577]. Subsequently, the parties agreed to a form of case management order with regard to the Estimation Proceeding, which was discussed with the Court after the reporting period at a status conference on March 29, 2021. The parties further have agreed that the Estimation Proceeding would commence in the second quarter of 2022 and are discussing potential hearing dates, subject to the approval of the Court.

On July 22, 2020, the Asbestos Committee and the Future Claimants' Representative filed an amended plan of reorganization [Dkt. 1219] (the "ACC/FCR Plan") and a disclosure statement for the ACC/FCR Plan [Dkt. 1220] (the "ACC/FCR Disclosure Statement"). On July 31, 2020, the Asbestos Committee and the Future Claimants' Representative filed a motion [Dkt. 1247] (the "Solicitation Motion") seeking the Court's approval of the ACC/FCR Disclosure Statement and their proposed procedures for soliciting the ACC/FCR Plan. After hearings held on September 25, 2020 and October 22, 2020, the Court continued the hearings on the ACC/FCR Disclosure Statement and the Solicitation Motion to November 18, 2021, the last scheduled omnibus hearing in 2021, but with the understanding that the hearing would be further continued so that it would take place after the conclusion of the Estimation Proceeding.

On August 12, 2020, the Debtor filed an amended plan of reorganization, along with certain exhibits thereto [Dkts. 1274, 1284] (the "Debtor's Plan"). The Debtor's Plan provides for $1 billion to fund a

section 524(g) trust for the benefit of asbestos claimants. On December 7, 2020, the Debtor established and funded a $1 billion trust to serve as a qualified settlement fund for payment of pending and future asbestos-related claims, as authorized by Court order [Dkt. 1398].

On July 30, 2020, the Asbestos Committee and the Future Claimants' Representative filed a motion [Dkt. 1234] seeking to direct New GP to produce certain documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The hearing on that motion was continued several times as the parties worked to resolve the issues raised by the motion. On March 18, 2021, after the close of the reporting period, the parties reported the consensual resolution of this matter to the Court.

On July 30, 2020, the Debtor filed motions pursuant to Bankruptcy Rule 2004 seeking orders (a) requiring the submission of personal injury questionnaires by all current mesothelioma claimants [Dkts. 1236, 1246] (together, the "PIQ Motion") and (b) authorizing discovery from certain asbestos bankruptcy trusts with respect to certain mesothelioma claimants [Dkts. 1237-1239, 1241] (collectively, the "Trust Discovery Motion" and, together with the PIQ Motion, the "Debtor's Discovery Motions"). On December 11, 2020, the Asbestos Committee [Dkt. 1511], the Future Claimants' Representative [Dkts. 1509, 1510] and counsel to certain asbestos claimants [Dkt. 1507] filed supplemental briefs in opposition to the Debtor's Discovery Motions. The United States Department of Justice filed a statement of interest regarding the importance of discovery and transparency in asbestos litigation, and in support of the Debtor's Discovery Motions, on December 28, 2020 [Dkt. 1557]. The Asbestos Committee filed a response to that statement on January 20, 2021 [Dkt. 1581]. On January 8, 2021, the Debtor filed a supplemental reply in support of the Debtor's Discovery Motions [Dkt. 1565]. The Debtor's Discovery Motions were heard on January 21, 2021. At a subsequent hearing on March 4, 2021, the Court issued an oral ruling granting the Debtor's Discovery Motions. On March 23, 2021, the Court entered an order granting the PIQ Motion [Dkt. 1670]. On March 24, 2021, the Court entered an order granting the Trust Discovery Motion [Dkt. 1672].

On November 12 and 13, 2020, the Asbestos Committee filed four motions seeking to limit the Debtor's ability to present its estimation case (the "Estimation Limiting Motions"): (a) a motion to establish the methodology for estimating the Debtor's liabilities using only the Debtor's historical settlement amounts [Dkt. 1449] (the "Estimation Methodology Motion"), including as an exhibit a declaration of Mark A. Peterson (the "Peterson Declaration"); (b) a motion to limit the estimation to claims filed and resolved in the five years immediately prior to the Petition Date [Dkt. 1450] (the "Look-Back Motion"); (c) a motion to prohibit the Debtor from presenting expert testimony on medical science in the Estimation Proceeding [Dkt. 1451] (the "Medical-Science Motion"); and (d) a motion to block the Debtor from pursuing discovery regarding trust claims submitted by claimants whose claims were settled by the Debtor as part of aggregate group settlement agreements [Dkt. 1452] (the "Group Settlement Motion"). The Future Claimants' Representative filed summary joinders to the Estimation Limiting Motions on December 11, 2020 [Dkts. 1503-1506]. Certain non-party asbestos trusts also filed a joinder to the Group Settlement Motion on December 22, 2020 [Dkt. 1549].

On December 22, 2020, the Debtor filed an omnibus objection to the Estimation Limiting Motions [Dkt. 1551]. On December 29, 2020, a deposition of Dr. Peterson was conducted by the Debtor, and on January 6, 2021, the Debtor filed a supplemental omnibus objection to the Estimation Limiting Motions based on the information obtained in that deposition [Dkt. 1564]. The Asbestos Committee filed a reply

to the Estimation Limiting Motions on January 18, 2021 [Dkt. 1573]. Oral argument on the Estimation Limiting Motions was conducted at a hearing on January 22, 2021.

On January 29, 2021, the Future Claimants' Representative [Dkt. 1613], the Asbestos Committee [Dkt. 1614] and certain asbestos trusts [Dkt. 1612] filed post-hearing briefs regarding the Debtor's Discovery Motions and the Estimation Limiting Motions. The Debtor also filed a supplemental brief [Dkt. 1615]. The asbestos trusts wrote a letter to the Court [Dkt. 1616] on February 1, 2021 responding to the Debtor's supplemental brief, and the Debtor filed a response to the letter [Dkt. 1622] on February 3, 2021. At a hearing on March 4, 2021, after the close of the reporting period, the Court issued an oral ruling denying the Estimation Limiting Motions. Specifically, the Court denied the Estimation Methodology Motion, the Look-Back Motion and the Medical-Science Motion without prejudice, and the Group Settlement Motion was denied with prejudice. The Court memorialized its rulings on the Estimation Limiting Motions in orders entered on March 19, 2021, after the close of the reporting period [Dkts. 1659-1662].

On July 29, 2020, the Asbestos Committee and the Future Claimants' Representative commenced an adversary proceeding by filing a complaint against the Debtor and certain of its non-debtor affiliates [Adv. Pro. No. 20-03049 (LTB)] (the "2020 Adversary Proceeding"). The complaint seeks (a) certain declaratory relief relating to the Funding Agreement and (b) reformation of the Funding Agreement to include certain proposed terms (and financial accommodations from the non-debtor defendants). On October 14, 2020, the defendants filed motions to dismiss the 2020 Adversary Proceeding complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and briefs in support thereof [Adv. Pro. Dkts. 20-24]. The hearings on the motions to dismiss originally were scheduled for November 13, 2020, but the parties agreed to continue them to May 19, 2021 pursuant to an amended scheduling order entered by the Court on February 18, 2021 [2020 Adv. Pro. Dkt. 55].

