**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

**MOTION OF THE OFFICIAL COMMITTEE OF ABESTOS CLAIMANTS OF BESTWALL LLC FOR A STAY PENDING APPEAL OF THE PIQ ORDER**

Appellant The Official Committee of Asbestos Claimants (the "Committee"), by and through its undersigned counsel, hereby respectfully moves the Court, pursuant to Federal Rule of Bankruptcy Procedure 8007(a)(1), to stay (the "Motion") the *Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses* [Dkt. No. 1670] entered on March 23, 2021 (the "PIQ Order") by this Court, pending resolution of the *Notice of Appeal by the Official Committee of Asbestos Claimants* [Dkt. No. 1706], which is an appeal of the PIQ Order (the "Notice of Appeal"). A copy of the Notice of Appeal is attached hereto as Exhibit B. A copy of the *Motion of the Official Committee of Asbestos Claimants of Bestwall LLC for Leave to Appeal the PIQ Order* [Dkt. No. 1707] (the "Request") is attached hereto as Exhibit C.

The PIQ Order was entered on March 23, 2021. The Notice of Appeal and Motion for Leave were timely filed on April 6, 2021. The reasons for the relief requested by this Motion are set forth in the contemporaneously filed *Memorandum of Law in Support of the Official Committee of Asbestos Claimants' Motion for a Stay Pending Appeal of the PIQ Order* (the "Memorandum"), which is incorporated herein by reference.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

WHEREFORE, for the reasons set forth in the Memorandum, the Committee requests that the Court enter an order substantially in the form attached hereto as Exhibit A, granting the stay pending the Committee's appeal of the PIQ Order, specifically including a stay of all deadlines imposed on the claimants for responding to the Questionnaire contained within the PIQ Order.

Dated:  April 6, 2021
          Charlotte, North Carolina

HAMILTON STEPHENS STEELE
+ MARTIN, PLLC

/s/ Kenneth B. Dantinne
Glenn C. Thompson (Bar No. 37221)
Kenneth B. Dantinne (Bar No. 47677)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
gthompson@lawhssm.com
kdantinne@lawhssm.com

Judy D. Thompson (Bar No. 15617)
Linda W. Simpson (Bar No. 12596)
JD THOMPSON LAW
Post Office Box 33127
Charlotte, North Carolina 28233
Telephone: (828) 489-6578
jdt@jdthompsonlaw.com
lws@jdthompsonlaw.com

Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
ROBINSON & COLE LLP
1000 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
nramsey@rc.com
dwright@rc.com

*Counsel to the Official Committee of Asbestos Claimants of Bestwall LLC*