**MAUNE.RAICHLE.HARTLEY.FRENCH & MUDD, LLC**
David L. Amell, Esq. (State Bar No. 227207)
Sarah E. Gilson, Esq. (State Bar No. 260263)
2000 Powell Street, Suite 400
Emeryville, California 94608
Telephone: (800) 358-5922
Facsimile: (314) 241-4838
damell@mrhfmlaw.com
sgilson@mrhfmlaw.com

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA - COURT OF UNLIMITED JURISDICTION

| | |
|---|---|
| JEFFREY A. WATTS,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHBY LUMBER COMPANY, *et al.*<br><br>    Defendants. | Case No.: RG17873335<br><br>**DECLARATION OF STEVEN J. WATTS PURSUANT TO C.C.P. SECTION 377.32**<br><br>Complaint Filed:   August 29, 2017<br>Trial Date:   October 9, 2018 |

I, Steven J. Watts, declare as follows:

1. The decedent's name is Jeffrey A. Watts.

2. Jeffrey A. Watts died on February 26, 2020 at Fairview, Oregon. Jeffrey A. Watts died from an asbestos-related disease due to his exposure to asbestos.

3. No proceeding is now pending in California for the administration of the decedent's estate.

4. I am the decedent's surviving brother and his successor-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure), and I succeed to his interest in the action.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

1
DECLARATION OF STEVEN J. WATTS PURSUANT TO C.C.P. SECTION 377.32

6. A certified copy of decedent's death certificate is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April _21_, 2020, at Groveland, California.

_____
STEVEN J. WATTS

2

DECLARATION OF STEVEN J. WATTS PURSUANT TO C.C.P. SECTION 377.32

# EXHIBIT A

# OREGON HEALTH AUTHORITY
## CENTER FOR HEALTH STATISTICS
### CERTIFICATE OF DEATH

I.D. TAG NO.: 909702
STATE FILE NUMBER: 136-2020-005044

**Legal Name**
- First: Jeffrey
- Middle: Arthur
- Last: Watts
- Suffix:
- Death Date: February 26, 2020

**Sex:** Male
**Age:** 53 years
**Social Security Number:** ###-##-4839
**County of Death:** Multnomah

**Birthdate:** September 03, 1966
**Birthplace:** Oakland, California
**Was Decedent Ever in U.S. Armed Forces?** No

**Residence:** 1460 NE Village Street
**City/Town:** Fairview
**Residence County:** Multnomah
**State or Foreign Country:** Oregon
**Zip Code + 4:** 97024
**Inside City Limits?** Yes

**Marital Status at Time of Death:** Never married
**Spouse's Name Prior to First Marriage:**

**Father's Name:** Ronald Watts
**Mother's Name Prior to First Marriage:** JoAnn Thorburn

**Informant's Name:** Karen Greenbough
**Telephone Number:** Not Available
**Relationship to Decedent:** Sister-in-law
**Mailing Address:** 123 Williamson Court, Martinez, CA 94553

**Place of Death:** Decedent's Residence - Hospice
**Facility Name:**
**Location of Death:** 1460 NE Village Street
**City/Town or Location of Death:** Fairview
**State:** Oregon
**Zip Code + 4:** 97024

**Method of Disposition:** Dissolution
**Place of Disposition:** Aqua Green Dissolution Eco-Friendly Flameless Cremation
**Location (City/Town and State):** Portland, Oregon

**Name and Complete Address of Funeral Facility:** Threadgill Memorial Services, 4815 SW Jamieson Road, Beaverton, Oregon 97005

**Date of Disposition:** TBD
**Funeral Director's Signature:** Deborah Wardrop-Threadgill (Electronically Signed)
**OR License Number:** FS-0543

**Registrar's Signature:** Jennifer A. Woodward
**Date Received:** March 01, 2020
**Local File Number:**

**Amendment:**

---

**Was case referred to Medical Examiner?** No
**Autopsy?** No
**Were autopsy findings available to complete the cause of death?**
**Time of Death:** 11:50 AM

### CAUSE OF DEATH

**IMMEDIATE CAUSE:**
a. Malignant metastatic mesothelioma of pleura and pericardium
**Approximate Interval: Onset to Death:** 3 years

**Due to (or as a consequence of):**
b.
c.
d.

**Other significant conditions contributing to death:** Costochondritis, Recurrent pleural and pericardial effusions, Peripheral neuropathy, Pericarditis, Bipolar disorder, History of nonsmall lung cell cancer R lung 2005

**Manner of Death:** Natural
**If Female:** Not Applicable
**Did tobacco use contribute to death?** No

**Date of Injury:**
**Time of Injury:**
**Place of Injury:**
**Injury at Work?**
**Location of Injury:**
**Describe how injury occurred:**
**If transportation injury, specify:**

**Name and Address of Certifier:** Carma Jane Lee, 6500 SW Macadam Avenue Ste 160, Portland, Oregon 97239
**Name and Title of Attending Physician if Other than Certifier:**
**Date Signed:** March 01, 2020

**Medical Certifier:** Carma Jane Lee (Electronically Signed)
**Title of Certifier:** M.D.
**License Number:** MD21672

**Amendment:**

---



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

*20200301003*

45-2CC (01/06)

**DATE ISSUED:** March 02, 2020

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE