FILED: November 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-408
(17-31795)

_____

OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF BESTWALL, LLC

      Petitioner

v.

BESTWALL LLC, f/k/a Georgia-Pacific LLC, a Texas limited liability company and a North Carolina limited liabilty company

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Agee with the concurrence of Judge Keenan and Judge Quattlebaum.

      For the Court

      /s/ Patricia S. Connor, Clerk