IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BESTWALL LLC,[1] | : | Case No. 17-31795 (LTB) |
| | : | |
| Debtor. | : | |
| | : | |

**FIFTH MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS
CLAIMANTS TO SUBSTITUTE A COMMITTEE MEMBER**

The Official Committee of Asbestos Claimants of Bestwall LLC (the "Committee") appointed on November 16, 2017 (the "Appointment Date"), in the above-captioned chapter 11 case of Bestwall LLC (the "Debtor"), hereby moves (the "Motion") this Court to appoint Paul Tice as substitute Committee member for Linda Hofferber, who has passed away. In further support of this Motion, the Committee states as follows:

1. On November 16, 2017, this Court entered an order appointing the members of the Committee. *See Order Appointing Official Committee of Asbestos Claimants* [Dkt. No. 97] (the "Appointment Order"). Since entering the Appointment Order, the Court has issued four orders substituting deceased Committee members. *See* Dkt. Nos. 335, 666, 1838, and 1839.

2. Among the Committee's members was Linda Hofferber, whose tort counsel was Matthew Bergman of the law firm Bergman Draper Oslund. At the time of her appointment, Linda Hofferber had sued Georgia-Pacific, LLC prepetition for injuries and exposure leading to her contracting mesothelioma, an always fatal form of asbestos-related cancer, caused by secondary exposure to Georgia-Pacific joint compound. Ms. Hofferber held an asbestos-related personal

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

injury claim against Bestwall LLC, as successor to Georgia-Pacific LLC; her estate now holds a wrongful death claim against Bestwall LLC and those claims survive her passing.

3. Sadly, Ms. Hofferber lost her life as a result of her mesothelioma. Ms. Hofferber's husband Paul Tice succeeded as successor-in-interest in her case pursuant to the Fourth Amendment to, and Restatement of, the Linda Marie Hofferber Revocable Trust of 13 May 2014 (the "Trust Document"), notarized in the County of Kitsap in the State of Washington on February 18, 2021. A copy of the Trust Document is available from the undersigned counsel upon request.

4. Bankruptcy Code § 1102(a)(4) provides that "[o]n request of a party in interest and after notice and a hearing, the court may order the United States trustee to change the membership of a committee appointed under this subsection, if the court determines that the change is necessary to ensure adequate representation of creditors . . . ." 11 U.S.C. § 1102(a)(4). Moreover, Federal Rule of Civil Procedure 25(a) provides in relevant part: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a).[2] Additionally, this Court has authority to modify the Appointment Order through its inherent powers and Bankruptcy Code § 105(a). *See In re Arms*, 238 B.R. 259, 261 (Bankr. D. Vt. 1999); *In re Dore & Assocs. Contracting, Inc.*, 54 B.R. 353, 360 (Bankr. W.D. Wis. 1985).

5. The *Order Granting Motion Substituting Member of the Official Committee of Asbestos Claimants* [Dkt. No. 335] (the "First Substitution Order") specifically provided that if additional substitutions of Committee members were required, the Committee was authorized to utilize the no protest motion process as set forth in Rule 9013-1(e) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina.

---

[2] Rule 25 is made applicable here by Federal Rules of Bankruptcy Procedure 7025 and 9014(c).

-2-

6.   The Committee requests that the Court appoint Paul Tice to replace the late Linda Hofferber.  This Court originally appointed Ms. Hofferber, among others, to ensure adequate representation of the Debtor's asbestos creditors.  To maintain that representation, Ms. Hofferber's successor, Mr. Tice, should be substituted in her place.  In fulfilling his charge as a Committee member, Bergman Draper Oslund will act on Mr. Tice's behalf as attorney and agent.

## CONCLUSION

WHEREFORE, for the reasons noted above, the Committee requests that this Court enter an order granting this Motion substantially in the form attached hereto as Exhibit A and such other and further relief as this Court deems just and appropriate.

Dated: November 22, 2021

                      Respectfully submitted,

                      HAMILTON STEPHENS STEELE
                      + MARTIN, PLLC

                      */s/ Robert A. Cox, Jr.*
                      Glenn C. Thompson (Bar No. 37221)
                      Robert A. Cox, Jr. (Bar No. 21998)
                      525 North Tyron Street, Suite 1400
                      Charlotte, North Carolina 28202
                      Telephone: (704) 344-1117
                      Facsimile: (704) 344-1483
                      gthompson@lawhssm.com
                      rcox@lawhssm.com

                      Linda W. Simpson (Bar No. 12596)
                      JD THOMPSON LAW
                      Post Office Box 33127
                      Charlotte, North Carolina 28233
                      Telephone: (828) 489-6578
                      jdt@jdthompsonlaw.com
                      lws@jdthompsonlaw.com

4860-3349-3252, v. 1

Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
ROBINSON & COLE LLP
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
nramsey@rc.com
dwright@rc.com

*Counsel to the Official Committee of Asbestos Creditors*