# **Exhibit A**

*Proposed Order*

4860-3349-3252, v. 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BESTWALL LLC,[1] | : | Case No.  17-31795 (LTB) |
| | : | |
| Debtor. | : | |
| | : | |

**[PROPOSED] ORDER SUBSTITUTING A COMMITTEE MEMBER OF THE
<u>OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS</u>**

Before the Court is the *Fifth Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* [Dkt. No. ___] ("<u>Fifth Motion to Substitute</u>").  The Court, having considered the uncontested Motion to Substitute, has determined that the Fifth Motion to Substitute should be granted.  Accordingly,

IT IS HEREBY ORDERED THAT:

    1.    The Fifth Motion to Substitute is GRANTED.

---

[1]  The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

2. Paul Tice, c/o Bergman Draper Oslund, 821 Second Avenue, Suite 2100, Seattle, WA 98104, is appointed to succeed the late Linda Hofferber as a member of the Official Committee of Asbestos Claimants of Bestwall LLC.

3. This Court shall retain exclusive jurisdiction over all matters pertaining to the interpretation and implementation of this Order.

*This Order has been signed electronically.*   *United States Bankruptcy Court*
*The judge's signature and court's seal appear*
*at the top of the Order.*