FILED & JUDGMENT ENTERED
Steven T. Salata

February 23 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BESTWALL LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |

### *EX PARTE* ORDER SHORTENING NOTICE WITH RESPECT TO MOTION TO SEAL

This matter coming before the court on the *Ex Parte Motion to Shorten Notice on Motion to Seal* [Dkt. No. 2419] ("the Motion to Shorten") filed by the Official Committee of Asbestos Claimants and Sander L. Esserman, as the legal representative for persons that have not yet asserted an asbestos-related personal-injury claim against the above-captioned debtor but may in the future assert such a claim; and the Court, having reviewed the Motion to Shorten and having determined that good cause exists for the relief requested in the Motion to Shorten;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing with respect to the Motion to Seal (as defined in the Motion to Shorten) and any objections thereto shall be held on February 24, 2022 at 9:30 a.m. before the Honorable

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, Georgia 30303.

Laura T. Beyer in the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Courtroom 2A, 401 West Trade Street, Charlotte, NC 28202.

    3.    Any objections to the Motion to Seal may be filed on or before February 23, 2022.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order | United States Bankruptcy Court |