**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 |
| Debtor. | |

### STATEMENT OF ISSUES ON APPEAL OF CONTEMPT ORDER
### AND DESIGNATION OF THE RECORD

NOW COME the Individuals listed in Exhibit A (the "Appellants"), by and through the

undersigned counsel, and hereby provide, pursuant to Rule 8009 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8006-1 of the Rules of Practice and

Procedure of the United States Bankruptcy Court for the Western District of North Carolina (the

"Bankruptcy Court"), their (i) statement of issues to be presented on appeal and (ii) designation of

the items to be included in the record on appeal, in connection with the appeal to the United States

District Court for the Western District of North Carolina (the "District Court") from the

Bankruptcy Court's *Order Granting Debtor's Supplemental Motion to Enforce PIQ[2] Order with*

*Respect to Non-Compliant Claimants* [ECF No. 2401] (the "Contempt Order") entered on

February 10, 2022.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

[2] The term "PIQ" is used interchangeably with "Questionnaire" in this filing, and both terms refer to the personal injury questionnaires referenced in the Debtor's *Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimant* [ECF No. 1236].

## I.    Statement of Issues on Appeal of Contempt Order

1.    Whether the Bankruptcy Court erred in concluding that Bestwall, LLC (the "Debtor") had established by clear and convincing evidence that each of the Appellants were in contempt of the *Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses* (the "PIQ Order") [ECF No. 1670] and the *Order Granting in Part and Denying in Part Debtor's Motion to Enforce PIQ Order With Respect to Non-Compliant Claimants* (the "Enforcement Order") [ECF No. 2154].

2.    Whether the Bankruptcy Court erred in concluding that the PIQ Order and the Enforcement Order were valid decrees of which each of the Appellants had actual or constructive knowledge.

3.    Whether the Bankruptcy Court erred in determining there was sufficient evidence to conclude that each of the Appellants had failed to comply with the PIQ Order and Enforcement Order, and that each of the Appellants had actual or constructive knowledge of their alleged failure to do so.

4.    Whether the Bankruptcy Court erred in concluding that the Debtor is and continues to be harmed as a result of the Appellants' alleged failure to comply with the PIQ Order and the Enforcement Order.

5.    Whether the Bankruptcy Court erred in issuing the PIQ Order pursuant to Bankruptcy Rule 2004 without requiring the issuance and service of subpoenas under Federal Rule of Civil Procedure 45.

6.    Whether the Bankruptcy Court erred in concluding that each of the Appellants were properly served with the *Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants* [ECF No. 1236].

7.    Whether the Bankruptcy Court erred in finding that each of the Appellants had been properly served with the PIQ Order.

8.    Whether the Bankruptcy Court erred in concluding that each of the Appellants had been properly served with the Debtor's *Motion to Enforce PIQ Order With Respect to Non-Compliant Claimants* [ECF No. 2212].

9.    Whether the Bankruptcy Court erred in concluding that each of the Appellants were properly served with the Enforcement Order.

## II.    Designation of Record for Appeals

The Appellants designate the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein:

