

FILED & JUDGMENT ENTERED
Steven T. Salata

April 4 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T. Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

**ORDER DENYING THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS LISTED ON THE DEBTOR'S PRIVILEGE LOG**

This matter coming before the Court on (i) *The Official Committee of Asbestos Claimants and the Future Claimants' Representative's Motion to Compel Production of Documents Listed on the Debtor's Privilege Log* [Dkt. 2277] (the "Motion"), filed by the Official Committee of Asbestos Claimants (the "Committee") and Sander L. Esserman, in his capacity as the Future Claimants' Representative (together with the Committee, the "Claimant Representatives"), (ii) the objection to the Motion [Dkt. 2305] filed by Bestwall LLC (the "Debtor") and the supplemental

---
[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

NAI-1528090617

brief in support of this objection [Dkt. 2420] (together, the "Objection") and (iii) the Claimant Representatives' reply in support of the Motion [Dkt. 2337] and supplemental brief in support of the Motion [Dkt. 2417] (together, the "Reply"); the Court having reviewed the Motion, the Objection and the Reply and the other papers filed or submitted in connection with the Motion and having heard the arguments of counsel with respect to the Motion; and the Court having announced a ruling on the Motion at the hearing on March 17, 2022 (the "Hearing");

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED for the reasons stated by the Court on the record at the Hearing (which are incorporated herein).

2. This Court shall retain exclusive jurisdiction over this Order and any and all matters arising from or related to the implementation, interpretation or enforcement of this Order.

| | |
|---|---|
| This Order has been signed electronically.<br>The Judge's signature and Court's seal appear<br>at the top of the Order. | United States Bankruptcy Court |