IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. |  |

### SIXTH MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS TO SUBSTITUTE A COMMITTEE MEMBER

The Official Committee of Asbestos Claimants of Bestwall LLC (the "Committee") appointed on November 16, 2017 (the "Appointment Date"), in the above-captioned chapter 11 case of Bestwall LLC (the "Debtor"), hereby moves (the "Motion") this Court to appoint Emma Pearl Dixon as substitute Committee member for Reverend John Harvey Dixon, who has passed away. In further support of this Motion, the Committee states as follows:

1. On November 16, 2017, this Court entered an order appointing the members of the Committee. *See Order Appointing Official Committee of Asbestos Claimants* [Dkt. No. 97] (the "Appointment Order"). Since entering the Appointment Order, the Court has issued five orders substituting deceased Committee members. *See* Dkt. Nos. 335, 666, 1838, 1839, and 2309.

2. Among the Committee's members was Reverend John Harvey Dixon, whose tort counsel was Armand Volta of the Law Offices of Peter Angelos. At the time of his appointment, Rev. Dixon had sued Georgia-Pacific, LLC prepetition for injuries and exposure leading to his contracting mesothelioma, an always fatal form of asbestos-related cancer, caused by exposure to Georgia-Pacific joint compound. Rev. Dixon held an asbestos-related personal injury claim

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

against Bestwall LLC, as successor to Georgia-Pacific LLC; his estate now holds a wrongful death claim against Bestwall LLC and those claims survive his passing.

3. Sadly, on May 5, 2022, Rev. Dixon lost his life as a result of his mesothelioma. Rev. Dixon's wife Emma Pearl Dixon succeeded as successor-in-interest in his case pursuant to the Letters of Administration on July 8, 2022. A copy of the Letters of Administration is available from the undersigned counsel upon request.

4. Bankruptcy Code § 1102(a)(4) provides that "[o]n request of a party in interest and after notice and a hearing, the court may order the United States trustee to change the membership of a committee appointed under this subsection, if the court determines that the change is necessary to ensure adequate representation of creditors . . . ." 11 U.S.C. § 1102(a)(4). Moreover, Federal Rule of Civil Procedure 25(a) provides in relevant part: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a).[2] Additionally, this Court has authority to modify the Appointment Order through its inherent powers and Bankruptcy Code § 105(a). *See In re Arms*, 238 B.R. 259, 261 (Bankr. D. Vt. 1999); *In re Dore & Assocs. Contracting, Inc.*, 54 B.R. 353, 360 (Bankr. W.D. Wis. 1985).

5. The *Order Granting Motion Substituting Member of the Official Committee of Asbestos Claimants* [Dkt. No. 335] (the "First Substitution Order") specifically provided that if additional substitutions of Committee members were required, the Committee was authorized to utilize the no protest motion process as set forth in Rule 9013-1(e) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina.

6. The Committee requests that the Court appoint Emma Pearl Dixon to replace the late Reverend John Harvey Dixon. This Court originally appointed Rev. Dixon, among others, to

---

[2] Rule 25 is made applicable here by Federal Rules of Bankruptcy Procedure 7025 and 9014(c).

ensure adequate representation of the Debtor's asbestos creditors. To maintain that representation, Rev. Dixon's successor, Mrs. Dixon, should be substituted in his place. In fulfilling her charge as a Committee member, the Law Offices of Peter Angelos will act on Mrs. Dixon's behalf as attorney and agent.

## CONCLUSION

WHEREFORE, for the reasons noted above, the Committee requests that this Court enter an order granting this Motion substantially in the form attached hereto as <u>Exhibit A</u> and such other and further relief as this Court deems just and appropriate.

Dated: July 15, 2022

        Respectfully submitted,

        HAMILTON STEPHENS STEELE
        + MARTIN, PLLC

        */s/ Robert A. Cox, Jr.*
        Glenn C. Thompson (Bar No. 37221)
        Robert A. Cox, Jr. (Bar No. 21998)
        525 North Tyron Street, Suite 1400
        Charlotte, North Carolina 28202
        Telephone: (704) 344-1117
        Facsimile: (704) 344-1483
        gthompson@lawhssm.com
        rcox@lawhssm.com

        Linda W. Simpson (Bar No. 12596)
        JD THOMPSON LAW
        Post Office Box 33127
        Charlotte, North Carolina 28233
        Telephone: (828) 489-6578
        jdt@jdthompsonlaw.com
        lws@jdthompsonlaw.com

        Natalie D. Ramsey (DE Bar No. 5378)
        Davis Lee Wright (DE Bar No. 4324)
        ROBINSON & COLE LLP
        1201 N. Market Street, Suite 1406
        Wilmington, Delaware 19801
        Telephone: (302) 516-1700
        nramsey@rc.com
        dwright@rc.com

        *Counsel to the Official Committee of*
        *Asbestos Creditors*

## **Exhibit A**

*Proposed Order*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BESTWALL LLC,[1] | : | Case No. 17-31795 (LTB) |
| | : | |
| Debtor. | : | |

**[PROPOSED] ORDER SUBSTITUTING A COMMITTEE MEMBER OF THE
OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS**

Before the Court is the *Sixth Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* [Dkt. No. ___] ("Sixth Motion to Substitute"). The Court, having considered the uncontested Motion to Substitute, has determined that the Sixth Motion to Substitute should be granted. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Sixth Motion to Substitute is GRANTED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

      2.      Emma Pearl Dixon, c/o Law Offices of Peter Angelos, 100 N. Charles Street, Baltimore, MD 21201, is appointed to succeed the late Reverend John Harvey Dixon as a member of the Official Committee of Asbestos Claimants of Bestwall LLC.

      3.      This Court shall retain exclusive jurisdiction over all matters pertaining to the interpretation and implementation of this Order.

***This Order has been signed electronically.***　　　　　　　　　　***United States Bankruptcy Court***
***The judge's signature and court's seal appear***
***at the top of the Order.***