

FILED & JUDGMENT ENTERED
Steven T. Salata

August 2 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BESTWALL LLC,[1] | : | Case No. 17-31795 (LTB) |
| Debtor. | : | |

### ORDER SUBSTITUTING A COMMITTEE MEMBER OF THE
### OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS

Before the Court is the *Sixth Motion of the Official Committee of Asbestos Claimants of Bestwall LLC to Substitute Committee Member* [Dkt. No. 2655] ("Sixth Motion to Substitute"). The Court, having considered the uncontested Sixth Motion to Substitute, has determined that the Sixth Motion to Substitute should be granted. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Sixth Motion to Substitute is GRANTED.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.W., Atlanta, Georgia 30303.

1

4888-9732-0749, v. 1

2

      2.      Emma Pearl Dixon, c/o Law Offices of Peter Angelos, 100 N. Charles Street, Baltimore, MD 21201, is appointed to succeed the late Reverend John Harvey Dixon as a member of the Official Committee of Asbestos Claimants of Bestwall LLC.

      3.      This Court shall retain exclusive jurisdiction over all matters pertaining to the interpretation and implementation of this Order.

***This Order has been signed electronically.***      ***United States Bankruptcy Court***
***The judge's signature and court's seal appear***
***at the top of the Order.***