# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. |  |

## JOINDER TO MOTION TO DISMISS OF
## CLAIMANTS WILSON BUCKINGHAM AND ANGELIKA WEISS

The undersigned, on behalf of all Motley Rice LLC clients identified in Appendix A to the Debtor's Motion for An Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring that the Automatic Stay Applies to Such Actions, and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Pro. No. 17-03105 Doc. 2] ("Affected Individuals"), submits this Joinder in support of the Motion to Dismiss of Claimants Wilson Buckingham and Angelika Weiss [Docket No. 2882] filed on February 17, 2023, and request that the Court grant the relief sought therein.

DATED: April 13, 2023.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ John D. Hurst
JOHN D. HURST
NC Bar No. 37680
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel. (843) 216-9000
Fac. (843) 216-9450

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, GA 30303.

Email: jhurst@motleyrice.com
Email: jgilbert@motleyrice.com

Counsel to the Motley Rice LLC Affected Individuals.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2023, I caused copies of MOTLEY RICE LLC'S Joinder Motion to Dismiss of Claimants Wilson Buckingham and Angelika Weiss to be sent to those parties who have requested electronic notice of filings in this case through the Court's CM/ECF system.

DATED: April 13, 2023.

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ *John D. Hurst*
JOHN D. HURST
NC Bar No. 37680
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel. (843) 216-9000
Fac. (843) 216-9450
Email: jhurst@motleyrice.com

Counsel to the Motley Rice LLC Affected Individuals.