FILED & JUDGMENT ENTERED
Steven T. Salata

May  5  2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| BESTWALL LLC,[1] | Case No. 17-31795 (LTB) |
| Debtor. | |

## THIRTEENTH ORDER EXTENDING THE PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter coming before the Court on the *Thirteenth Motion of the Debtor for Entry of an Order Extending the Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. §1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* [Dkt. 2943] (the "Motion"),[2] filed by Bestwall LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"); the Court having reviewed the Motion; and the Court finding that

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815.  The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

[2] Capitalized terms used but not otherwise defined herein have the respective meanings given to such terms in the Motion.

NAI-1536753810

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motion and an opportunity for a hearing on the Motion was sufficient under the circumstances, (e) cause exists under Bankruptcy Rule 9006(b)(1) to grant a further extension of the removal periods established under Bankruptcy Rule 9027(a), and (f) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The time period provided under Bankruptcy Rule 9027(a), 28 U.S.C. § 1452 and the Twelfth Extension Order within which the Debtor may remove and file notices of removal of any and all civil actions (the "Removal Period") is extended through and including November 2, 2023, to the extent that the time period for removing such actions and filing any such notices of removal otherwise would expire before such date.

2. This Order shall be without prejudice to (a) any position the Debtor may take regarding whether section 362 of the Bankruptcy Code applies to stay any given civil action pending against the Debtor and (b) the Debtor's right to seek from this Court further extensions of the Removal Period (any such request, an "Extension Request"). If the Debtor makes one or more further Extension Requests in this case, the Debtor is authorized to utilize the no protest motion process set forth in Local Rule 9013-1(e).

3. This Order shall be immediately effective and enforceable upon its entry.

NAI-1536753810

4. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

| | |
|---|---|
| This Order has been signed electronically.<br>The Judge's signature and Court's seal appear<br>at the top of the Order. | United States Bankruptcy Court |

NAI-1536753810