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: 2/1/2021                              AMOUNT: $25,462,387.88

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Interest and Investment Income | $1,140.86 | Inventory Purchased | $0.00 |
| Funding Payment | $1,000,000.00 | Salaries/Wages | $0.00 |
| Service Income | $8,438.87 | Taxes (Total) | $0.00 |
| Rental Income | $19,485.48 | Insurance (Total) | $0.00 |
| Insurance Proceeds | $0.00 | Unsecured Loan Payments | $0.00 |
| Trust Funding | $0.00 | Utilities (Total) | $0.00 |
| | | Rent | $2,704.52 |
| | | Professional Fees | $987,341.35 |
| | | Maintenance/Repair | $0.00 |
| | | OTHER DISBURSEMENTS (List) | |
| | |    Director's Fees | $25,000.00 |
| | |    Trust Funding | $0.00 |
| | |    Service Charges [See Note 2] | $52,721.48 |
| | |    Contractual Payments | $123,719.58 |
| | |    Secondment Costs | $48,933.34 |
| | |    Consulting Fees | $0.00 |
| | |    Quarterly Fees | $0.00 |
| | | Bank Fees | $7,115.30 |
| | | | |
| TOTAL CASH RECEIPTS | $1,029,065.21 | TOTAL DISBURSEMENTS | $1,247,535.57 |

**ENDING CASH POSITION**

DATE:    2/28/2021                              AMOUNT:    $25,243,917.52

*Note 1*:    Amounts above include only the Debtor's cash and exclude all activity (receipts and disbursements) relating to cash held by the Debtor for its non-debtor subsidiaries, GP Industrial Plasters LLC and Industrial Plasters Canada ULC (together, the "Non-Debtor Subsidiaries"), under a cash pooling agreement, as permitted by order of the Court [Dkt. 66] (the "Cash Management Order").    As such, the balances above do not match the attached Bank Statements, with the difference being the cash held for the Non-Debtor Subsidiaries, which totaled $11,482,589.31 as of February 28, 2021.

NAI-1517143587

*Note 2*:  Service charges paid in February 2021 were incurred in connection with services provided in November and December 2020.

NAI-1517143587

# PAYMENTS TO SECURED CREDITORS

X   No Secured Debt

___   No Secured Debt Payments Made During Reporting Period

___   All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | AMOUNT | $0.00 |

# PAYMENTS ON PRE-PETITION DEBT

<u>X</u>    No payments have been made on pre-petition unsecured debt during the reporting period.

____    All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | AMOUNT | $0.00 |

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:    Bank of America, N.A.

Address:    P.O. Box 1091
                   Street and/or P. O. Box Number

   Charlotte                NC              28254
        City               State          Zip Code

Type of Account:
      (i.e., Payroll, Tax, Operating):    Controlled Disbursement

   Account Number (last four digits):    -8947

DATE PERIOD BEGINS:    2/1/2021

   Ending Balance (per the attached
   bank statement for this period)    $0.00

   Outstanding Deposits and Other
   Credits Not On Statement    $0.00

   Outstanding Checks and Other
   Debits Not On Statement    $0.00

   Ending Reconciled Balance*    $0.00

DATE PERIOD ENDS:    2/28/2021

Highest Daily Balance During Above Period:  $0.00

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

NAI-1517143587



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17 31795

133 PEACHTREE ST NE
ATLANTA, GA  30303-1804

📱 Customer service: 1.888.400.9009

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C.  28254-3489

# Your Full Analysis Business Checking

for February 1, 2021 to February 28, 2021          Account number: ███████ 8947

**BESTWALL LLC     DEBTOR IN POSSESSION CASE 17 31795**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2021 | $0.00 | # of deposits/credits: 12 |
| Deposits and other credits | 1,424,564.99 | # of withdrawals/debits: 21 |
| Withdrawals and other debits | -28,378.87 | # of days in cycle: 28 |
| Checks | -1,396,186.12 | Average ledger balance: $0.00 |
| Service fees | -0.00 | |
| **Ending balance on February 28, 2021** | **$0.00** | |

PULL: E  CYCLE: 57  SPEC: O  DELIVERY: P  TYPE:    IMAGE: A  BC: NC

BESTWALL LLC  |  Account # ████ 8947  |  February 1, 2021 to February 28, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

 **Your checking account**

BESTWALL LLC   |   Account #          8947   |   February 1, 2021 to February 28, 2021

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 02/04/21 | ZBA TRANSFER FROM ████████1858 | | 081302042000000 | 285,125.19 |
| 02/05/21 | ZBA TRANSFER FROM ████████1858 | | 081302052000000 | 2,640.00 |
| 02/08/21 | ARP RETURNED CHECK REFER TO MAKER CHECK # 0000401760 PAID DATE 02/04/21 | 0000401760 | 900902080000904 | 237,498.29 |
| 02/08/21 | ARP RETURNED CHECK REFER TO MAKER CHECK # 0000401759 PAID DATE 02/04/21 | 0000401759 | 900902080000903 | 30,805.40 |
| 02/08/21 | ARP RETURNED CHECK REFER TO MAKER CHECK # 0000401755 PAID DATE 02/04/21 | 0000401755 | 900902080000902 | 16,821.50 |
| 02/09/21 | ZBA TRANSFER FROM ████████1858 | | 081302092000000 | 69,914.70 |
| 02/11/21 | ZBA TRANSFER FROM ████████1858 | | 081302112000000 | 289,126.79 |
| 02/16/21 | ZBA TRANSFER FROM ████████1858 | | 081302162000000 | 10,461.44 |
| 02/19/21 | ZBA TRANSFER FROM ████████1858 | | 081302192000000 | 47,661.14 |
| 02/24/21 | ZBA TRANSFER FROM ████████1858 | | 081302242000000 | 332,450.04 |
| 02/25/21 | ZBA TRANSFER FROM ████████1858 | | 081302252000000 | 90,060.50 |
| 02/26/21 | ZBA TRANSFER FROM ████████1858 | | 081302262000000 | 12,000.00 |

**Total deposits and other credits** **$1,424,564.99**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 02/08/21 | ZBA TRANSFER TO ████████1858 | | 081302082000000 | -28,378.87 |

**Total withdrawals and other debits** **-$28,378.87**

BESTWALL LLC  |  Account # ███████ 8947  |  February 1, 2021 to February 28, 2021

# Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|-------:|
| 02/11 | 401732 | 813009892538496 | 51,628.50 |
| 02/09 | 401753* | 813006594014572 | 53,073.45 |
| 02/09 | 401754 | 813005292615615 | 16,841.25 |
| 02/04 | 401755 | 813004892487919 | 16,821.50 |
| 02/05 | 401756 | 813009292176009 | 2,640.00 |
| 02/08 | 401758* | 813008354753881 | 256,746.32 |
| 02/04 | 401759 | 813004892281351 | 30,805.40 |
| 02/04 | 401760 | 813009092635159 | 237,498.29 |
| 02/11 | 401764* | 813009892775657 | 237,498.29 |
| 02/19 | 401765 | 813008792726035 | 47,661.14 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|-------:|
| 02/24 | 401766 | 813004392362318 | 53,597.00 |
| 02/16 | 401767 | 813008154895807 | 10,461.44 |
| 02/25 | 401769* | 813007894867679 | 67,673.25 |
| 02/24 | 401771* | 813009692513549 | 180.00 |
| 02/25 | 401773* | 813009792661727 | 18,992.25 |
| 02/24 | 401774 | 813004392357682 | 277,895.91 |
| 02/24 | 401775 | 813004392304084 | 777.13 |
| 02/25 | 401776 | 813009792514050 | 3,230.00 |
| 02/25 | 401778* | 813009792702080 | 165.00 |
| 02/26 | 401780* | 813008092403773 | 12,000.00 |

**Total checks**          **-$1,396,186.12**
**Total # of checks**          **20**

* *There is a gap in sequential check numbers*

# BANK ACCOUNTS

<div style="border: 2px solid black; padding: 1em;">

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

</div>

Name of Bank:      Bank of America, N.A.