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1. | 1 | 11/2/2017 | Voluntary Petition Under Chapter 11 |
| 2. | 2 | 11/2/2017 | Declaration of Tyler L. Woolson in Support of First Day Pleadings |
| 3. | 10 | 11/2/2017 | Motion/Motion of the Debtor for an Order: (I) Authorizing It to File a List of the Top Law Firms with Asbestos Cases Against the Debtor in Lieu of the List of 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures for Asbestos Claimants; and (III) Approving the Form and Manner of Notice of Commencement of This Case |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 4. | 12 | 11/2/2017 | Informational Brief of Bestwall LLC |
| 5. | 17 | 11/2/2017 | Motion of the Debtor for Entry of an Order Establishing Certain Notice, Case Management and Administrative Procedures |
| 6. | 58 | 11/06/2017 | List of Creditors |
| 7. | 65 | 11/8/2017 | Order Establishing Certain Notice, Case Management and Administrative Procedures |
| 8. | 67 | 11/8/2017 | Order (I) Authorizing the Debtor to File a List of the Top Law Firms with Asbestos Cases Against the Debtor in Lieu of the List of 20 Largest Unsecured Creditors; (II) Approving Certain Notice Procedures For Asbestos Claimants; and (III) Approving the Form and Manner of Notice of Commencement of This Case |
| 9. | 78 | 11/13/2017 | Chapter 11 Operating Order |
| 10. | 155 | 12/18/2017 | Statement of Financial Affairs – Non-Individual |
| 11. | 156 | 12/18/2017 | Schedule H, Schedule G, Schedule E/F, Schedule D, Schedule A/B |
| 12. | 1236 | 7/30/2020 | Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 13. | 1246 | 7/31/2020 | Debtor's Notice of Technical Issues with Certain Exhibits to Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 14. | 1270 | 8/12/2020 | Joint Motion to Continue/Reschedule Hearing on Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 15. | 1326 | 9/4/2020 | Objection of the Official Committee of Asbestos Claimants to Debtor's Motion for Order Pursuant to Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 16. | 1329 | 9/4/2020 | Buck Law Firm's Clients' Joinder to Objection Filed by the Official Committee of Asbestos Claimants to Debtor's Motion for Order Pursuant to Rule 2004 Directing Submission of |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 17. | 1331 | 9/4/2020 | Objection of the Future Claimants' Representative to Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 18. | 1333 | 9/4/2020 | Joinder to Objection filed by the Official Committee of Asbestos Claimants to Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 19. | 1337 | 9/4/2020 | Debtor's Objection to the Joint Motion of the Future Claimants' Representative and the Official Committee of Asbestos Claimants to Continue Hearing on (1) Debtor's Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and (2) Debtor's Motion for Bankruptcy Rule 2004 Examination of Asbestos Trusts |
| 20. | 1352 | 9/14/2020 | Reply in Support of Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 21. | 1435 | 10/26/2020 | Transcript for Hearing/Trial Held on 10/22/2020 |
| 22. | 1507 | 12/11/2020 | Buck Law Firm's Clients' Supplemental Objection to Debtor's Motion for an Order Pursuant to Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 23. | 1509 | 12/11/2020 | Supplement to the Objection of the Future Claimants' Representative to Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 24. | 1511 | 12/11/2020 | Supplemental Brief and Objection of the Official Committee of Asbestos Claimants to (I) Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and (II) Debtor's Motion for Bankruptcy Rule 2004 Examination of Asbestos Trusts |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | |
| 25. | 1544 | 12/21/2020 | Transcript for Hearing/Trial held on 12/17/2020 |
| 26. | 1557 | 12/28/2020 | Statement of Interest on Behalf of the United States of America Regarding Estimation of Asbestos Claims |
| 27. | 1565 | 1/8/2021 | Debtor's Omnibus Supplemental Reply in Support of (I) Debtor's Motion for Bankruptcy Rule 2004 Examination of Asbestos Trusts and (II) Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants |
| 28. | 1581 | 1/20/2021 | The Official Committee of Asbestos Claimants Response to United States Statement of Interest |
| 29. | 1615 | 1/29/2021 | Debtor's Supplemental Brief on Discovery (DE 1236-1236) and Limiting Motions (DE 1449-1452) |
| 30. | 1618 | 2/1/2021 | Transcript for Hearing/Trial held on 1/21/2021 |
| 31. | 1619 | 2/1/2021 | Transcript for Hearing/Trial held on 1/22/2021 |
| 32. | 1647 | 3/5/2021 | Transcript for Hearing/Trial held on 3/4/2021 |
| 33. | 1670 | 3/23/2021 | Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 34. | 1706 | 4/6/2021 | Committee's Notice of Appeal to District Court |
| 35. | 1707 | 4/6/2021 | Committee's Motion for Leave to Appeal the PIQ Order |
| 36. | 1708 | 4/6/2021 | Committee's Memorandum of Law in Support of Motion for Leave to Appeal the PIQ Order |
| 37. | 1709 | 4/6/2021 | Affected Individuals' Notice of Appeal to District Court |
| 38. | 1710 | 4/6/2021 | Affected Individuals' Joinder to Motion of the Official Committee of Asbestos Claimants of Bestwall LLC for Leave to Appeal the PIQ Order |
| 39. | 1734 | 4/20/2021 | Future Claimants' Representative's Notice of Appeal to District Court |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | |
| 40. | 1736 | 4/20/2021 | Joinder of the Future Claimants' Representative to the Motion of the Official Committee of Asbestos Claimants for Leave to Appeal the PIQ Order |
| 41. | 1737 | 4/20/2021 | Committee's Statement of Issues on Appeal and Designation of Record |
| 42. | 1742 | 4/20/2021 | Committee's Statement of Issues on Appeal and Additional Designation of Record |
| 43. | 1783 | 5/4/2021 | Future Claimants' Representative's Statement of Issues on Appeal and Designation of Record |
| 44. | 1784 | 5/4/2021 | Appellee's Notice of Filing Exhibits for Record on Appeal |
| 45. | 1785 | 5/4/2021 | Appellee Designation of Additional Record |
| 46. | 1820 | 5/10/2021 | Order from District Court Judge Robert J. Conrad, Jr. Denying Motion of the Official Committee of Asbestos Claimants of Bestwall LLC for Leave to Appeal the PIQ Order; and Clerk's Judgment |
| 47. | 1833 | 6/23/2021 | Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay |
| 48. | 1845 | 6/29/2021 | Objection to Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay |
| 49. | 1852 | 7/2/2021 | Transcript for Hearing/Trial held on 6/30/2021 |
| 50. | 1856 | 7/9/2021 | Order Granting Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay |
| 51. | 1875 | 7/19/2021 | Debtor's Reply in Support of Emergency Motion to Enforce PIQ Order and Automatic Stay, and in Support of Contempt Sanction |
| 52. | 1876 | 7/21/2021 | Sur-Reply to Debtor's Reply in Support of Emergency Motion to Enforce PIQ Order and Automatic Stay |
| 53. | 1890 | 7/23/2021 | Transcript for Hearing/Trial held on 7/22/2021 |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 54. | 1902 | 7/27/2021 | Transcript for Hearing/Trial held on 7/22/2021 |
| 55. | 1935 | 8/2/2021 | Notice of Objection to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 56. | 1936 | 8/2/2021 | Notice of Objection to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 57. | 1937 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 58. | 1938 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 59. | 1939 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 60. | 1940 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 61. | 1941 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 62. | 1942 | 8/2/2021 | Notice of Objection to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 63. | 1943 | 8/2/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 64. | 1947 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 65. | 1948 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 66. | 1949 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 67. | 1950 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 68. | 1951 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 69. | 1952 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 70. | 1953 | 8/4/2021 | Notice of Objection of Respondents to Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants and Governing the Confidentiality of Responses |
| 71. | 1983 | 8/16/2021 | Notice of Filing Exhibits relating to Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay and Order Granting Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | |
| 72. | 1996 | 8/18/2021 | Order On Debtor's Emergency Motion to Enforce PIQ Order and Automatic Stay and Order to Show Cause |
| 73. | 2004 | 8/19/2021 | Exhibit Record for 8/19/2021 Hearing |
| 74. | 2022 | 8/23/2021 | Ex Parte Motion to Extend Time to File Notice of Appeal of Contempt Order |
| 75. | 2025 | 8/25/2021 | Transcript for Hearing/Trial held on 8/19/2021 |
| 76. | 2033 | 8/27/2021 | Ex Parte Order Granting Motion to Extend Time to File Notice of Appeal of Contempt Order |
| 77. | 2065 | 09/08/21 | Motion/Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants |
| 78. | 2067 | 9/9/2021 | Transcript for Hearing/Trial held on 8/31/2021 |
| 79. | 2083 | 9/22/2021 | Opposition Response to Motion to Enforce PIQ Order With Respect to Non-Complaint Claimants Hearing scheduled for 09/29/2021 at 11:00 AM at 3-LTB-Charlotte Courthouse09/29/2021 (RE: related document(s)2065 Motion (Other) filed by Debtor Bestwall LLC) |
| 80. | 2090 | 9/22/2021 | Response The Official Committee of Asbestos Claimant's Limited Objection to Debtor's Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants Hearing scheduled for 09/29/2021 at 11:00 AM at 3-LTB-Charlotte Courthouse09/29/2021 (RE: related document(s)2065 Motion (Other) |
| 81. | 2092 | 09/23/21 | Opposition Response and Request for Hearing (RE: related document(s)2089 Motion to Extend filed by Debtor Bestwall LLC) |
| 82. | 2093 | 09/23/2021 | Notice of Docketing Record on Appeal to District Court. Case Number: 2100503 (RE: related document(s)2079 Notice of Appeal filed by Attorney Thomas W. Waldrep) |
| 83. | 2095 | 09/23/21 | Order With Respect to August 19, 2021 Contempt Compliance Hearing. (RE: related document(s)1996 Order (other)) |
| 84. | 2102 | 9/24/2021 | Notice of Appeal of Sanctions Order |
| 85. | 2105 | 9/24/2021 | Response /Reply in Support of Motion to Enforce PIQ Order with Respect Non-Compliant Claimants Hearing scheduled for 09/29/2021 at 11:00 AM at 3-LTB-Charlotte |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| | | | Courthouse09/29/2021 (RE: related document(s)2065 Motion (Other) |
| 86. | 2106 | 9/24/2021 | Notice of Agenda of Matters Scheduled for Hearing on September 29, 2021 |
| 87. | 2116 | 09/28/2021 | Amendment to /Notice of Amended Agenda of Matters Scheduled for Hearing on September 29, 2021 (RE: related document(s)2106 Other Document filed by Debtor Bestwall LLC) |
| 88. | 2118 | 9/28/2021 | Supplement to Objection to Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants (RE: related document(s)2083 Response filed by Interested Party Potential Asbestos Claimants Actually Represented by Law Firms on Exhibit A) |
| 89. | 2122 | 09/30/2021 | Transcript for Hearing/Trial held on 9/29/2021 |
| 90. | 2154 | 10/14/21 | Order Granting in part, Denying in part Debtor's Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants (Related Doc # 2065) |
| 91. | 2212 | 11/10/2021 | Motion/Supplemental Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants (Re: Doc. 2154) |
| 92. | 2218 | 11/15/2021 | Response to Supplemental Motion to Enforce PIQ Order with Respect to Non-compliant Claimants Hearing scheduled for 11/18/2021 at 9:30 AM at 3-LTB-Charlotte Courthouse (RE: related document(s)2212 Motion (Other) filed by Debtor Bestwall LLC) |
| 93. | 2221 | 11/15/2021 | Response to Supplemental Motion Hearing scheduled for 11/18/2021 at 9:30 AM at 3-LTB-Charlotte Courthouse (RE: related document(s)2212 Motion (Other) |
| 94. | 2222 | 11/15/2021 | Joint Objection to Other Document (RE: related document(s)2212 Motion (Other) filed by Debtor Bestwall LLC) |
| 95. | 2223 | 11/15/2021 | Notice of Agenda of Matters Scheduled for Hearing on November 18, 2021 |
| 96. | 2227 | 11/17/2021 | Response Reply in Support of Supplemental Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants Hearing scheduled for 11/18/2021 at 9:30 AM at 3-LTB-Charlotte Courthouse (RE: related document(s)2212 Motion (Other) |
| 97. | 2234 | 11/19/2021 | Transcript for hearing/trial held on 11/18/2021 |
| 98. | 2295 | 12/14/2021 | Notice of Agenda of Matters Scheduled for Hearing on December 17, 2021 |
| 99. | 2307 | 12/16/2021 | Notice of Cancellation of Hearing Previously Scheduled for December 17, 2021 at 9:30 a.m. (Eastern Time) |