Address:      P.O. Box 1091
              Street and/or P. O. Box Number

              Charlotte              NC              28254
              City              State              Zip Code

Type of Account:
     (i.e., Payroll, Tax, Operating):      Concentration / Operating

     Account Number (last four digits):      -1858

DATE PERIOD BEGINS:      2/1/2021

     Ending Balance (per the attached
     bank statement for this period)      $6,971,852.69

     Outstanding Deposits and Other
     Credits Not On Statement      $0.00

     Outstanding Checks and Other
     Debits Not On Statement      $0.00

     Ending Reconciled Balance*      $6,971,852.69


DATE PERIOD ENDS:      2/28/2021

     Highest Daily Balance During Above Period:  $7,509,778.95

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

NAI-1517143587

*Note 1*:  Amounts above include only the Debtor's cash and exclude all cash held by the Debtor for the Non-Debtor Subsidiaries under a cash pooling agreement, as permitted by the Cash Management Order.  As such, the balance above does not match the attached Bank Statement, with the difference being the cash held for the Non-Debtor Subsidiaries, which totaled $11,482,589.31 as of February 28, 2021.

*Note 2*:  Following the Petition Date, the Debtor invested $2.5 million of the balance of this bank account solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.  As such, this invested amount is listed below as part of a separate investment account.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17 31795

133 PEACHTREE ST NE
ATLANTA, GA  30303-1804

📱  Customer service: 1.888.400.9009

🖊  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C.  28254-3489

# Your Analyzed Business Interest Checking

for February 1, 2021 to February 28, 2021          Account number: ▓▓▓▓ 1858

**BESTWALL LLC      DEBTOR IN POSSESSION CASE 17 31795**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2021 | $18,895,498.71 | # of deposits/credits: 18 |
| Deposits and other credits | 5,778,677.90 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -6,212,619.31 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $20,147,194.62 |
| Service fees | -7,115.30 | |
| **Ending balance on February 28, 2021** | **$18,454,442.00** | |

*Annual Percentage Yield Earned this statement period: 0.18%.*
*Interest Paid Year To Date: $5,852.11.*

PULL: E   CYCLE: 57   SPEC: E   DELIVERY: E   TYPE:    IMAGE: A   BC: NC

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**



<span style="color:#c8102e">**Your checking account**</span>

BESTWALL LLC   |   Account #▅▅▅▅ 1858   |   February 1, 2021 to February 28, 2021

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/01/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302012000000 | 276,307.46 |
| 02/01/21 | WIRE TYPE:BOOK IN DATE:210201 TIME:0510 ET TRN:2021012900400807 SNDR REF:N82TDMT000069 ORIG:GEORGIA-PACIFIC FINANCIAL ID▅▅▅0475 PMT DET:0000000000000933 Feb 21 Mt Holl /y Rent | | 903701290400807 | 19,485.48 |
| 02/02/21 | WIRE TYPE:BOOK IN DATE:210202 TIME:0805 ET TRN:2021020200305967 SNDR REF:N82TDMT000071 ORIG:GEORGIA-PACIFIC FINANCIAL ID▅▅▅0475 PMT DET:0000000000000941 January 2021 B /W Finance  Servicesto GP GYP Inv 01 /21-100-725 | | 903702020305967 | 4,412.69 |
| 02/02/21 | WIRE TYPE:BOOK IN DATE:210202 TIME:0808 ET TRN:2021020200306818 SNDR REF:O37TDMT000015 ORIG:GP INDUSTRIAL PLASTERS LL ID▅▅▅2310 PMT DET:0000000000000943 January 2021 B /W Finance  Servicesto GPIP Inv 0121 / -100-320 | | 903702020306818 | 4,026.18 |
| 02/04/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302042000000 | 968,273.19 |
| 02/08/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302082000000 | 605,496.20 |
| 02/08/21 | ZBA TRANSFER FROM ▅▅▅▅8947 | | 081302082000000 | 28,378.87 |
| 02/10/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302102000000 | 33,095.48 |
| 02/11/21 | WIRE TYPE:BOOK IN DATE:210211 TIME:0915 ET TRN:2021021100226398 SNDR REF:O01TDMT000042 ORIG:GEORGIA-PACIFIC LLC ID▅▅▅4618 PMT DET:000 0000000000971 Feb 21 BW Fund /ing Request | | 903702110226398 | 1,000,000.00 |
| 02/11/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302112000000 | 441,212.04 |
| 02/12/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302122000000 | 546,036.72 |
| 02/16/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302162000000 | 126,677.92 |
| 02/18/21 | ZBA TRANSFER FROM ▅▅▅▅2310 | | 081302182000000 | 436,032.88 |

*continued on the next page*

BESTWALL LLC   |   Account #████████ 1858   |   February 1, 2021 to February 28, 2021

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/19/21 | ZBA TRANSFER FROM █████2310 | | 081302192000000 | 113,978.68 |
| 02/24/21 | ZBA TRANSFER FROM █████2310 | | 081302242000000 | 292,084.66 |
| 02/25/21 | ZBA TRANSFER FROM █████2310 | | 081302252000000 | 85,044.59 |
| 02/26/21 | ZBA TRANSFER FROM █████2310 | | 081302262000000 | 795,434.77 |
| 02/26/21 | Interest Earned | | | 2,700.09 |
| **Total deposits and other credits** | | | | **$5,778,677.90** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/01/21 | WIRE TYPE:BOOK OUT DATE:210201 TIME:0825 ET TRN:2021020100311505 RELATED REF:0000000000000935 BNF:DIANA M KNIGGE ID█████8408 PMT DET:N79ADMT 000011 Q1 2021 Bestwall /Director s FeesReason Q1 2021 Best/wall Director s | | 903702010311505 | -25,000.00 |
| 02/01/21 | WIRE TYPE:BOOK OUT DATE:210201 TIME:0826 ET TRN:2021020100311765 RELATED REF:N79TDMT000016 BNF:GEORGIA-PACIFIC LLC ID█████4618 PMT DET:00 00000000000936 Feb 21 GPC Ren /t | | 903702010311765 | -2,704.52 |
| 02/02/21 | ZBA TRANSFER TO █████2310 | | 081302022000000 | -58,197.71 |
| 02/02/21 | WIRE TYPE:BOOK OUT DATE:210202 TIME:0808 ET TRN:2021020200306736 RELATED REF:N79TDMT000017 BNF:GEORGIA-PACIFIC FINANCIAL ID█████0475 PMT DET:0000000000000942 January 2021 S /econdment to BWInv 0121-384-100 | | 903702020306736 | -9,791.67 |
| 02/03/21 | ZBA TRANSFER TO █████2310 | | 081302032000000 | -68,308.29 |
| 02/04/21 | ZBA TRANSFER TO █████8947 | | 081302042000000 | -285,125.19 |
| 02/05/21 | ZBA TRANSFER TO █████2310 | | 081302052000000 | -83,018.62 |
| 02/05/21 | ZBA TRANSFER TO █████8947 | | 081302052000000 | -2,640.00 |
| 02/09/21 | ZBA TRANSFER TO █████2310 | | 081302092000000 | -298,740.88 |
| 02/09/21 | ZBA TRANSFER TO █████8947 | | 081302092000000 | -69,914.70 |
| 02/11/21 | ZBA TRANSFER TO █████8947 | | 081302112000000 | -289,126.79 |
| 02/11/21 | WIRE TYPE:BOOK OUT DATE:210211 TIME:0922 ET TRN:2021021100232112 RELATED REF:N79TDMT000018 BNF:GEORGIA-PACIFIC LLC ID█████4618 PMT DET:00 00000000000972 Nov Dec 2020 / Legal Services100-28 0 | | 903702110232112 | -52,721.48 |
| 02/16/21 | ZBA TRANSFER TO █████8947 | | 081302162000000 | -10,461.44 |
| 02/17/21 | ZBA TRANSFER TO █████2310 | | 081302172000000 | -293,115.95 |
| 02/19/21 | ZBA TRANSFER TO █████8947 | | 081302192000000 | -47,661.14 |
| 02/22/21 | ZBA TRANSFER TO █████2310 | | 081302222000000 | -138,347.63 |