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 100. | 2339 | 01/14/2022 | Notice of Agenda of Matters Scheduled for Hearing on January 20, 2022 |
| 101. | 2348 | 01/19/2022 | Amendment to /Notice of Amended Agenda of Matters Scheduled for Hearing on January 20, 2022 (RE: related document(s)2339 Other Document) |
| 102. | 2354 | 01/20/2022 | Exhibit List from hearing held on 01/20/22 |
| 103. | 2356 | 01/20/2022 | Transcript for hearing/trial held on 01/20/22 |
| 104. | 2401 | 02/10/2022 | Order Granting Debtor's Supplemental Motion to Enforce PIQ Order with Respect to Non-Compliant Claimants (Related Doc # [2212]) Compliance hearing scheduled for 02/24/2022 at 9:30 am in Charlotte, NC |
| 105. | 2416 | 02/18/2022 | Motion to Extend Time to Appeal |
| 106. | 2422 | 02/22/2022 | Notice of Agenda of Matters Scheduled for Hearing on February 24, 2022 |
| 107. | 2426 | 02/24/2022 | Exhibit List from Hearing Held on 2/24/22 |
| 108. | 2424 | 02/24/2022 | Ex Parte Order Granting Motion To Extend Time to File Notice of Appeal by March 17, 2022 (Related Doc # [2416]) |
| 109. | 2425 | 02/24/22 | Transcript for hearing/trial held on 02/24/22 |
| 110. | 2446 | 03/03/2022 | Clerk Acknowledgement of Disposal of Exhibits and Exhibit List from Hearing Held on 02/24/2022 |
| 111. | 2452 | 03/09/2022 | Motion to Continue/Reschedule Hearing (RE: related document(s)[2401] Order on Motion (Other) |
| 112. | 2457 | 03/15/2022 | Order Granting Motion to Continue Hearing on March 17, 2022 to April 6, 2022 (Related Doc # [2452]) |
| 113. | 2459 | 03/17/2022 | Notice of Appeal of Contempt Order (RE: related document(s)[2401] Order on Motion (Other)) |
| 114. | 2475 | 03/25/2022 | Motion/Debtor's Motion for Procedures Governing Introduction of Non-Compliant Claimants' Questionnaire Responses at April 6 Hearing |
| 115. | 2476 | 03/25/2022 | Motion to Shorten Notice (RE: related document(s)[2475] Motion (Other)) |
| 116. | 2483 | 03/28/2022 | Affidavit of Service (RE: related document(s)[2475] Motion (Other) filed by Debtor Bestwall LLC, [2476] Motion to Shorten Notice filed by Debtor Bestwall LLC) |
| 117. | 2484 | 03/29/2022 | Ex Parte Order Granting Motion to Shorten Notice (Related Doc # [2476]) |