*continued on the next page*





# Your checking account

BESTWALL LLC  |  Account # ████ 1858  |  February 1, 2021 to February 28, 2021

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/23/21 | ZBA TRANSFER TO ████ 2310 | | 081302232000000 | -4,004,091.09 |
| 02/23/21 | WIRE TYPE:BOOK OUT DATE:210223 TIME:1152 ET TRN:2021022300310741 RELATED REF:N79TDMT000019 BNF:GEORGIA-PACIFIC LLC ID:████ 4618 PMT DET:00 00000000001014 Jan 21 Legal S /econdment 100 280 | | 903702230310741 | -39,141.67 |
| 02/24/21 | ZBA TRANSFER TO ████ 8947 | | 081302242000000 | -332,450.04 |
| 02/25/21 | ZBA TRANSFER TO ████ 8947 | | 081302252000000 | -90,060.50 |
| 02/26/21 | ZBA TRANSFER TO ████ 8947 | | 081302262000000 | -12,000.00 |
| **Total withdrawals and other debits** | | | | **-$6,212,619.31** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 02/16/21 | 01/21 ACCT ANALYSIS FEE | -7,115.30 |
| **Total service fees** | | **-$7,115.30** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

BESTWALL LLC   |   Account # ████ 1858   |   February 1, 2021 to February 28, 2021

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 19,163,587.13 | 02/10 | 19,931,532.68 | 02/19 | 21,895,268.82 |
| 02/02 | 19,104,036.62 | 02/11 | 21,030,896.45 | 02/22 | 21,756,921.19 |
| 02/03 | 19,035,728.33 | 02/12 | 21,576,933.17 | 02/23 | 17,713,688.43 |
| 02/04 | 19,718,876.33 | 02/16 | 21,686,034.35 | 02/24 | 17,673,323.05 |
| 02/05 | 19,633,217.71 | 02/17 | 21,392,918.40 | 02/25 | 17,668,307.14 |
| 02/08 | 20,267,092.78 | 02/18 | 21,828,951.28 | 02/26 | 18,454,442.00 |
| 02/09 | 19,898,437.20 | | | | |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:   <u>Bank of America, N.A.</u>

Address:   <u>P.O. Box 1091</u>
                  Street and/or P. O. Box Number

                  <u>Charlotte</u>            <u>NC</u>          <u>28254</u>
                    City                State        Zip Code

Type of Account:
      (<u>i.e.</u>, Payroll, Tax, Operating):      <u>Segregated</u>

      Account Number (last four digits):   <u>-3199</u>

DATE PERIOD BEGINS:      <u>2/1/2021</u>

      Ending Balance (per the attached
      bank statement for this period)      <u>$3,300.55</u>

      Outstanding Deposits and Other
      Credits Not On Statement      <u>$0.00</u>

      Outstanding Checks and Other
      Debits Not On Statement      <u>$0.00</u>

      Ending Reconciled Balance*      <u>$3,300.55</u>

DATE PERIOD ENDS:      <u>2/28/2021</u>

      Highest Daily Balance During Above Period:  <u>$3,300.55</u>

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested the entire $15 million principal balance of this bank account solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.  As such, this invested amount is listed below as part of a separate investment account.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✏️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 1091
Charlotte, N.C.  28254-3489

BESTWALL LLC
DEBTOR IN POSSESSION CASE 17 31795

133 PEACHTREE ST NE
ATLANTA, GA  30303-1804

# Your Analyzed Business Interest Checking

for February 1, 2021 to February 28, 2021            Account number: ███ 3199

**BESTWALL LLC      DEBTOR IN POSSESSION CASE 17 31795**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2021 | $3,300.11 | # of deposits/credits: 1 |
| Deposits and other credits | 0.44 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 28 |
| Checks | -0.00 | Average ledger balance: $3,300.12 |
| Service fees | -0.00 | |
| **Ending balance on February 28, 2021** | **$3,300.55** | |

*Annual Percentage Yield Earned this statement period: 0.17%.*
*Interest Paid Year To Date: $0.93.*

PULL: E   CYCLE: 57   SPEC: 0   DELIVERY: P   TYPE:    IMAGE: A   BC: NC

BESTWALL LLC | Account # ████ 3199 | February 1 to February 28, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

BESTWALL LLC   |   Account #  ███████ 3199   |   February 1, 2021 to February 28, 2021

# Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/26/21 | Interest Earned | | | 0.44 |
| **Total deposits and other credits** | | | | **$0.44** |

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 3,300.11 | 02/26 | 3,300.55 |

26

BESTWALL LLC   |   Account #▮▮▮▮▮▮ 3199   |   February 1 to February 27, 2020

This page intentionally left blank

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:      Bank of America, N.A.

Address:      P.O. Box 1091
                    Street and/or P. O. Box Number

            Charlotte              NC          28254
                City              State      Zip Code

Type of Account:
        (i.e., Payroll, Tax, Operating):      Money Market – Segregated Account Funds

        Account Number (last four digits):      -3BAY

DATE PERIOD BEGINS:      2/01/2021

        Ending Balance (per the attached
        bank statement for this period)      $15,658,940.77

        Outstanding Deposits and Other
        Credits Not On Statement      $0.00

        Outstanding Checks and Other
        Debits Not On Statement      $0.00

        Ending Reconciled Balance*      $15,658,940.77

DATE PERIOD ENDS:      2/26/2021 [See Note 2]

        Highest Daily Balance During Above Period:  $15,658,940.77

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the
Cash Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested the entire $15 million principal balance of its Segregated Account (account number ending in -3199) in this new money market account, which is invested solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.

*Note 2*:  The statement for this bank account, as provided by Bank of America, N.A., is for the period from February 1, 2021 through only February 26, 2021.

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
_____ -3 BAY

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page* **1** *of* **8**

**Table of Contents**

- Account Summary
  1
- Disclosure Statement
  2
- Cash Balance Summary
  3
- Income and Expense Summary
  3
- Short Term Funds Summary
  4
- Income and Expense Activity
  6
- Portfolio Holdings
  6
- Short Term Fund Activity
  6
- Announcements
  7

**Office Servicing your Account:**
BofAS
BofA Securities, Inc.
540 WEST MADISON ST, 28TH FL
IL4-540-28-01
CHICAGO, IL 60661
For questions please call:
GSO Client Services
800-933-9662

**Registered Representative:**
BofAS
YACOB, ADA
ada.yacob@bofa.com
(Orders not accepted via e-mail)

**BESTWALL LLC**

**133 PEACHTREE ST NE**
**ATLANTA GA 30303-1804**

**Account Summary**

| | | | |
|---|---|---|---|
| **Current Period Ending Value** | | $ 15,658,940.77 | |
| Net Income and Expenses | | $ 133.01 | |
| Portfolio Holdings | Quantity as of 02/26/2021 | **Market Value as of 02/26/2021** | % of Portfolio |
| Short Term Funds | 15,658,940.77 | $ 15,658,940.77 | 100.00 |
| **Total Portfolio Value** | 15,658,940.77 | **$ 15,658,940.77** | |

**SEE PORTFOLIO
HOLDINGS PAGE
FOR MESSAGE
ABOUT AUCTION
RATE SECURITIES**

*Account Statement*



Statement Period:
02/01/2021 to 02/26/2021

Account Number:
-3 BAY

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



## Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are reported in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a complaint, please call 1-888-221-9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. S PC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about S PC can be found by calling SIPC at 202-371-8300 or at www.sipc org. In addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-In-Lending statement or contact the BofAS Margin Department at (980) 386-9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at
http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JlhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at
http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 1-301-590-6500.