12

| | Docket No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 118. | 2485 | 03/29/2022 | Notice of Hearing (RE: related document(s)[2475] Motion (Other) filed by Debtor Bestwall LLC) Hearing scheduled for 4/6/2022 at 02:00 PM at 3-LTB Courtroom 2A. |

Respectfully submitted this the 31st day of March 2022.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Diana Santos Johnson (NC State Bar No. 40050)
John R. Van Swearingen (NC State Bar No. 53646)
Natalia L. Talbot (NC State Bar No. 55328)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

*Counsel for the Appellants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing **STATEMENT OF ISSUES ON APPEAL OF CONTEMPT ORDER AND DESIGNATION OF THE RECORD** was filed in accordance with the local rules and served upon all parties registered for electronic service and entitled to receive notice thereof through the CM/ECF system.

Respectfully submitted this the 31st day of March 2022.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Diana Santos Johnson (NC State Bar No. 40050)
John R. Van Swearingen (NC State Bar No. 53646)
Natalia L. Talbot (NC State Bar No. 55328)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

*Counsel for the Appellants*

**VIA CM/ECF**

Eric B. Abramson on behalf of Claimants of Michael B. Serling, P.C. Listed On Appendix A to the Complaint

Darren Azman on behalf of Honeywell International Inc.

Jason Kyle Beale on behalf of Claimants of Bailey Peavy Bailey Cowen Heckaman PLLC Listed On Appendix A To The Complaint

Gill Beck on behalf of the United States of America

Thomas W. Bevan on behalf of Claimants of Bevan and Associates LPA, Inc. Listed On Appendix A To The Complaint

Jennifer Black on behalf of Claimants of Nemeroff Law Firm, PC Listed On Appendix A To The Complaint

14

Demi Lorant Bostian on behalf of the Debtor

Charles W. Branham, III on behalf of Dean Omar & Branham, LLP

Robert C. Buck on behalf of Claimants of Buck Law Firm Listed On Appendix A To The Complaint

James David Butler on behalf of Claimants of Certain Law Firms Listed On Appendix A to the Complaint

Katharine C. Byrne on behalf of Cooney & Conway

Garland S. Cassada on behalf of the Debtor

John D. Cooney on behalf of Cooney & Conway and Claimants of Cooney and Conway Listed On Appendix A To The Complaint

Robert A. Cox, Jr. on behalf of The Official Committee of Asbestos Claimants of Bestwall, LLC