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  3  of  8*

**Cash Balance Summary**

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Short Term Fund Purch / Cancelled Redempt | $(133.01) |
| Dividends/Substitute Payments | $ 133.01 |
| Closing Balance | $ 0.00 |

**Income and Expense Summary**

The Income Summary data is prepared for informational purposes only. Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors. Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-To-Date | Total Income Month-To-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $ 133.01 | $ 0.00 | $ 133.01 | $ 133.01 | $ 0.00 | $ 133.01 |
| **Total Income and Expenses** | **$ 133.01** | **$ 0.00** | **$ 133.01** | **$ 133.01** | **$ 0.00** | **$ 133.01** |

Account Statement

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
**▬▬▬▬-3 BAY**

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page **4** of **8***

**Short Term Funds Summary**

**STATE STREET INSTI TREASURY FD PREMIER C**

**30 Day Yield   0.010**

| Account Summary | Quantity |
|---|---|
| Ending Balance Prior Period | 15,658,807.76 |
| Purchases / Cancelled Redemptions | 133.01 |
| **Ending Share Balance Current Period** | **15,658,940.77** |

| Income Summary | Cash |
|---|---|
| Dividends Paid and/or Reinvested | $ 133.01 |
| Accrued Dividends Payable | $ 120.14 |

Account Statement

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
[REDACTED]-3 BAY

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page* **5** *of* **8**

**Short Term Funds Transaction Summary**

**STATE STREET INSTI TREASURY FD PREMIER C**

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments / Distributions | Quantity |
|------|-------|--------------|---------------|-------------|--------------|-----------------------------------|----------|
| 02/01/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 4.29 | 133.01  Purchase | $ 133.01 | 15,658,940.77 |
| 02/02/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 8.58 | | | 15,658,940.77 |
| 02/03/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 12.87 | | | 15,658,940.77 |
| 02/04/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 17.16 | | | 15,658,940.77 |
| 02/05/2021 | 0.010 | 0 000000274 | $ 12.87 | $ 30.03 | | | 15,658,940.77 |
| 02/06/2021 | 0.010 | 0 000000274 | | | | | |
| 02/07/2021 | 0.010 | 0 000000274 | | | | | |
| 02/08/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 34.32 | | | 15,658,940.77 |
| 02/09/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 38.61 | | | 15,658,940.77 |
| 02/10/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 42.91 | | | 15,658,940.77 |
| 02/11/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 47.20 | | | 15,658,940.77 |
| 02/12/2021 | 0.010 | 0 000000274 | $ 17.16 | $ 64.36 | | | 15,658,940.77 |
| 02/13/2021 | 0.010 | 0 000000274 | | | | | |
| 02/14/2021 | 0.010 | 0 000000274 | | | | | |
| 02/15/2021 | 0.010 | 0 000000274 | | | | | |
| 02/16/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 68.65 | | | 15,658,940.77 |
| 02/17/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 72.94 | | | 15,658,940.77 |
| 02/18/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 77.23 | | | 15,658,940.77 |
| 02/19/2021 | 0.010 | 0 000000274 | $ 12.87 | $ 90.10 | | | 15,658,940.77 |
| 02/20/2021 | 0.010 | 0 000000274 | | | | | |
| 02/21/2021 | 0.010 | 0 000000274 | | | | | |
| 02/22/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 94.39 | | | 15,658,940.77 |
| 02/23/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 98.68 | | | 15,658,940.77 |
| 02/24/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 102.97 | | | 15,658,940.77 |
| 02/25/2021 | 0.010 | 0 000000274 | $ 4.29 | $ 107.26 | | | 15,658,940.77 |
| 02/26/2021 | 0.010 | 0 000000274 | $ 12.87 | $ 120.14 | | | 15,658,940.77 |

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page* **6** *of* **8**

**Portfolio Holdings**

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATIONOF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofAS RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| **Short Term Funds** | | | | | | | | |
| STATE STREET INSTI TREASURY FD PREMIER CLASS | TRIXX 857492888 | Cash | | 15,658,940.77 | 1.00 | $ 15,658,940.77 | | 100.00 |
| **Total Short Term Funds** | | | | **15,658,940.77** | | **$ 15,658,940.77** | | |
| **Total Priced Portfolio** | | | | **15,658,940.77** | | **$ 15,658,940.77** | | |

**Short Term Fund Activity**

| Description | Symbol / CUSIP | Date | Transaction | Type | Quantity | Price | (Debit)/Credit |
|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD PREMIER CLASS MONTHLY DIVIDEND REINVESTED | TRIXX 857492888 | 02/01/2021 | Reinvest | Cash | 133.01 | 0.00 | $(133.01) |
| **Total Short Term Fund Activity** | | | | | | | **(133.01)** |

**Income and Expense Activity**

| Description | Symbol / CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD PREMIER CLASS MONTHLY DIVIDEND | TRIXX 857492888 | 02/01/2021 | Dividend | Cash | $ 0.00 | $ 133.01 | $ 0.00 | $ 133.01 |
| **Total Income and Expense Activity** | | | | | **$ 0.00** | **$ 133.01** | **$ 0.00** | **$ 133.01** |

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  **7** of **8***

**Announcements**

**USA PATRIOT ACT DISCLOSURE**

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications,
Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position
causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at:

**http://www.dtcc.com/~/media/Files/Downloads/client-center/DTC/DTC_Issues_Subject_To_Certifications.ashx**

ATTENTION GLIS CLIENTS
Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

Should you have questions regarding this statement, please contact Client Services at 1.800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
██████**-3 BAY**

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  **8**  of  **8***

**Announcements**  continued

**SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES**

GLIS offers several different share classes of the money market funds that it sells, each having a different level of
distribution or servicing fee ("Servicing Fees").  The Servicing Fees are paid out of fund assets, resulting in lower
returns for investors.  Generally, GLIS receives greater compensation for selling share classes with higher Servicing
Fees.  GLIS believes that different levels of compensation are appropriate because different customers may expect
different levels of service or may cost more to service than others.  GLIS has therefore developed a set of criteria to
help determine which share class should be offered to a particular customer.  The criteria are based on the customer's
expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or
lower level of service by GLIS.  For more information on this practice, please consult your GLIS sales representative or
visit our web site at
https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.

Account Statement

37

**End of Statement**

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:     Bank of America, N.A.

Address:     P.O. Box 1091
  Street and/or P. O. Box Number

  Charlotte          NC          28254
  City          State          Zip Code

Type of Account:
  (i.e., Payroll, Tax, Operating):     Money Market – Concentration Account Funds

  Account Number (last four digits):     -3BAY

DATE PERIOD BEGINS:     2/01/2021

  Ending Balance (per the attached
  bank statement for this period)     $2,609,823.51

  Outstanding Deposits and Other
  Credits Not On Statement     $0.00

  Outstanding Checks and Other
  Debits Not On Statement     $0.00

  Ending Reconciled Balance*     $2,609,823.51

DATE PERIOD ENDS:     2/26/2021 [See Note 2]

  Highest Daily Balance During Above Period:  $2,609,823.51

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

*Note 1*:  Following the Petition Date, the Debtor invested $2.5 million of its Concentration / Operating Account (account number ending in -1858) in this new money market account, which is invested solely in investment vehicles utilizing instruments backed by the full faith and credit of the United States, as provided in the Cash Management Order.

*Note 2*:  The statement for this bank account, as provided by Bank of America, N.A., is for the period from February 1, 2021 through only February 26, 2021.