Kevin R. Crandall on behalf of the Debtor

Heather W. Culp on behalf of Claimants of Bailey Peavy Bailey Cowen Heckaman PLLC Listed On Appendix A To The Complaint; Claimants of Bevan and Associates LPA, Inc. Listed On Appendix A To The Complaint; Claimants of Brayton Purcell, LLP Listed On The Appendix A To The Complaint; Claimants of Buck Law Firm Listed On Appendix A To The Complaint; Claimants of Certain Law Firms Listed On Appendix A to the Complaint; Claimants of Cohen Placitella & Roth P.C. Listed On Appendix A To The Complaint; Claimants of Cooney and Conway Listed On Appendix A To The Complaint; Claimants of Flint Law Firm, LLC Listed On Appendix A To The Complaint; Claimants of Gori Julian & Associates, P.C. Listed On Appendix A To The Complaint; Claimants of Kazan, McClain, Satterley & Greenwood Listed On Appendix A To The Complaint; Claimants of Kazan, McClain, Satterley & Greenwood Listed On Appendix A To The Complaint; Claimants of Keller Fishback & Jackson, LLP Listed On Appendix A To The Complaint; Claimants of Kelley & Ferraro LLP Listed On Appendix A to the Complaint; Claimants of Law Offices of Peter G. Angelos, P.C. Listed On Appendix A To The Complaint; Claimants of Levy Konigsberg, LLP Listed On Appendix A To The Complaint; Claimants of Maune, Raichle, Hartley, French & Mudd, LLC Listed On The Appendix A To The Complaint; Claimants of Michael B. Serling, P.C. Listed On Appendix A to the Complaint; Claimants of Nass Cancelliere Listed On Appendix A To The Complaint; Claimants of Nemeroff Law Firm, PC Listed On Appendix A To The Complaint; Claimants of O'Brien Law Firm, P.C. Listed On Appendix A To The Complaint; Claimants of Rebecca S. Vinocur, P.A. Listed On Appendix A To The Complaint; Claimants of SWMW Law, LLC Listed On Appendix A To The Complaint; Claimants of Savinis Kane & Galluci, LLC and Prim Law Firm, PLLC Listed On Appendix A To The Complaint; Claimants of Shepard Law, P.C. Listed On Appendix A To The Complaint; Claimants of The Deaton Law Firm Listed On Appendix A To The Complaint; Claimants of The

Ferraro Law Firm, P.A. Listed On Appendix A To The Complaint; Claimants of The Lanier Law Firm, PC Listed On Appendix A To The Complaint; Claimants of Thornton Law Firm, LLP Listed On Appendix A To The Complaint; Claimants of Waters & Kraus, LLP Listed On Appendix A To The Complaint; Claimants of Weitz & Luxenberg, P.C. Listed On Appendix A To The Complaint; and Claimants of Wilentz, Goldman & Spitzer, P.A. Listed On Appendix A To The Complaint

Kenneth Brian Dantinne on behalf of The Official Committee of Asbestos Claimants of Bestwall, LLC

Timothy A. Davidson, II on behalf of Liquidity Solutions, Inc.

Harry Lee Davis, Jr. on behalf of Honeywell International Inc.

John R. Deaton on behalf of Claimants of The Deaton Law Firm Listed On Appendix A To The Complaint

Jeffrey Brian Ellman on behalf of the Debtor

Brad B. Erens on behalf of the Debtor

B. Chad Ewing on behalf of Manville Personal Injury Settlement Trust and Delaware Claims Processing Facility

James L. Ferraro, Sr. on behalf of Claimants of The Ferraro Law Firm, P.A. Listed On Appendix A To The Complaint

Kenneth J. Fryncko on behalf of Claimants of Savinis Kane & Galluci, LLC and Prim Law Firm, PLLC Listed On Appendix A To The Complaint

Mark P. Goodman on behalf of Georgia-Pacific LLC

Gregory M. Gordon on behalf of the Debtor

Beth Gori on behalf of Claimants of Gori Julian & Associates, P.C. Listed On Appendix A To The Complaint

William Marc Graham on behalf of Dean Omar & Branham, LLP

Timothy M. Haggerty on behalf of Manville Personal Injury Settlement Trust and Delaware Claims Processing Facility

Barbara Harding on behalf of the Debtor

Raymond Paul Harris, Jr. on behalf of the Debtor

Edwin J. Harron on behalf of Sander Esserman

David A. Jagolinzer on behalf of Claimants of The Ferraro Law Firm, P.A. Listed On Appendix A To The Complaint

Steven Kazan on behalf of Claimants of Kazan, McClain, Satterley & Greenwood Listed On Appendix A To The Complaint

Daniel Keller on behalf of Claimants of Keller Fishback & Jackson, LLP Listed On Appendix A To The Complaint

Peter D. Kieselbach on behalf of U.S. Bank National Association, as Trustee

Maura Kolb on behalf of Claimants of The Lanier Law Firm, PC Listed On Appendix A To The Complaint

Jonathan C. Krisko on behalf of the Debtor

William L. Kuzmin on behalf of Claimants of Cohen Placitella & Roth P.C. Listed On Appendix A To The Complaint

M. Natasha Labovitz on behalf of Georgia-Pacific LLC

Andrea Landry on behalf of Claimants of Thornton Law Firm, LLP Listed On Appendix A To The Complaint

Bryn Gallagher Letsch on behalf of Clients of Brayton Purcell LLP

Jeff A. McCurdy on behalf of Foster & Sear

Chris McKean on behalf of Claimants of Maune, Raichle, Hartley, French & Mudd, LLC Listed On The Appendix A To The Complaint

John R. Miller, Jr. on behalf of Georgia-Pacific LLC

Edward M. Nass on behalf of Claimants of Nass Cancelliere Listed On Appendix A To The Complaint

Diedre Woulfe Pacheco on behalf of Claimants of Wilentz, Goldman & Spitzer, P.A. Listed On Appendix A To The Complaint

Michael s. Palmieri on behalf of Manville Personal Injury Settlement Trust and Delaware Claims Processing Facility

Felton Parrish on behalf of Young Conaway Stargatt & Taylor, LLP; Sander Esserman; and Ankura Consulting Group, LLC

17

James L. Patton, Jr. on behalf of Sander Esserman

Stuart L. Pratt on behalf of the Debtor

Jill M. Price on behalf of Claimants of Flint Law Firm, LLC Listed On Appendix A To The Complaint

Natalie D. Ramsey on behalf of Simmons Hanly Conroy LLC and The Official Committee of Asbestos Claimants of Bestwall, LLC