NAI-1517143587

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
████████ **-3 BAY**

**Table of Contents**

- Account Summary
   1
- Disclosure Statement
   2
- Cash Balance Summary
   3
- Income and Expense Summary
   3
- Short Term Funds Summary
   4
- Income and Expense Activity
   6
- Portfolio Holdings
   6
- Short Term Fund Activity
   6
- Announcements
   7

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  1  of  8*

**Office Servicing your Account:**
BofAS
BofA Securities, Inc.
540 WEST MADISON ST, 28TH FL
IL4-540-28-01
CHICAGO, IL 60661
For questions please call:
GSO Client Services
800-933-9662

**Registered Representative:**
BofAS
YACOB, ADA
ada.yacob@bofa.com
(Orders not accepted via e-mail)

**BESTWALL LLC**

**133 PEACHTREE ST NE
ATLANTA GA 30303-1804**

**Account Summary**

| **Current Period Ending Value** | | $ 2,609,823.51 | |
|---|---|---|---|
| Net Income and Expenses | | $ 22.17 | |
| Portfolio Holdings | Quantity as of 02/26/2021 | **Market Value as of 02/26/2021** | % of Portfolio |
| Short Term Funds | 2,609,823.51 | $ 2,609,823.51 | 100.00 |
| **Total Portfolio Value** | 2,609,823.51 | **$ 2,609,823.51** | |

SEE PORTFOLIO
HOLDINGS PAGE
FOR MESSAGE
ABOUT AUCTION
RATE SECURITIES

Account Statement



**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



## Disclosure Statement

**GENERAL** - "Bank of America" and "BofA Securities" are the marketing names used by the Global Banking and Global Markets divisions of Bank of America Corporation. Lending, other commercial banking activities, and trading in certain financial instruments are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Trading in securities and financial instruments, and strategic advisory, and other investment banking activities, are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc. and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured • May Lose Value • Are Not Bank Guaranteed. © Bank of America Corporation. All rights reserved.

Securities transactions are reported in your account on the settlement date shown on the confirmation for such transactions (except in the case of cancellations or corrections where processing dates are used). Cash received or paid and securities received or delivered are shown as of the date of the activity. Securities transactions having trade dates on or before, but settlement dates after, the date of this statement will appear on your next statement.

Securities purchased for or sold to you may be hypothecated under circumstances that permit the commingling thereof with other customer securities. Please advise BofA Securities, Inc. ("BofAS") promptly in writing of any material change in your investment objectives or financial situation. If you are a customer of BofAS and have a complaint, please call 1-888-221-9276 or notify us in writing at BofA Securities, Inc., Bank of America Tower, One Bryant Park, Mail Code NY1-100-17-01, New York, NY 10036.

**DISCLOSURES** - BofAS is a subsidiary of Bank of America Corporation, the parent company of several banking institutions. BofAS is a registered broker-dealer with the Securities and Exchange Commission, and is a member of the New York Stock Exchange and the Securities Investor Protection Corporation ("SIPC"). From time to time, one or more affiliates of BofAS may lend to one or more issuers whose securities are underwritten, dealt in, or placed by BofAS. You are referred to the relevant prospectus, offering statement or other disclosure document for material information relating to any such lending relationship and whether the proceeds of an issue will be used to repay any such loans. BofAS may also from time to time participate in a primary or secondary distribution of the securities offered or sold to you by it. Further, BofAS may act as a financial advisor to an issuer whose securities may be sold to you by it. With respect to transactions effected in shares of any money market fund and any other transactions listed in Rule 10b-10(b)(1) of the Securities and Exchange Act of 1934 (the "Exchange Act"), this statement is being provided to you in lieu of an immediate confirmation in accordance with Rule 10b-10 of the Exchange Act.

**SECURITY INTEREST** - BofAS shall have a continuing security interest in all securities, funds and other assets now and hereafter held or carried by BofAS in your account(s), including any property in transit or held by others on behalf of BofAS, and all proceeds thereof, as collateral security for the payment and performance by you of all your obligations to BofAS now existing or hereafter arising and whether arising under your securities accounts or any other agreement between you and BofAS, together with all costs and expenses of BofAS in connection therewith (the "Obligations"). If you fail to perform any Obligation or if you are in default on any agreement between us, BofAS may cancel any transaction or may, in a private or a public sale, sell out or buy in the securities shown in this statement, holding you liable for any loss incurred. BofAS shall have, in addition to the rights provided herein or by other applicable law, all the rights and remedies provided to a secured party under the Uniform Commercial Code in the State of New York.

**SECURITIES PROTECTION** - BofAS is a member of SIPC, through which customer accounts are protected in the event of BofAS's financial failure. S PC is responsible for making up any shortfall in client assets that a broker-dealer was required to maintain up to a maximum of $500,000 per client, including up to $250,000 for cash. Further information about S PC can be found by calling SIPC at 202-371-8300 or at www.sipc org. In addition, BofAS has obtained private insurance coverage from Lloyd's of London to provide additional protection beyond that which SIPC may cover. This "excess SIPC" coverage provides up to $1.9 million for cash for each client, subject to an aggregate of $1 billion for all customer claims. Neither SIPC nor the additional coverage is the same as or a substitute for FDIC deposit insurance, and they do not protect against declines in the market value of your securities.

**FREE CREDIT BALANCES** - Securities held in segregation for your account by BofAS or held by a securities depository, are commingled with the same securities being held for other clients. Your ownership of these securities is reflected on our records. Free credit balances and fully paid for securities are available to you on request. Free credit balances are not segregated and may be used by BofAS to the extent permitted by Federal regulations.

**MARGIN ACCOUNTS** - You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory margin requirements. Any market increases and/or decreases will be marked-to-market on the basis of the daily closing price. If this is a margin account, this statement may be a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request. For detailed information on BofAS's truth in lending practices, margin calculations, interest rates or charges, refer to your copy of the Account Agreement and Truth-In-Lending statement or contact the BofAS Margin Department at (980) 386-9666. This statement should be retained as it may contain information to enable you to verify interest charges, if any, that may appear on subsequent statements.

**OPTION ACCOUNTS** - Special rules govern the operations of option accounts. You should carefully read those rules and understand them before opening an option account. A summary of this information is available upon request. Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly upon request.

**SHORT ACCOUNT BALANCES** - If you have sold securities which you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions into your short account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases or decreases will be transferred to your margin account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

**CALLABLE SECURITIES** - Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients.

**INTEREST, DIVIDENDS, SALE PROCEEDS** - Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. BofAS is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account. Dividends and interest payments may be subject to country specific withholding taxes.

**PAYMENT FOR ORDER FLOW POLICY** - BofAS's policy is not to accept remuneration for directing orders to particular brokers/dealers or market centers for execution.

**PRICE/VALUATION/ESTIMATED FIGURES** - Securities positions and/or foreign currency are valued at or about the close of the statement period if prices/ foreign exchange rates are available from reference sources deemed reliable. The month-end valuations of your portfolio are for guidance only and do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, particularly in the case of inactively or infrequently traded securities. BofAS cannot guarantee the accuracy of such information. Contact your Account Representative to obtain current quotations or if you have questions regarding statement account valuations.

**ERRORS AND OMISSIONS** - Please report to us promptly, if you believe that there is any inaccuracy, discrepancy, error or omission in any transaction or balance reflected on this statement. Be advised that any oral report should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA). In addition, if your account is serviced by both an introducing and clearing firm, written reports should be made to both firms.

**FINANCIAL STATEMENT** - A financial statement of BofAS is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request. A copy is available to you online at
http://investor.bankofamerica.com/financial-information/subsidiary-and-country-disclosures#fbid=JIhpOt5nTnt .
A Bank of America Corporation (BAC) financial statement is available online at
http://investor.bankofamerica.com/phoenix.zhtml?c=71595&p=irol-sec .