Audrey Raphael on behalf of Claimants of Levy Konigsberg, LLP Listed On Appendix A To The Complaint

Ryan Reimers on behalf of U.S. Bank National Association, as Trustee

Jason C. Rubinstein on behalf of Manville Personal Injury Settlement Trust and Delaware Claims Processing Facility

Amanda Rush on behalf of the Debtor

Cary Ira Schachter on behalf of the Debtor

David M. Schilli on behalf of the Debtor

Richard A. Schneider on behalf of the Debtor

Michael Shepard on behalf of Claimants of Shepard Law, P.C. Listed On Appendix A To The Complaint

Robert Eugene Shuttlesworth on behalf of Shrader

Charles S. Siegel on behalf of Claimants of Waters & Kraus, LLP Listed On Appendix A To The Complaint

Linda Wright Simpson on behalf of The Official Committee of Asbestos Claimants of Bestwall, LLC

Andrew W.J. Tarr on behalf of the Debtor

John F. Theil on behalf of Claimants of SWMW Law, LLC Listed On Appendix A To The Complaint

Erin A. Therrian on behalf of the Debtor

Glenn C. Thompson on behalf of The Official Committee of Asbestos Claimants of Bestwall, LLC

Christopher J. Thoron on behalf of Claimants of O'Brien Law Firm, P.C. Listed On Appendix A To The Complaint

Matthew L. Tomsic on behalf of Georgia-Pacific LLC

Constantine Venizelos on behalf of Claimants of Kelley & Ferraro LLP Listed On Appendix A to the Complaint

Rebecca S. Vinocur on behalf of Claimants of Rebecca S. Vinocur, P.A. Listed On Appendix A To The Complaint

Armand J. Volta, Jr. on behalf of Claimants of Law Offices of Peter G. Angelos, P.C. Listed On Appendix A To The Complaint

Jason L. Walters on behalf of Honeywell International Inc.

Perry Weitz on behalf of Claimants of Weitz & Luxenberg, P.C. Listed On Appendix A To The Complaint

Richard C. Worf on behalf of the Debtor

Davis Lee Wright on behalf of The Official Committee of Asbestos Claimants of Bestwall, LLC

Travis G. Buchanan on behalf of Sander Esserman

# EXHIBIT A

List of Appellants

Alida Dunn
Reed Gurr
Richard Medina
Scott Miller
Epifanio Ortiz
Katherine Aston
John Baginski
Robert Chester
Kelvin Corbin
Richard Forster
Joseph  Fosagen
James   Foster
William Furbeck
Robert Godfrey
Steven Hall
Erik Hansen
Dennis  Hawkins
Richard Henn
Jerry Hofstetter
Frank Jakubowski
Ewald   Kesenheimer
Norman Kinslow
Freddy  Lalama
Gregory Larson
Lawrence Lemcke
Marco Leone
James Moynihan
Anna Nocelli
Clifford Norling
Robert  Northrup
Anthony Richichi
Martinez Royster
Gilda Ruffo
Albert Schwartz
James Seman
Thomas Spiewak
James Wilson
Judith Anderson
Joe Bartos
Gilbert Blue
James Daniel
Phyllis Gross
Charles Kesler
Owen   Kragenbring

Christopher Lute
Charles Penrod
Armando Quintero
Thomas Quirk
Ateo Riccardelli
Charles Ross
James Sizemore
William Spray
John Staresnick
Robert  Stutzman
Tracy Thompson
Philip Unick
Ira Wainscott
Carolyn Zaccone
Forrest  Arnold
Loretta Belac
Marilyn Biagetti
Baniel  Browning
Frank Cambio
Ralph Carson
Harold  Carter
Arthur  Collins
Sharon  Compton
Robert  Cone
Danny  Cornett
Manuel Correia
John Degrazia
Stephan Duda
Charles Dyer
Leon    Edwards
Robert  Fry
Judith   Goodnow
Richard Hammonds
Clarence Harney
Vivianne Hilton
Mitchell Homsy
Wendell Kinney
Viola Koniak
George Kunz
Robert Lapierre
Robert Layfield
Jean Leduc
Charlotte Lennox
Gerald Lentini
Peter Lowe
Gary Milo
Harold Murray
Walter Oson
Merle Paul
Roy Picker
Vernon Rice

Bernard Roy
Allen Seidman
Josepha Souza
Robert  Trombley
Gerard  Turcotte
Richard wright
Theodore Alderman, Jr.
Samuel Allardyce
Fred Bacon
James Clark
Thomas Cummings
Joe Divin
Phyllis  Flowers
George Guffey
David  Hall
Martha Hruzek
Charles Jenkins, Sr.
Frederick (aka: Fredrick) Muchow
Homer  Ricks
Roxanne Saul
Vina Saulsman
Robert  Saunders, Sr.
Floyd  Thiele
Charles Whitehead, Jr.
Nancy Bush
Mary Corder
Brenda  Flores
Sidney Jennings
Joseph Puckett
Joe Rodriguez
Ernest Straight
John Ahern
Gayle Annarella
Jerry Arthur
Michael Ashworth
Kenneth Baker
Victoria Bartlett
Harvey Degroot
Arthur Digby
John Dominski
Robert Easter
Jack Elliott
Eugene Frye
Cleo Garvin
Danny Genet
Janith Haber
Dallas Heft
Jose Hermo
Nancy  Johnson
Donald Kelley
Terry Kempf