**PROXY DISCLOSURES** - Any attempt to vote securities will be void to the extent that such securities are not in the possession or control of BofAS, including (i) securities not yet delivered to BofAS, (ii) securities purchased and not paid for by settlement date, and (iii) securities that BofAS has hypothecated, re-hypothecated, pledged, re-pledged, sold, lent or otherwise transferred. Please be advised that for the purpose of proxy voting, customers will not be notified that the securities are not in BofAS's possession or control. Furthermore, BofAS will not notify customers that a vote was void.

A FINRA brochure describing the FINRA Public Disclosure Program is available on the Internet at http://www.finra.org or by contacting FINRA directly at 1-301-590-6500.

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  3  of  8*

**Cash Balance Summary**

| Description | Cash Balance |
|---|---|
| Opening Balance | $ 0.00 |
| Short Term Fund Purch / Cancelled Redempt | $(22.17) |
| Dividends/Substitute Payments | $ 22.17 |
| Closing Balance | $ 0.00 |

**Income and Expense Summary**

The Income Summary data is prepared for informational purposes only.  Income on securities and short term funds that are not taxable to foreign investors will appear in the "Reportable" columns of the Income Summary section because the income is reportable for U.S. investors.  Foreign investors should consult with their tax advisors to determine whether this income is taxable to them.

| Description | Reportable Month-to-Date | Non-Reportable Month-To-Date | Total Income Month-To-Date | Reportable Year-To-Date | Non-Reportable Year-To-Date | Total Income Year-To-Date |
|---|---|---|---|---|---|---|
| Non-Qualifying Dividends | $ 22.17 | $ 0.00 | $ 22.17 | $ 22.17 | $ 0.00 | $ 22.17 |
| **Total Income and Expenses** | **$ 22.17** | **$ 0.00** | **$ 22.17** | **$ 22.17** | **$ 0.00** | **$ 22.17** |

Account Statement

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page **4** of **8***

**Short Term Funds Summary**

**STATE STREET INSTI TREASURY FD PREMIER C**                    **30 Day Yield  0.010**

| Account Summary | Quantity |
|---|---|
| Ending Balance Prior Period | 2,609,801.34 |
| Purchases / Cancelled Redemptions | 22.17 |
| **Ending Share Balance Current Period** | **2,609,823.51** |

| Income Summary | Cash |
|---|---|
| Dividends Paid and/or Reinvested | $ 22.17 |
| Accrued Dividends Payable | $ 20.02 |

Account Statement

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
███████-3 BAY

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701

*Page* **5** *of* **8**

**Short Term Funds Transaction Summary**

**STATE STREET INSTI TREASURY FD PREMIER C**

| Date | Yield | Daily Factor | Daily Accrual | MTD Accrual | Transactions | Dividend Payments / Distributions | Quantity |
|------|-------|--------------|---------------|-------------|--------------|-----------------------------------|----------|
| 02/01/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 0.72 | 22.17 Purchase | $ 22.17 | 2,609,823.51 |
| 02/02/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 1.43 | | | 2,609,823.51 |
| 02/03/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 2.15 | | | 2,609,823.51 |
| 02/04/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 2.86 | | | 2,609,823.51 |
| 02/05/2021 | 0.010 | 0 000000274 | $ 2.15 | $ 5.01 | | | 2,609,823.51 |
| 02/06/2021 | 0.010 | 0 000000274 | | | | | |
| 02/07/2021 | 0.010 | 0 000000274 | | | | | |
| 02/08/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 5.72 | | | 2,609,823.51 |
| 02/09/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 6.44 | | | 2,609,823.51 |
| 02/10/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 7.15 | | | 2,609,823.51 |
| 02/11/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 7.87 | | | 2,609,823.51 |
| 02/12/2021 | 0.010 | 0 000000274 | $ 2.86 | $ 10.73 | | | 2,609,823.51 |
| 02/13/2021 | 0.010 | 0 000000274 | | | | | |
| 02/14/2021 | 0.010 | 0 000000274 | | | | | |
| 02/15/2021 | 0.010 | 0 000000274 | | | | | |
| 02/16/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 11.44 | | | 2,609,823.51 |
| 02/17/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 12.16 | | | 2,609,823.51 |
| 02/18/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 12.87 | | | 2,609,823.51 |
| 02/19/2021 | 0.010 | 0 000000274 | $ 2.15 | $ 15.02 | | | 2,609,823.51 |
| 02/20/2021 | 0.010 | 0 000000274 | | | | | |
| 02/21/2021 | 0.010 | 0 000000274 | | | | | |
| 02/22/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 15.73 | | | 2,609,823.51 |
| 02/23/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 16.45 | | | 2,609,823.51 |
| 02/24/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 17.16 | | | 2,609,823.51 |
| 02/25/2021 | 0.010 | 0 000000274 | $ 0.72 | $ 17.88 | | | 2,609,823.51 |
| 02/26/2021 | 0.010 | 0 000000274 | $ 2.15 | $ 20.02 | | | 2,609,823.51 |

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page* **6** *of* **8**

**Portfolio Holdings**

Securities positions held in your account are valued at or about the close of the statement period if prices are available from (internal and external) reference sources deemed reliable. BofA Securities, Inc. has not verified, and is not responsible for the accuracy or completeness of any such information. Security valuations are for informational purposes only and do not necessarily reflect prices at which the security could have been bought or sold. For more detailed values, please call your Account Executive. Call features shown indicate the next quarterly scheduled call date and price. Your holdings may be subject to other redemption features including sinking funds or extraordinary calls. Furthermore, this report is for informational purposes only and has been prepared by us to assist you in the review of your account, and should not be used for tax preparation without the assistance of your tax advisor. If you note any discrepancies, please contact your Account Executive immediately in writing. N/A = Information not applicable or not available at the time of printing. ACCOUNT TYPES: Short = Short Sale, DvP = Deliver Versus Payment, Repo = Repurchase, RevR = Reverse Repurchase, W/H = Backup Withholding.

**PENDING STABILIZATION OF THE AUCTION RATE SECURITIES MARKET, BofA SECURITIES, INC. ("BofAS") HAS CEASED PROVIDING MARKET VALUES AND MARKET PRICE INFORMATION WITH RESPECT TO AUCTION RATE SECURITIES ON CLIENT STATEMENTS. UNTIL BofAS RESUMES PROVIDING THIS INFORMATION, NO VALUE WILL BE GIVEN TO AUCTION RATE SECURITIES IN CALCULATING PORTFOLIO VALUE. THIS RESULTS FROM THE "CLOSING MARKET PRICE" AND "MARKET VALUE" FIELDS BEING INPUT AS "N/A"; IT DOES NOT IMPLY THAT YOUR AUCTION RATE SECURITIES HAVE NO VALUE.**

| Security Description | Symbol/ CUSIP | Type | Maturity Date | Quantity | Closing Market Price | Market Value | Accrued Interest | Portfolio % |
|---|---|---|---|---|---|---|---|---|
| **Short Term Funds** | | | | | | | | |
| STATE STREET INSTI TREASURY FD PREMIER CLASS | TRIXX 857492888 | Cash | | 2,609,823.51 | 1.00 | $ 2,609,823.51 | | 100.00 |
| **Total Short Term Funds** | | | | **2,609,823.51** | | **$ 2,609,823.51** | | |
| **Total Priced Portfolio** | | | | **2,609,823.51** | | **$ 2,609,823.51** | | |