Ann Kuzda
Robert Lyle
Donald Maclachlan
Roger Magold
Eddie Marona
Lowell Marshall
John Musacchio
Robert New
Harold Ort
Harris Perkins
Earle Ffund
Tommy Rouse
William Russell
Myra Scanlon
Ralph Shonkwiler
Gayle Smith
David Way
Jerry Wilson
William Witt
Peter Metcalf
Stephen Salvini
Susan Stewart
Jacqueline Wopperer
Walter Aerni
George Ayers
Jesse Boggess
Cecil Brooks
James Carrozzo
George Chavez
James Cornell
David Courtwright
Gloria Dowell
Donald Dysart
Richard Eck
Laurence Edelman
Shawn Elliottsmith
James Fields
Theodore Harris
Michael Hay
James Hewatt
Harold Hilgemann
Jerry Human
Bonnie Jablonsky
Raymond Jaworski
David Kay
Michael Keafer
Robert Keegan
William Kehl
David Krahn
David Kubich
Harold Kuehnel

Raymond Lindsey
Roderick Linn
Richard Mashburn
Rickey Matthews
William Milazzo
Larry Morgan
Gerald Niles
James Obryant
Beverly Peck
Douglas Reese
Delmar Richert
Mary Roseberry
James Russo
James Sandlin
Francis Siniawski
Larrabee Smith
Walter Smith
Ricke Swaim
Virgil Uhlman
Jeffrey Watts
Earl Webster
Timothy Wilson
Gary Worden
George Brister
Harold  Christopher
James Curry
Marion Dunagan
Charles Gilbert
Frank Lozica
Clyda McMillan
Stephen Miller
Marvin Nance
William Ray
Henry Schaedel
Warren Schroeder
John Sonnier
James Stephens
Lola Thomas
Helen Young
William Forsythe
Ronald Garza
Frank Head
John Kinkead
Alan Ottaviano
Roger Shifflett
George Wood
Herman Ahlstrand
Mark Albright
Patricia Aliotta
Silvia Alvarado
Albert Ambacher

Robert Amos
Arthur Anderson
Robert Anderson
MichaelAnthony
Rosa Araiza
Larry Armstrong
Leopoldo Arteaga
Cheryl  Arthaud
Norman Ash
David Babbitt
Henry Bajos
Jerry Baker
Mohammad Barhum
Rafael Barrantes-Alarcon
Clifford Barry
BernardBartos
George Battey
William Bellamy
Jason Benfield
Roy Bennet
Armo Bentley
RichardBiegler
Curtis Billiot
Donald Bingenheimer
Kendall Bleam
Steven  Bolin
Mark Bonham
Raymond Bowen
Betty Brinston
Charles Broadnax
Donald Brown
Barry Brown
Robert Brown
Leonard Browski
Robert Bucy
Frank Burr
Victor Burtsohe
Bobby Butler
Ralph Butler
Robert Calais
Johnnie Caldwell
Frank Callender
Graeme Calow
Jerry Camp
John Campbell
Anthony Cannone
J Cantrell
Jose Cantu
Idicheria Chacko
William Chambers
Michael Church

Betty Clark
John Clark
Donald Clesson
Alma Clift
Harold  Cockrell
James Collins
Bobby Colwell
William Connard
Lorenzo Contreras
Santiago Cota
William Crane
Willie Crater
Michael Daichendt
Dennis Daly
Ernestine Davie
John Davis
Thomas Deberry
Barbara Decristofaro
George Denison
Robert Denton
Carolyn Devereaux
Joseph Diaz
Randy Dilley
Michael Dillow
Saundra Douglas
Carrie Dunbar
Jerry Dupont
Jose Duron
Geraldine Dziewiatkowski
Robert Edwards
Edward Egolf
Samuel Elizondo
Jerry Elkins
Leonard Etter
Cecil Evans
Alan Fabry
ThomasFisher
Glen Fletcher
Susan Follas
ThomasFord
Carroll Forse
Manuel Fraire
Darwin Francis
Margaret Frank
Ralph Fulwider
Bertrand Gagnon
Arturo Gallego
David Gallups
Arvelio Garcia
Hernando Gayton
Glenn George

Mark Gerdich
John Gholson
James Gifford
Raymond Gilginas
Clarence Glover
Kenneth Gravely
Paula Graves
Cecil Griffes
James   Haas
Charles Hahn
Bryen Haines
Bonnie  Hall
Maurice Hamm
Keith Hammett
Roger Harder
David Hardy
Tim Hardy
Mark Herndon
Mary Herron
Lola Highsmith
Keith Hightshoe
Bernd Hildebrand
Kenneth Hodges
James Hodgson
Thomas Holtzman
Lawrence Hone
William Horwath
Robert  Hubert
Bobby   Hunter
Doris    Hurst
Tammy Hutchinson
David   Iahn
Robert  Jacoby
Harold  Jefferson
Lenia Jennings
Bruce Johnson
Robert   Johnson
Rosemary Jonesbriney
Benjamin Jordan
Rebekah Juarez
Ralph Kaczmarek
Jerry Kaufman
William Kehler
Roger Kelly
Alice Kesler
Jerry Killikevc
Victoria King
W King
Dwaine Kinkade
Shirley Kirkland
Richard Kleinhans