**Short Term Fund Activity**

| Description | Symbol / CUSIP | Date | Transaction | Type | Quantity | Price | (Debit)/Credit |
|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD PREMIER CLASS MONTHLY DIVIDEND REINVESTED | TRIXX 857492888 | 02/01/2021 | Reinvest | Cash | 22.17 | 0.00 | $(22.17) |
| **Total Short Term Fund Activity** | | | | | | | **(22.17)** |

**Income and Expense Activity**

| Description | Symbol / CUSIP | Date | Transaction | Type | Tax Withheld | Reportable | Non-Reportable | Total Income |
|---|---|---|---|---|---|---|---|---|
| STATE STREET INSTI TREASURY FD PREMIER CLASS MONTHLY DIVIDEND | TRIXX 857492888 | 02/01/2021 | Dividend | Cash | $ 0.00 | $ 22.17 | $ 0.00 | $ 22.17 |
| **Total Income and Expense Activity** | | | | | **$ 0.00** | **$ 22.17** | **$ 0.00** | **$ 22.17** |

45

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page **7** of **8***

**Announcements**

**USA PATRIOT ACT DISCLOSURE**

BofAS, like all financial institutions, is required by Federal law to obtain, verify and record information that identifies each customer who opens an account with us. When you open an account with either of us, we will ask for your name, address and government-issued identification number and other information that will allow us to form a reasonable belief as to your identity, such as documents that establish legal status.

**Limits on Foreign Ownership of Certain Communications,
Maritime and Aviation Issues**

Certain laws impose restrictions on foreign ownership of certain communications, maritime, aviation and other specialized businesses. These restrictions limit the foreign ownership of securities in these industries to a percentage of the outstanding shares (these limits are generally expressed as a mandatory percentage of ownership by citizens of the relevant country).

If Bank of America Merrill Lynch is notified that the percentage of foreign ownership for a particular issue exceeds the predetermined limit based on DTC's allocation process, Bank of America Merrill Lynch will identify the last shares purchased by a customer and may need to liquidate the position
causing the overage. Reasonable efforts will be made to contact the affected customer or customers in advance of the liquidation.

A current list of the impacted issues can be found on the Depository Trust Company website at:

**http://www.dtcc.com/~/media/Files/Downloads/client-center/DTC/DTC_Issues_Subject_To_Certifications.ashx**

ATTENTION GLIS CLIENTS
Bank of America is offering corporate and institutional investment clients access to CashPro Invest ("CPI"), our new investment account order entry system. CPI capabilities include money market mutual fund research and other reporting capabilities. You may also enter orders for money market mutual funds and bank liability products, view your investment account activity and positions daily, as well as view and download your monthly statements.

For more information and a demo of CashPro Invest, please contact your licensed investment sales representative.

Should you have questions regarding this statement, please contact Client Services at 1.800.933.9662 between the hours of 8:30 a.m. and 5:30 p.m. ET, or contact your GLIS Investment Representative.

Statement Period:
**02/01/2021 to 02/26/2021**

Account Number:
█████████**-3 BAY**

**BofA Securities, Inc.**
P.O. BOX 2010
LAKEWOOD, NJ 08701



*Page  **8** of **8***

**Announcements**  continued

SOME INFORMATION ABOUT MONEY MARKET FUND SHARE CLASSES

GLIS offers several different share classes of the money market funds that it sells, each having a different level of
distribution or servicing fee ("Servicing Fees").  The Servicing Fees are paid out of fund assets, resulting in lower
returns for investors.  Generally, GLIS receives greater compensation for selling share classes with higher Servicing
Fees.  GLIS believes that different levels of compensation are appropriate because different customers may expect
different levels of service or may cost more to service than others.  GLIS has therefore developed a set of criteria to
help determine which share class should be offered to a particular customer.  The criteria are based on the customer's
expected amount of investment in the fund, as well as other factors that indicate that a customer may require a higher or
lower level of service by GLIS.  For more information on this practice, please consult your GLIS sales representative or
visit our web site at
https://www.bofaml.com/content/dam/boamlimages/documents/PDFs/revenue_sharing_arrangement_with_fund_companies_v2.pdf.

**End of Statement**

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| Diana Knigge | Directors Fee | $25,000.00 |
| | | |
| | | |
| | | |
| | | |

## Non-Insider Employees:

| Type (i.e., Salaried, Wage) | AMOUNT PAID |
|---|---|
| None | $0.00 |
| | |
| | |
| | |

## Commission/Bonus Payments:

| | AMOUNT PAID |
|---|---|
| None | $0.00 |
| | |
| | |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| None | | $0.00 |
| | | |
| | | |

| **Total Salary/Wage/Commission/ Payments** | $25,000.00 |
|---|---|

* "Insider" is defined in 11 U.S.C. § 101(31)

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending as of:   2/28/2021
(Date of Reporting Period)

II.  Sales (Gross) During Reporting Period:   $9,250.00   [See Note 1]

III. Collections of Accounts Receivable
During Reporting Period:   $8,438.87

IV.  New Accounts Receivables Generated
During Reporting Period:   $9,250.00 [See Note 2]

| Pending Pre- & Post-Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $9,250.00 | $9,250.00 | |
| 31-60 DAYS | | | |
| 61-90 DAYS | | | |
| 91-120 DAYS | | | |
| 120 DAYS AND OVER | | | |
| TOTAL | $9,250.00 | $9,250.00 | $0.00 |

*Note 1*:  This amount excludes any income not related to sales, accounts receivable or the operation of the Debtor's business, including interest income and income received under that certain *Second Amended and Restated Funding Agreement*, dated as of November 1, 2017, but effective as of July 31, 2017, between the Debtor and non-debtor affiliate, Georgia-Pacific LLC.

*Note 2*:  The Accounts Receivable days outstanding is shown on an accrual basis as opposed to cash basis based on invoice dates.  The $9,250.00 in accounts receivable relates to accrued finance services provided to non-debtor subsidiary GP Industrial Plasters LLC and non-debtor affiliate Georgia-Pacific Gypsum LLC in February 2021, but not invoiced until March 2021.

NAI-1517143587

# INVENTORY (Cost Basis)

Beginning Date:  2/1/2021 _____        Ending Date:  2/28/2021 _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| None | | | | | |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**\*** Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

NAI-1517143587

# ACCRUED POST-PETITION LIABILITIES

__X__   No accrued liabilities existed at the end of this reporting period.

_____   All accrued liabilities existing at the end of this reporting period are listed below or on the sheet(s) attached.  Exclude current liabilities which are NOT past due.

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities:                                       $0.00

# AFFIRMATIONS

1.     Yes __X__   No _____       All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.     Yes __X__   No _____       All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.     Yes __X__   No _____       All tax returns have been filed timely and payments made.  Copies of returns that have been filed post-petition have been submitted to the Bankruptcy Administrator. [See Note 1]

4.     Yes __X__   No*_____       All post-petition taxes have been paid or deposited into a designated tax account.

5.     Yes _____   No __X__       New Debtor-in-Possession (DIP) bank accounts have been opened and have been reconciled.  [See Note 2]

6.     Yes __X__   No _____       New DIP financial books and records have been opened and are being maintained monthly and are current.


* If the response is "no," a listing must appear on the Accrued Post-Petition Liabilities sheet.  The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

*Note 1*:  The Debtor is treated as a disregarded entity for federal income tax purposes.  As such, the Debtor does not owe or pay federal income taxes and its federal income tax filings are part of a consolidated tax return filed by its ultimate parent company, Koch Industries, Inc.

*Note 2*:  Pursuant to the Cash Management Order, the Debtor was expressly authorized to use, and is continuing to use, its prepetition bank accounts.  Consistent with the *Chapter 11 Operating Order* in this case [Dkt. 78], the Debtor has signed new signature cards for these accounts indicating that the Debtor is a debtor in possession.