Herman Knab
Daniel Konarske
Louis Kotta
Lenny Kovacich
Joseph Kovacs
Dean Kraft
Kenneth Kramer
Noal Kronk
Robert Labouve
Vincent Latronica
Jeffrey Laurent
Ira Lenard
Obvidio Levis
Billy Lingenfelter
Stanley Lipinsky
George Little
John Little
Kimberly Lobera
Edward Lord
Leonardo Lucero
John Manning
Jerry Marquardt
Richard Martin
Paul Mason
Joanne Matthews
Larry Maxwell
Umphrey Mckinney
Ruth Mclachlin
Mary Mcneill
William Mcsorley
Anthony Metzger
Glenn Mills
Omer Mitchell
Henry Moity
John Molitoris
Mirza Monsef
James Moore
Lawrence Moorman
Michelle Morelli
Donald Morgenroth
James Morrison
Russell Moses
Susan Motisse
Raleigh Nabours
Timothy Nadeau
Charles Nading
Eleno Navat
Edward Neel
Kenneth Nesser
Jay Nicholson
James Norman

Young  Norsworthy
John Orff
Florencio Ortiz
Robert  Overman
Marvin Paige
Walter  Pajaczkowski
Victor Pajak
Anthony Pappacoda
William Parker
Gerald Pasquetti
Albert Patterson
John Pavlik
Harold  Pearce
Michael Peck
William Perdue
Hildelisa Perez
Jesus Perez
Earl Perrault
Edward Peterman
James Pettie
Stephen Pfeister
Max Pierce
John    Piper
Frederick Pippin
Gerald Polk
John Pontius
Lettie Potts
Gerald Raleigh
Robert Randall
Robert Rankin
Robert Ray
Junior Reed
Lewis Reed
Ronald  Reese
Donna Renner
Kathy Rhoades
Donald Ringle
Charles Robbins
ThomasRobertson
William Robinson
William Rochelle
Jesus Rodriguez
Gian Romano
Dudley Row
Judy Rowe
James Rutherford
Theresa Ryan
Charles Salazar
John Samson
Henry Samuel
Dean Sargous

Henry Sawicki
Ferrell  Schexnayder
George Schlosser
Ronald  Schoenfeldt
Doug Schukar
Harlan  Schultz
Russell Scira
Claude  Scott
Edward Seese
Robert  Shahan
Robert Sharp
Cornelia Shaw
Elic Shewmake
Noy Shockley
Kaye Shorrow
Sharon  Sickles
Jack Simpkins
Betty Simpson
Clifton Sizemore
Danny Smith
Fredrick Smith
Rodney Snack
Daniel  Solaris
Innis Spindle
Merlin  Standeven
Jon Stansberry
Noel Stemper
Kenneth Stultz
June Sulecki
Gerald  Sumner
Larry Susek
Charles Swanson
Elvira Sweeney
Paul      Sweet
Melvin  Switzer
Domingo Tello
Richard Terry
David Thompson
Robert Thompson
Robert Thornley
Glen Tieman
Clifford Toles
Miguel  Torres
Terry    Tracy
Wilfredo Trinidad
Terrell  Vanderwarf
Theresa Varnell
Gregg    Wallace
Gary Warren
James Weber
Earl Weir

LarryWest
Jon Westmoe
Ronald Weygandt
James Wheat
Alex White
Jimmy Whitener
Horst Wichmann
Arlyn Wieland
Arlan Wiersema
Johnny Wilkes
RichardWillenpart
Harry Williams
Tracy Winberg
Albert Winkleman
Milburn Woodlon
Grady Woodruff
Keith Young
Gloria Zamarripa
Michael Zavaro
John Zazulak
Antonio Arispe
Gerardo Conte
Keith Crocker
Richard Dooley
Joan Groleau
Julio Guevara
Joe Guzman
Donna Houser
Roger Huff
Willard Landers
Raymond Mauney
Mary Mazacek
Alan Moore
Eleanor Ray
Alvin Reynolds
Delores Skinner
Darryl Stitch
Bobby Strouth
Melvin Thomas
Marvin Lerman
Fred Lewis
Donald Long
David Marley
Patricia Mincey
Alejandro Rodriguez
Joann Russell
Brenda Youngblood
Michael Akzin
Edward Arambula
Henry Brown
Ralph Close

Billy Colvard
Raymond Conover
Paul Cully
Nelida Dockstader
Charles Grant
Jesse Gray
William Hill
Romalue Howard
William Huntley
Elizabeth Husted
Brian Johnston
Donna Kaiser
Betty Kuter
William Lawson
Roy Lebo
Marie Linder
Miguel  Llanes
Charles Loeffelholz
Dale Looman
Russell Mack
Arturo Martinez
John Mastrangel
Helen Mckewen
Janet Michaels
Sandra  Mulcahey
Lurlaina Neet
Norbert Nooyen
Marshall Padgett
Robert Papajcik
Richard Pfahler
Karen Powell
Charemon Salmons
Olga Santos
Theresa Scott
Robert Shearhart
Stanley Sheppard
Michael Trotter
Evelyn  Varbel
Clifford Walk
Thomas Weaver
Thomas Welton
Donald  Whitaker
Lockard White
Michael Will
Gerald Wirtz
Jordan Wright
Dorothy Wunder
Mitchell Altom
David Bennion
Edward Black
Darlene Figura

Rodney Hargrave
Judith Harlan
Ralph Horvath
Patria Sosa
John Abernathy
Virginia Calder
Michael Carroll
George Condon
Robert Derrah
Wayne  Dickinson
George Diterlizzi
Brendon Fay
Richard Fontaine
John Griffin
Maureen Haley
Ira Kaplan
Wilfred Levesque
John Martin
Stephen Mccullough
Charles Melanson
Pasquale Mucci
Eugene Ouellet
Eileen Perry
Robert  Pitman
Jean Quirion
Martha  Settles
Catherine Storti
Jacquelyn Tierney
Edwin Urbankiewicz
Ellis Vaitis
Olivio Vincini